

April 30, 2025

Clerk of Court
Western District of Louisiana
515 Murray Street, Suite 105
Alexandria, Louisiana 71301

    Re:    Gilbert, et al V. Harris County Texas et al.
             Docket: 1:25-CV-00421-DDD-JPM

Dear Clerk,

Please find the (1) Motion to Appear Pro Hac Vice (2) Good Standing Letter and, (3) Certificate of Good Standing, that I request you file into the above-referenced matter on behalf of the plaintiff, Gilbert, et al. Please confirm your receipt and send us a conformed copy. Should you have any questions please contact our office.

Thank you for your assistance in this matter.

With professional regards, I remain,

                      Sincerely,
                      Maples & Connick

                      */s/ Brendan P. Connick*
                      **BRENDAN P. CONNICK, ESQ.**

BPC/jat

**Phone**
Main: 504-269-3870
Fax: 504-269-3759

**Aaron Maples, Esq.**
251-249-7953
aaron@maplesconnick.com

**Brendan Connick, Esq.**
504-269-3733
brendan@maplesconnick.com

www.maplesconnick.com

(Rev. 6/14/2022)

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| Gilbert et al. | Case No. | 1:25-CV-00421-DDD-JPM |
|---|---|---|
| Plaintiff | | |
| VS. | Judge | Dee Drell |
| | Magistrate Judge | Joseph Perez-Montes |
| Harris County, Texas et al., | | |
| Defendants | | |

**MOTION TO APPEAR PRO HAC VICE**

In pursuant to Local Rule 5.7.02 *Eligibility and Registration*, application is made to be admitted pro hac vice to the bar of this Court for the purpose of appearing on behalf of Plaintiffs in the above-described action.

In support of said application, the undersigned, Stephen H. Weil, states:

1.	I am not a member of this court, but I am a member in good standing of the bar of the United States District Court for the District of Illinois Northern Division and the bar of the Illinois Supreme Court, which is the highest court of the State of Illinois. Attached hereto is a certificate of good standing from both courts.

2.	Payment of the applicable fee of $105.00 is made via the Court's electronic filing system using Pay.gov.

3.	There have been no disciplinary proceedings or criminal charges instituted against me.

4.	In accordance with the local rules for the United States District Court, Western District of Louisiana, Aaron Maples of the firm of Maples Connick, LLC is appointed as local counsel.

Page **1** of **2**

*(Rev. 6/14/2022)*

5. I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Fed. R. Civ. P. 77, Fed. R. Cr. P. 49, LR 5.7.10. I also agree to receive notice electronically from other parties and the Court via electronic mail. I understand that electronic mail filter software (SPAM filer) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter our messages sent from Clerk@lawd.uscourts.gov. I understand this electronic notice will be in lieu of notice by any other means. I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

Respectfully submitted,

| /s/ Stephen H. Weil | /s/ Brendan P. Connick |
|---|---|
| Signature of Applying Attorney | Signature of Local Counsel |

PLEASE TYPE OR PRINT LEGIBLY:

LOCAL COUNSEL INFORMATION:

| | | | |
|---|---|---|---|
| Name: | Stephen H. Weil | Name: | Brendan P. Connick |
| Firm: | Romanucci & Blandin, LLC | Firm: | Maples and Connick, LLC |
| Address: | 321 N Clark St. STE 900 | Address: | 733 Dante Street, Ste. H |
| | Chicago, IL 60654 | | New Orleans, LA 70118 |
| Telephone: | (312) 458-1000 | Telephone: | (504) 269- 3870 |
| Fax: | (312) 458-1004 | Fax: | (504) 269-3261 |
| E-mail: | sweil@rblaw.net | E-mail: | brendan@maplesconnick.com |
| Additional e-mail(s): dkelly@rblaw.net | | | |

Page **2** of **2**

*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FIRST DIVISION

| Gilbert et al. | Case No. | 1:25-CV- 00421 |
|---|---|---|
| Plaintiff | | |
| VS. | Judge | Dee D Drell |
| | Magistrate Judge | Joseph H L Perez-Montes |
| Harris County, Tx et al Complaint | | |
| Defendant | | |

**ORDER**

IT IS ORDERED that Stephen H. Weil be and is hereby admitted to the bar of this Court pro hac vice on behalf of Plaintiffs in the above-described action.

SO ORDERED on this, the _____ day of _____, 20_____.

_____
U.S. Magistrate Judge



# Attorney Registration and Disciplinary Commission
## of the
## Supreme Court of Illinois
### www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
4/7/2025

Re: Stephen Heschel Weil
Attorney No. 6291026

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that Stephen Heschel Weil was admitted to practice law in Illinois on 11/30/2006; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Lea S. Gutierrez
Administrator

By: _____
Andrew Oliva
Registrar

# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Stephen H. Weil

*Northern District of Illinois*

I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Stephen H. Weil was duly admitted to practice in said Court on (11/15/2011) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois on (01/21/2025 )

Thomas G. Bruton , Clerk,

By:  Declan E. Dolan
     Deputy Clerk

THOMAS G. BRUTON, CLERK



January 21, 2025

(By) DEPUTY CLERK

DATE

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Stephen Heschel Weil

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/30/2006 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 7th day of February, 2025.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois