*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FIRST DIVISION

| | | |
|---|---|---|
| Gilbert et al. <br> Plaintiff | Case No. | 1:25-CV- 00421 |
| VS. | Judge <br> Magistrate Judge | Dee D Drell <br> Joseph H L Perez-Montes |
| Harris County, Tx et al Complaint <br> Defendant | | |

**ORDER**

IT IS ORDERED that Stephen H. Weil be and is hereby admitted to the bar of this Court pro hac vice on behalf of Plaintiffs in the above-described action.

SO ORDERED on this, the  1st  day of  May , 20 25 .

_____
U.S. Magistrate Judge