*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FIRST DIVISION

| Gilbert et al. | Case No. | 1:25-CV- 00421 |
| Plaintiff | | |

| VS. | Judge | Dee D Drell |
| | Magistrate Judge | Joseph H L Perez- |
| Harris County, Tx et al Complaint | | Montes |
| Defendant | | |

**ORDER**

IT IS ORDERED that Samantha Harton be and is hereby admitted to the bar of this Court

pro hac vice on behalf of Plaintiffs in the above-described action.

SO ORDERED on this, the __1st__ day of __May__, 20__25__.

_____
U.S. Magistrate Judge