UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FIRST DIVISION

| | | |
|---|---|---|
| NEFERTITI GILBERT, ET AL., | : | CIVIL ACTION NO. 1:25-CV-00421-DDD-JPM |
| | : | |
| Plaintiff | : | |
| | : | |
| VS. | : | JUDGE DEE D DRELL |
| | : | |
| HARRIS COUNTY, TEXAS, ET AL., | : | |
| | : | |
| Defendants | : | MAGISTRATE JUDGE JOSEPH H L PEREZ-MONTES |

**ORDER**

IT IS ORDERED that GREGORY BURNETT be and is hereby admitted to the bar of this

Court pro hac vice on behalf of Defendants Harris County, Texas and Sheriff Ed Gonzalez in the

above-described action.

SO ORDERED on this, the _____ day of _____, 2025.

_____
THE HONORABLE JOSEPH H L PEREZ-MONTES