# UNITED STATES DISTRICT COURT
for the
Western District of Louisiana

| | |
|---|---|
| **Nefertiti Gilbert, Christi Jackson, and Jyrie Polk** <br><br> *Plaintiff* <br><br> v. <br><br> **Harris County, Texas, Ed Gonzalez, LaSalle Correctional Center, L.L.C., LaSalle Corrections, L.L.C., LaSalle Management Company, L.L.C., Clay McConnell, William McConnell, John Stuckey, Paul Smith, Lieutenant Morehead, Pamela Hearn, Charlotte Fussell,Shannon Brewer, Gwen Warren, Denise Finlay, and Mariah Dickey** <br><br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:25-cv-00421-DDD-JPM <br> ) <br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT OF SERVICE

I, Richard Rockett, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to LaSalle Corrections, L.L.C. in Lincoln Parish, LA on May 13, 2025 at 12:57 pm at 192 Bastille Ln, suite 200, Ruston, LA 71270 by leaving the following documents with Misty Farley who as authorized to accept is authorized by appointment or by law to receive service of process for LaSalle Corrections, L.L.C..

Complaint
Summons

White Female, est. age 45-54, glasses: N, Brown hair, 140 lbs to 160 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=32.575705,-92.64045
Photograph: See Exhibit 1

Total Cost: $300.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in Richland Parish, LA on 5/14/2025.

*/s/ Richard Rockett*

Signature
Richard Rockett
+1 (318) 417-1194

