UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FIRST DIVISION

| | | |
|---|---|---|
| NEFERTITI GILBERT, ET AL., | : | CIVIL ACTION NO. 1:25-CV-00421-DDD-JPM |
| | : | |
| Plaintiff | : | |
| | : | |
| VS. | : | JUDGE DEE D DRELL |
| | : | |
| HARRIS COUNTY, TEXAS, ET AL., | : | |
| | : | |
| Defendants | : | MAGISTRATE JUDGE JOSEPH H L PEREZ-MONTES |

## **ORDER**

IT IS ORDERED that GREGORY BURNETT be and is hereby admitted to the bar of this Court pro hac vice on behalf of Defendants Harris County, Texas and Sheriff Ed Gonzalez in the above-described action.

SO ORDERED on this, the ___16th___ day of _____May_____, 2025.

_____
THE HONORABLE JOSEPH H L PEREZ-MONTES