UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| NEFERTITI GILBERT, *et al.*, | * | CIVIL ACTION NO.: |
| Plaintiffs, | * | 1:25-cv-00421 |
| | * | |
| VERSUS | * | JUDGE DRELL |
| | * | |
| HARRIS COUNTY, TEXAS, *et al.,* | * | MAGISTRATE JUDGE PEREZ-MONTES |
| Defendants. | * | |
| ********************************* | * | **JURY TRIAL REQUESTED** |

## ORDER

CONSIDERING THE FOREGOING "Consent Motion For Extension of Time to File Responsive Pleadings" filed on behalf of Defendants, LaSalle Correctional Center, L.L.C., LaSalle Corrections, L.L.C., LaSalle Management Company, L.L.C., Clay McConnell, William McConnell, John Stuckey, Paul Smith, Richard Morehead, Mariah Dickey, Pamela Hearn, M.D., Charlotte Fussell, Shannon Brewer, Gwen Warren, and Denise Finlay,

IT IS HEREBY ORDERED that the motion be and is granted. The deadline is extended, through and including July 21, 2025, for Defendants, LaSalle Correctional Center, L.L.C., LaSalle Corrections, L.L.C., LaSalle Management Company, L.L.C., Clay McConnell, William McConnell, John Stuckey, Paul Smith, Richard Morehead, Mariah Dickey, Pamela Hearn, Charlotte Fussell, Shannon Brewer, Gwen Warren, and Denise Finlay to respond to Plaintiffs' Complaint [Doc. 1].

Alexandria, Louisiana, this ____27th____ day of May, 2025.

_____
JOSEPH H. L. PEREZ-MONTES
Magistrate Judge