UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| Gilbert *et al.*, | Civil No. | 1:25-cv-00421-DDD-JPM |
| Plaintiffs | | |
| VS. | Judge | Drell |
| Harris County *et al.*, | Magistrate Judge | Perez-Montes |
| Defendants | | |

## PROPOSED PLAN OF WORK

On, the following individuals participated in a meeting **X** by video conference call on May 30, 2025 during which this Plan of Work was formulated: Stephen Weil, Romanucci & Blandin LLC (Plaintiffs); Deirdre C. McGlinchey, McGlinchey & Stafford PLLC (LaSalle defendants); Brandon B. Brown McGlinchey & Stafford PLLC (LaSalle defendants) Seth Hopkins and Gregory Burnett, Harris County Attorney's Office (Harris County Defendants).

## Part A

Based on the information now reasonably available, the parties have agreed upon the following:

1. 9/14/26 — Deadline for completion of discovery
2. 10/14/26 — Final date for filing dispositive motions
3. 10/1/25 — Final date for adding parties
4. 10/1/25 — Final date for filing amended pleadings
5. 4/1/26 — Final date for plaintiffs employing and disclosing experts
6. 5/1/26 — Final date for defendants employing and disclosing experts
7. 6/1/26 — Plaintiffs' reports of experts due
8. 7/1/26 — Defendants' reports of experts due
9. 7/15/26 — Plaintiffs' rebuttal of experts reports
10. 
11. 9/14/26 — Final date for taking depositions of experts

Plan of Work
Page 2

12.  7/1/25     Date disclosures under Fed. R. Civ. P. 26(a) were made or will be made

13. Considering the subjects addressed by Fed. R. Civ. P. 26(f), the parties propose the following changes, limitations, or other matters: NONE

## Part B

The following areas of disagreement, issues, or problems have arisen regarding the information set forth in Section A and/or the participation of counsel/unrepresented parties in the Plan of Work process: NONE.

| 6/10/2025 | /s/ Seth Hopkins |
|---|---|
| (Date) | (Signature) |

Seth Hopkins
**HARRIS COUNTY ATTORNEY'S OFFICE**
1019 Congress Street
Houston, TX 77002
(713) 755-5101
Seth.Hopkins@HarrisCountyTx.gov
*Attorneys for Defendants Harris County, Texas and Ed Gonzalez*

| 6/10/2025 | /s/ Gregory Burnett |
|---|---|
| (Date) | (Signature) |

Gregory Burnett
**HARRIS COUNTY ATTORNEY'S OFFICE**
1019 Congress Street
Houston, TX 77002
(713) 274-5224
Gregory.Burnett@harriscountytx.gov

*Attorneys for Defendants Harris County, Texas and Ed Gonzalez*

Plan of Work  
Page 3

| | |
|---|---|
| 6/10/2025 | /s/ *Deirdre C. McGlinchey* |
| (Date) | (Signature) |

**Deirdre c. McGlinchey (24167) (T.A.)**
**dmcglinchey@mcglinchey.com**
**Brandon B. Brown (31068)**
**bbbrown@mcglinchey.com**
**Courtney T. Joiner (32878)**
**ctjoiner@mcglinchey.com**
**Robert K. Denny (33092)**
**rdenny@mcglinchey.com**
**Gillian M. McCarroll (40452)**
**gmccarroll@mclinchey.com**
**Ryan G. Lavelle (41305)**
**rlavelle@mcglinchey.com**
**McGLINCHEY STAFFORD, PLLC**
**601 Poydras Street, Suite 1200**
**New Orleans, Louisiana 70130**
**Telephone  (504) 586-1200**
**Facsimile  (504) 596-2800**

*Attorneys for Lasalle Correctional Center, L.L.C., Lasalle Corrections, L.L.C., Lasalle Management Company, L.L.C., Clay McConnell, William McConnell, John Stuckey, Paul Smith, Richard Morehead, Mariah Dickey, Pamela Hearn, Charlotte Fussell, Shannon Brewer, Gwen Warren, and Denise Finlay*

| | |
|---|---|
| 6/10/2025 | /s/ Stephen Weil |
| (Date) | (Signature) |

Stephen Weil
**Romanucci and Blandin, LLC**
Antonio Romanucci (*pro hac vice*)
Stephen Weil (*pro hac vice*)
Sam Harton (*pro hac vice*)
321 N. Clark St.
Chicago, IL 60654
Tel: (312) 458-1000

Plan of Work<br>Page 4

Fax: (312) 458-1004
aromanucci@rblaw.net
sweil@rblaw.net
sharton@rblaw.net

*Attorneys for Plaintiffs*

Case 1:25-cv-00421-DDD-JPM   Document 31   Filed 06/11/25   Page 4 of 5 PageID #: 196

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| Gilbert *et al.*, | Civil No. 1:25-cv-00421-DDD-JPM |
| Plaintiffs | |
| VS. | Judge Drell |
| Harris County *et al.*, | Magistrate Judge Perez-Montes |
| Defendants | |

**O R D E R**

Considering the Proposed Plan of Work submitted herein,

IT IS ORDERED that the Plan of Work be and is hereby accepted and shall become the Scheduling Order in this case, subject to the following modifications:

_____

_____

It appearing to the Court that the provisions of the Plan of Work will be satisfied on _____, 20___,

IT IS FURTHER ORDERED that a pretrial conference be held, in Chambers, on _____, 20___, beginning at ___:___ __.M.

IT IS FURTHER ORDERED that the Clerk of court send out the Civil Case Management Order No. 2 – Pretrial Proceedings.

IT IS FURTHER ORDERED that counsel are to review this Court's Standing Order – Possession and Use of Electronic Devices in the Courtroom found on our website at www.lawd.uscourts.gov on Judge Dee D. Drell's forms page.

SIGNED on this ____ day of _____, 20___, at Alexandria, Louisiana.

_____
DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT