**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| Nefertiti Gilbert et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No:    1:25-CV-00421-DDD-JPM |
| | ) | |
| vs. | ) | Judge:    Dee D. Drell |
| | ) | |
| Harris County, Texas, et al., | ) | Mag. Judge:  Joseph H. L. Perex-Montes |
| | ) | |
| Defendants. | ) | |

**ORDER**

CONSIDERING THE FOREGOING "Plaintiffs' Unopposed Motion for an Extension of Time to Respond to Defendants' Motions to Dismiss."

IT IS HEREBY ORDERED that the motion be and is granted. The deadline for Plaintiffs to respond to the motions to dismiss filed by Ed Gonzalez (ECF 27) and Harris County (ECF 28) shall be the same as the deadline for the motions to dismiss filed by the LaSalle Defendants, which are currently due to be filed on July 21, 2025 (*see* ECF 26).  In the event that no additional motions to dismiss are filed on that date, the deadline for responding to ECF 27 and 28 shall be August 11, 2025.

DATED this_____ day of _____, 2025.

_____
JOSEPH H. L. PEREZ-MONTES
United States District Magistrate Judge

4