UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

**NEFERTITI GILBERT ET AL**     **CASE NO.   1:25-CV-00421**

**VERSUS**     **JUDGE DRELL**

**HARRIS COUNTY TX ET AL**     **MAGISTRATE JUDGE PEREZ-MONTES**

NOTICE OF DEFICIENT DOCUMENT

**NOTICE TO FILER:**

The Motion for Extension filed on June 12, 2025 by Nefertiti Gilbert, Christi Jackson, Jyrie Polk was DEFICIENT for the following reason(s):

- ✓ For attorneys admitted *pro hac vice*, signature or endorsement of local counsel is required. Please refer to LR83.2.6 for more specific requirements.

**Please electronically submit a "Corrective Document" <u>within 10 days</u> from the date of this notice or the document may be stricken by the court.   <u>PLEASE ENTITLE THE SUBMISSION, "CORRECTIVE DOCUMENT."</u>**   All filing deadlines previously set remain in effect.   Issuance of this deficiency does not amount to an extension of any deadline.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.