UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| Gilbert *et al.*, | Civil No.   1:25-cv-00421-DDD-JPM |
| Plaintiffs | |
| VS. | Judge   Drell |
| Harris County *et al.*, | Magistrate   Perez-Montes |
| | Judge |
| Defendants | |

**O R D E R**

Considering the Proposed Plan of Work submitted herein,

IT IS ORDERED that the Plan of Work be and is hereby accepted and shall become the Scheduling Order in this case, subject to the following modifications:

_____

_____

It appearing to the Court that the provisions of the Plan of Work will be satisfied on _____, 20___,

IT IS FURTHER ORDERED that a pretrial conference be held, in Chambers, on _____, 20___, beginning at ___:___ __.M.

IT IS FURTHER ORDERED that the Clerk of court send out the Civil Case Management Order No. 2 – Pretrial Proceedings.

IT IS FURTHER ORDERED that counsel are to review this Court's Standing Order – Possession and Use of Electronic Devices in the Courtroom found on our website at www.lawd.uscourts.gov on Judge Dee D. Drell's forms page.

SIGNED on this _____ day of _____, 20___, at Alexandria, Louisiana.

_____
DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT