UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

**NEFERTITI GILBERT ET AL**        **CASE NO. 1:25-CV-00421**

**VERSUS**                         **JUDGE DRELL**

**HARRIS COUNTY TX ET AL**         **MAGISTRATE JUDGE PEREZ-MONTES**

**ORDER**

Considering the Proposed Plan of Work submitted herein,

IT IS ORDERED that the Plan of Work be and is hereby accepted and shall become the Scheduling Order in this case, subject to the following modifications: _____
_____

It appearing to the Court that the provisions of the Plan of Work will be satisfied on October 14, 2026.

IT IS FURTHER ORDERED that a pretrial conference be held, in Chambers, on **February 18, 2027 beginning at 1:30 p.m.**

IT IS FURTHER ORDERED that the Clerk of Court send out the Civil Case Management Order No. 2 – Pretrial Proceedings.

IT IS FURTHER ORDERED that counsel are to review this Court's Standing Order-Possession and Use of Electronic Devices in the Courtroom found on our website at www.lawd.uscourts.gov on Judge Dee D. Drell's forms page.

THUS DONE in Chambers on this ___24th___ day of ___June___, 2025.

Joseph H. L. Perez-Montes
United States Magistrate Judge