UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| Gilbert *et al.*, | Civil No. | 1:25-cv-00421-DDD-JPM |
| Plaintiffs | | |
| VS. | Judge | Drell |
| Harris County *et al.*, | Magistrate Judge | Perez-Montes |
| Defendants | | |

# PROPOSED PLAN OF WORK

On, the following individuals participated in a meeting **X** by video conference call on May 30, 2025 during which this Plan of Work was formulated: Stephen Weil, Romanucci & Blandin LLC (Plaintiffs); Deirdre C. McGlinchey, McGlinchey & Stafford PLLC (LaSalle defendants); Brandon B. Brown McGlinchey & Stafford PLLC (LaSalle defendants) Seth Hopkins and Gregory Burnett, Harris County Attorney's Office (Harris County Defendants).

## Part A

Based on the information now reasonably available, the parties have agreed upon the following:

1. 5/14/26 — Deadline for completion of fact discovery
2. 10/14/26 — Final date for filing dispositive motions
3. 10/1/25 — Final date for adding parties
4. 10/1/25 — Final date for filing amended pleadings
5. 6/1/26 — Plaintiffs' reports of experts due
6. 7/1/26 — Defendants' reports of experts due
7. 7/15/26 — Plaintiffs' rebuttal reports of experts due
8. 9/1/26 — Final date for taking depositions of experts
9. 7/1/25 — Date disclosures under Fed. R. Civ. P. 26(a) were made or will be made
10. Considering the subjects addressed by Fed. R. Civ. P. 26(f), the parties propose the following changes, limitations, or other matters: NONE

Plan of Work
Page 2

**Part B**

The following areas of disagreement, issues, or problems have arisen regarding the information set forth in Section A and/or the participation of counsel/unrepresented parties in the Plan of Work process: NONE.

| 6/10/2025 | /s/ Seth Hopkins |
|---|---|
| (Date) | (Signature) |

Seth Hopkins
**HARRIS COUNTY ATTORNEY'S OFFICE**
1019 Congress Street
Houston, TX 77002
(713) 755-5101
Seth.Hopkins@HarrisCountyTx.gov
*Attorneys for Defendants Harris County, Texas and Ed Gonzalez*

| 6/10/2025 | /s/ Gregory Burnett |
|---|---|
| (Date) | (Signature) |

Gregory Burnett
**HARRIS COUNTY ATTORNEY'S OFFICE**
1019 Congress Street
 Houston, TX 77002
(713) 274-5224
Gregory.Burnett@harriscountytx.gov

*Attorneys for Defendants Harris County, Texas and Ed Gonzalez*

| 6/10/2025 | /s/ *Deirdre C. McGlinchey* |
|---|---|
| (Date) | (Signature) |

Plan of Work
Page 3

**Deirdre C. McGlinchey (24167) (T.A.)**
dmcglinchey@mcglinchey.com
**Brandon B. Brown (31068)**
bbbrown@mcglinchey.com
**Courtney T. Joiner (32878)**
ctjoiner@mcglinchey.com
**Robert K. Denny (33092)**
rdenny@mcglinchey.com
**Gillian M. McCarroll (40452)**
gmccarroll@mclinchey.com
**Ryan G. Lavelle (41305)**
rlavelle@mcglinchey.com
**McGLINCHEY STAFFORD, PLLC**
**601 Poydras Street, Suite 1200**
**New Orleans, Louisiana 70130**
**Telephone  (504) 586-1200**
**Facsimile  (504) 596-2800**
*Attorneys for Lasalle Correctional Center, L.L.C., Lasalle Corrections, L.L.C., Lasalle Management Company, L.L.C., Clay McConnell, William McConnell, John Stuckey, Paul Smith, Richard Morehead, Mariah Dickey, Pamela Hearn, Charlotte Fussell, Shannon Brewer, Gwen Warren, and Denise Finlay*

| 6/10/2025 | /s/ Stephen Weil |
|---|---|
| (Date) | (Signature) |

Stephen Weil
**Romanucci and Blandin, LLC**
Antonio Romanucci (*pro hac vice*)
Stephen Weil (*pro hac vice*)
Sam Harton (*pro hac vice*)
321 N. Clark St.
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
sweil@rblaw.net

*Attorneys for Plaintiffs*

Plan of Work<br>Page 4

| 6/12/2025 | /s/Aaron Maples |
|:---:|:---:|
| (Date) | (Signature) |
| | Aaron Maples |

**Maples Connick**
733 Dante Street, Suite H
New Orleans, LA 70118
504-269-3870
aaron@maplesconnick.com