UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| NEFERTITI GILBERT, *et al.*, | * | CIVIL ACTION NO.: |
| Plaintiffs, | * | 1:25-cv-00421 |
| | * | |
| VERSUS | * | JUDGE DRELL |
| | * | |
| HARRIS COUNTY, TEXAS, *et al.*, | * | MAGISTRATE JUDGE PEREZ-MONTES |
| Defendants. | * | |
| ********************************** | * | **JURY TRIAL REQUESTED** |

## CORPORATE DISCLOSURE STATEMENT FOR
## LASALLE CORRECTIONAL CENTER, L.L.C.

NOW INTO COURT, through undersigned counsel, comes Defendant, LaSalle Correctional Center, L.L.C., who pursuant to Federal Rule of Civil Procedure 7.1, makes the following disclosure statement:

Defendant, LaSalle Correctional Center, L.L.C. is a Louisiana limited liability company. It does not have a parent corporation. No publicly-held company owns ten percent or more of LaSalle Correctional Center, L.L.C.'s stock.

[*signature on next page*]

1

Respectfully submitted,

*/s/ Deirdre C. McGlinchey*
DEIRDRE C. McGLINCHEY (24167) (T.A.)
dmcglinchey@mcglinchey.com
BRANDON B. BROWN (31068)
bbbrown@mcglinchey.com
COURTNEY T. JOINER (32878)
ctjoiner@mcglinchey.com
ROBERT K. DENNY(33092)
rdenny@mcglinchey.com
GILLIAN M. MCCARROLL (40452)
gmccarroll@mclinchey.com
RYAN G. LAVELLE (41305)
rlavelle@mcglinchey.com
McGLINCHEY STAFFORD, PLLC
601 Poydras Street, Suite 1200
New Orleans, Louisiana 70130
Telephone  (504) 586-1200
Facsimile  (504) 596-2800
*ATTORNEYS FOR LASALLE CORRECTIONAL CENTER, L.L.C., LASALLE CORRECTIONS, LLC, LASALLE MANAGEMENT COMPANY, L.L.C., CLAY MCCONNELL, WILLIAM MCCONNELL, JOHN STUCKEY, PAUL SMITH, RICHARD MOREHEAD, MARIAH DICKEY, PAMELA HEARN, CHARLOTTE FUSSELL, SHANNON BREWER, GWEN WARREN, AND DENISE FINLAY*

## **CERTIFICATE OF SERVICE**

I certify that on July 25, 2025, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system which will send notification to all counsel of record.

*/s/ Deirdre C. McGlinchey*
DEIRDRE C. McGLINCHEY