UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| NEFERTITI GILBERT, *et al.*, | * | CIVIL ACTION NO.: |
| Plaintiffs, | * | 1:25-cv-00421 |
| | * | |
| VERSUS | * | JUDGE DRELL |
| | * | |
| HARRIS COUNTY, TEXAS, *et al.,* | * | MAGISTRATE JUDGE PEREZ-MONTES |
| Defendants. | * | |
| ********************************** | * | **JURY TRIAL REQUESTED** |

## CORPORATE DISCLOSURE STATEMENT FOR
## LASALLE MANAGEMENT COMPANY, L.L.C.

NOW INTO COURT, through undersigned counsel, comes Defendant, LaSalle Management Company, L.L.C., who pursuant to Federal Rule of Civil Procedure 7.1, makes the following disclosure statement:

Defendant, LaSalle Management Company, L.L.C. is a Louisiana limited liability company. It does not have a parent corporation. No publicly-held company owns ten percent or more of LaSalle Management Company, L.L.C.'s stock.

[*signature on next page*]

Respectfully submitted,

*/s/ Deirdre C. McGlinchey*
DEIRDRE C. McGLINCHEY (24167) (T.A.)
dmcglinchey@mcglinchey.com
BRANDON B. BROWN (31068)
bbbrown@mcglinchey.com
COURTNEY T. JOINER (32878)
ctjoiner@mcglinchey.com
ROBERT K. DENNY(33092)
rdenny@mcglinchey.com
GILLIAN M. MCCARROLL (40452)
gmccarroll@mclinchey.com
RYAN G. LAVELLE (41305)
rlavelle@mcglinchey.com
McGLINCHEY STAFFORD, PLLC
601 Poydras Street, Suite 1200
New Orleans, Louisiana 70130
Telephone  (504) 586-1200
Facsimile  (504) 596-2800
*ATTORNEYS FOR LASALLE CORRECTIONAL*
*CENTER, L.L.C., LASALLE CORRECTIONS, LLC,*
*LASALLE MANAGEMENT COMPANY, L.L.C.,*
*CLAY MCCONNELL, WILLIAM MCCONNELL,*
*JOHN STUCKEY, PAUL SMITH, RICHARD*
*MOREHEAD, MARIAH DICKEY, PAMELA*
*HEARN, CHARLOTTE FUSSELL, SHANNON*
*BREWER, GWEN WARREN, AND DENISE*
*FINLAY*

## CERTIFICATE OF SERVICE

I certify that on July 25, 2025, a copy of this pleading was filed electronically with the

Clerk of Court using the CM/ECF system which will send notification to all counsel of record.


*/s/ Deirdre C. McGlinchey*
DEIRDRE C. McGLINCHEY