# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| Nefertiti Gilbert, et al., | ) | | |
| | ) | | |
| Plaintiff, | ) | Case No: | 1:25-CV-00421-DDD-JPM |
| | ) | | |
| vs. | ) | Judge: | Dee D. Drell |
| | ) | | |
| Harris County, Texas, et al., | ) | Magistrate: | Joseph H. L. Perex-Montes |
| | ) | | |
| Defendants. | ) | | |

## PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTIONS TO DISMISS

Plaintiffs, through their undersigned counsel, bring this unopposed motion for extension of time to respond to motions to dismiss filed by Harris County, Texas (ECF 27) and Sheriff Ed Gonzalez (ECF 28). In support of their motion Plaintiffs state as follows:

1. Plaintiffs filed their Complaint at Law on April 2, 2025. See ECF 1.

2. Defendants Gonzalez and Harris County filed their Motions to Dismiss Plaintiff's Complaint on May 27, 2025. See ECF 27-28.

3. LaSalle Defendants were granted an extension of time to respond to Plaintiffs' Complaint until July 21, 2025. See ECF 26.

4. Plaintiffs previously requested an extension to align their responses to any Rule 12 motions the additional Defendants may have filed on or before July 21, 2025. Plaintiffs accordingly requested that their Response to Gonzalez and County's Motions to Dismiss be due 21 days from the July 21, 2025 deadline (August 11, 2025).

5.     The Court granted Plaintiffs' motion and ordered Plaintiff to respond to Gonzalez and County's Motions to Dismiss by August 11, 2025 if no other motions to dismiss were filed. ECF 36.

6.     No other motions to dismiss were filed.

7.     In the meantime, unexpected obligations arose for Plaintiffs' counsel in another case, impeding Plaintiffs' ability to file their responses by August 11, 2025.

8.     Plaintiffs respectfully request a brief extension such that their responses to Gonzalez and County's Motions to Dismiss are due on August 25, 2025.

9.     This extension would not impact the trial date.

10.     Plaintiffs' counsel conferred with defense counsel prior to this motion, who confirmed the requested relief is **unopposed**.

**WHEREFORE,** Plaintiffs request an extension of time, from August 11, 2025 to August 25, 2025 to respond to motions to dismiss filed by Harris County and Sheriff Gonzalez, and for all such other and further relief which this Honorable Court may deem just and proper.

Respectfully Submitted,

/s/ Stephen H. Weil

**Romanucci and Blandin, LLC**
Antonio Romanucci (pro hac vice)
Stephen Weil (pro hac vice)
Sam Harton (pro hac vice)
321 N. Clark St.
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004

aromanucci@rblaw.net
sweil@rblaw.net
sharton@rblaw.net

/s/ Aaron N. Maples
Aaron Maples
Brendan Connick
**Maples & Connick**
733 Dante Street, Suite H New
Orleans, LA 70118 Tel: 504-269-
3870
aaron@maplesconnick.com
brendan@maplesconnick.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FIRST DIVISION

| | | | |
|---|---|---|---|
| Nefertiti Gilbert, Et al., | ) | | |
| | ) | | |
| Plaintiff, | ) | Case No: | 1:25-CV-00421-DDD-JPM |
| | ) | | |
| vs. | ) | Judge: | Dee D. Drell |
| | ) | | |
| Harris County, Texas, Et al., | ) | Magistrate: | Joseph H. L. Perex-Montes |
| | ) | | |
| Defendants. | ) | | |

## **ORDER**

CONSIDERING THE FOREGOING "Plaintiff's Unopposed Motion for an Extension of Time to Respond to Defendants Gonzalez and County's Motions to Dismiss Plaintiff's Complaint at Law" filed on behalf of Plaintiffs, Plaintiffs Nefertiti Gilbert, as Personal Representative of Jaleen Anderson, deceased, Christi Jackson, and Jyrie Polk.

IT IS HEREBY ORDERED that the motion be and is granted. The deadline for Plaintiffs to respond to Defendants Gonzalez and County's Motions to Dismiss is extended, through and including August 25, 2025.

DATED this_____ day of _____, 20_____.


_____
JOSEPH H. L. PEREZ-MONTES

United States District Magistrate Judge