UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FIRST DIVISION

| | | |
|---|---|---|
| Nefertiti Gilbert, Et al., | ) | |
| | ) | |
| Plaintiff, | ) | Case No:        1:25-CV-00421-DDD-JPM |
| | ) | |
| vs. | ) | Judge:        Dee D. Drell |
| | ) | |
| Harris County, Texas, Et al., | ) | Magistrate:  Joseph H. L. Perex-Montes |
| | ) | |
| Defendants. | ) | |

**ORDER**

CONSIDERING THE FOREGOING "Plaintiff's Unopposed Motion for an Extension of Time to Respond to Defendants Gonzalez and County's Motions to Dismiss Plaintiff's Complaint at Law" filed on behalf of Plaintiffs, Plaintiffs Nefertiti Gilbert, as Personal Representative of Jaleen Anderson, deceased, Christi Jackson, and Jyrie Polk.

IT IS HEREBY ORDERED that the motion be and is granted. The deadline for Plaintiffs to respond to Defendants Gonzalez and County's Motions to Dismiss is extended, through and including August 25, 2025.

DATED this _____11th_____ day of _____August_____, 20__25_____.

JOSEPH H. L. PEREZ-MONTES

United States District Magistrate Judge

4