UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| NEFERTITI GILBERT, *et al.*, | * | CIVIL ACTION NO.: |
| Plaintiffs, | * | 1:25-cv-00421 |
| | * | |
| VERSUS | * | JUDGE DRELL |
| | * | |
| HARRIS COUNTY, TEXAS, *et al.*, | * | MAGISTRATE JUDGE PEREZ-MONTES |
| Defendants. | * | |
| ************************************ | * | **JURY TRIAL REQUESTED** |

**MOTION TO WITHDRAW COUNSEL OF RECORD AND
NOTICE OF CHANGE OF LAW FIRM AFFILIATION AND ADDRESS**

**NOW INTO COURT**, through undersigned counsel, come Defendants, LaSalle Correctional Center, L.L.C., LaSalle Corrections, L.L.C., LaSalle Management Company, L.L.C., Clay McConnell, William McConnell, John Stuckey, Paul Smith, Richard Morehead, Mariah Dickey, Pamela Hearn, M.D., Charlotte Fussell, Shannon Brewer, Gwen Warren, and Denise Finlay ("Defendants"), who pursuant to LR 83.2.11 respectfully move the Court for an order withdrawing Courtney T. Joiner (32878) of the law firm McGlinchey Stafford, PLLC as counsel of record for Defendants. Undersigned counsel represents that Courtney T. Joiner consents to his withdrawal as counsel of record for Defendants in this matter. All other counsel of record for Defendants should remain enrolled.

Additionally, pursuant to LR 11.1, please take notice that Deirdre C. McGlinchey (24167), Robert K. Denny (33092), Gillian M. McCarroll (40452), and Ryan G. Lavelle (41305) no longer practice at McGlinchey Stafford, PLLC and that, pursuant to the clients' instruction, they will continue to represent Defendants in this matter at their new firm, Jones Walker LLP. Further, Deirdre C. McGlinchey (24167), Robert K. Denny (33092), Gillian M. McCarroll (40452), and Ryan G. Lavelle (41305) have changed their address to the following:

1

        Deirdre C. McGlinchey, T.A. (24167)
        dmcglinchey@joneswalker.com
        Robert K. Denny (33092)
        rdenny@joneswalker.com
        Gillian M. McCarroll (40452)
        gmccarroll@joneswalker.com
        Ryan G. Lavelle (41305)
        rlavelle@joneswalker.com
        JONES WALKER LLP
        201 St. Charles Ave.
        New Orleans, Louisiana 70170
        Telephone: (504) 582-8000
        Facsimile: (504) 582-8583

Furthermore, Brandon B. Brown (31068) of the firm McGlinchey Stafford, PLLC will remain as counsel of record for Defendants, and his address remains unchanged.

        Respectfully submitted,

        */s/ Deirdre C. McGlinchey*
        Deirdre C. McGlinchey, T.A. (24167)
        dmcglinchey@joneswalker.com
        Robert K. Denny (33092)
        rdenny@joneswalker.com
        Gillian M. McCarroll (40452)
        gmccarroll@joneswalker.com
        Ryan G. Lavelle (41305)
        rlavelle@joneswalker.com
        JONES WALKER LLP
        201 St. Charles Ave.
        New Orleans, Louisiana 70170
        Telephone: (504) 582-8000
        Facsimile: (504) 582-8583

        *-and-*

                BRANDON B. BROWN (31068)
                bbbrown@mcglinchey.com
                McGLINCHEY STAFFORD, PLLC
                450 Laurel Street, Suite 1500
                Baton Rouge, Louisiana 70801
                Telephone: (225) 383-9000
                Facsimile: (225) 343-3076

*ATTORNEYS FOR LASALLE CORRECTIONAL CENTER, L.L.C., LASALLE CORRECTIONS, L.L.C., LASALLE MANAGEMENT COMPANY, L.L.C., CLAY MCCONNELL, WILLIAM MCCONNELL, JOHN STUCKEY, PAUL SMITH, RICHARD MOREHEAD, MARIAH DICKEY, PAMELA HEARN, CHARLOTTE FUSSELL, SHANNON BREWER, GWEN WARREN, AND DENISE FINLAY*

## **CERTIFICATE OF SERVICE**

      I certify that on November 13, 2025, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system which will send notification to all counsel of record.

                */s/ Deirdre C. McGlinchey*
                DEIRDRE C. McGLINCHEY