# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

**NEFERTITI GILBERT ET AL**             **CASE NO.   1:25-CV-00421**

**VERSUS**                              **JUDGE DRELL**

**HARRIS COUNTY TX ET AL**              **MAGISTRATE JUDGE PEREZ-MONTES**

## NOTICE OF DEFICIENT DOCUMENT

**NOTICE TO FILER:**

The Motion to Withdraw Attorney [50] filed on November 13, 2025, by William McConnell, John Stuckey, Paul Smith, Morehead, Pamela Hearn, Charlotte Fussell, Shannon Brewer, Gwen Warren, Denise Finlay, Mariah Dickey, LaSalle Correctional Center L L C, LaSalle Corrections L L C, LaSalle Management Co L L C, Clay McConnell was DEFICIENT for the following reason(s):

- ✓ Either no proposed order accompanied this motion or the proposed order was not on a separate page. Please see LR7.3 for additional information.
  The motion cannot be referred to chambers until this deficiency is corrected.

**Within three (3) days** of receipt of this notice, please file a "corrective document" **addressing the deficiency or deficiencies noted above, or the court may strike the document.**   All filing deadlines previously set remain in effect.   Issuance of this notice does not amount to an extension of any deadline; however, if, for good cause shown, additional time is needed to correct this filing, please contact the Clerk of Court's office.   **DO NOT file a motion** to extend the three-day deadline provided by this notice.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.