UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| NEFERTITI GILBERT, *et al.*, | * | CIVIL ACTION NO.: |
| Plaintiffs, | * | 1:25-cv-00421 |
| | * | |
| VERSUS | * | JUDGE DRELL |
| | * | |
| HARRIS COUNTY, TEXAS, *et al.,* | * | MAGISTRATE JUDGE PEREZ-MONTES |
| Defendants. | * | |
| ********************************** | * | **JURY TRIAL REQUESTED** |

## ORDER

Considering the foregoing Motion to Withdraw Counsel of Record and Notice of Change of Law Firm Affiliation and Address filed by Defendants, LaSalle Correctional Center, L.L.C., LaSalle Corrections, L.L.C., LaSalle Management Company, L.L.C., Clay McConnell, William McConnell, John Stuckey, Paul Smith, Richard Morehead, Mariah Dickey, Pamela Hearn, M.D., Charlotte Fussell, Shannon Brewer, Gwen Warren, and Denise Finlay ("Defendants");

IT IS ORDERED, ADJUDGED, and DECREED that Courtney T. Joiner (32878) is hereby withdrawn as counsel of record for Defendants and that all other counsel for Defendants remain enrolled.

IT IS FURTHER ORDERED that Courtney T. Joiner (32878) be removed from the electronic filing distribution list in this matter.

Alexandria, Louisiana, this ____14th____ day of _____November_____, 2025

_____
UNITED STATES DISTRICT JUDGE

1