UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| NEFERTITI GILBERT, *et al.*, | * | CIVIL ACTION NO.: |
| Plaintiffs, | * | 1:25-cv-00421 |
| | * | |
| VERSUS | * | JUDGE DRELL |
| | * | |
| HARRIS COUNTY, TEXAS, *et al.,* | * | MAGISTRATE JUDGE PEREZ-MONTES |
| Defendants. | * | |
| ********************************** | * | **JURY TRIAL REQUESTED** |

## ORDER

Considering the foregoing Motion to Enroll Additional Counsel of Record filed by Defendants, LaSalle Correctional Center, L.L.C., LaSalle Corrections, L.L.C., LaSalle Management Company, L.L.C., Clay McConnell, William McConnell, John Stuckey, Paul Smith, Richard Morehead, Mariah Dickey, Pamela Hearn, M.D., Charlotte Fussell, Shannon Brewer, Gwen Warren, and Denise Finlay ("Defendants");

IT IS ORDERED, ADJUDGED, and DECREED that Michael W. Magner (Bar Roll No. 01206) and T. Gregory Schafer (Bar Roll No. 24635) are hereby enrolled as counsel of record for Defendants and that all other counsel for Defendants remain enrolled.

IT IS FURTHER ORDERED that Michael W. Magner (Bar Roll No. 01206) and T. Gregory Schafer (Bar Roll No. 24635) be added to the electronic filing distribution list in this matter.

Alexandria, Louisiana, this ____17th____ day of _____December_____, 2025

_____
UNITED STATES DISTRICT JUDGE
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE

1