EXHIBIT 4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| NEFERTITI GILBERT, *et al.*, | * | CIVIL ACTION NO.: |
| Plaintiffs, | * | 1:25-cv-00421 |
| | * | |
| VERSUS | * | JUDGE DRELL |
| | * | |
| HARRIS COUNTY, TEXAS, *et al.,* | * | MAGISTRATE JUDGE PEREZ-MONTES |
| Defendants. | * | |
| ********************************* | * | **JURY TRIAL REQUESTED** |

## LASALLE CORRECTIONAL CENTER, L.L.C. AND LASALLE MANAGEMENT COMPANY, L.L.C.'S SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS' FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION

Defendants, LaSalle Correctional Center, L.L.C. and LaSalle Management Company, L.L.C. (hereinafter "Defendants") submit the following supplemental responses and objections to the First Set of Interrogatories and Requests for Production (hereinafter "Plaintiffs' Requests") propounded by Plaintiffs, Nefertiti Gilbert, as Personal Representative of Jaleen Anderson, deceased, and on her own behalf, and on behalf of her minor child A.G.; Christi Jackson, on behalf of her minor children X.A. and J.A.; and Jyrie Polk, on behalf of her minor child A.A. (hereinafter collectively "Plaintiffs").

## PRELIMINARY STATEMENT

Pursuant to Federal Rule of Civil Procedure 10(c), LaSalle Management Company, L.L.C. adopts by reference LaSalle Correctional Center, L.L.C.'s responses and objections to Plaintiffs' Requests, which were served on Plaintiffs on December 5, 2025.

In Defendants' continuing investigation into this matter, they have discovered additional documents responsive to Plaintiffs' Requests. Accordingly, Defendants supplement their responses and objections to Plaintiffs' Requests as set forth below. Defendants' supplemental

responses and objections are made subject to and without waiving any previously raised objection in the prior responses and objections to Plaintiffs' Requests, served on December 5, 2025.

Subject to the *Preliminary Statement, General Objections,* and specific objections set forth in Defendants' Responses and Objections to Plaintiffs' First Set of Interrogatories and Requests for Production, which are specifically incorporated into each of the following responses, Defendants respond as follows:

## INTERROGATORIES

### INTERROGATORY NO. 1:

Identify each document you consulted from which you obtained any information in connection with the preparation of a response in this case to each topic noticed pursuant to Rule 30(b)(6), each Rule 33 interrogatory, and each Rule 36 request to admit. For each such document, identify the discovery topic to which it relates.

### SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 1:

Defendants object to this interrogatory as premature because they have not been served with a Rule 30(b)(6) notice or Rule 36 request to admit. Subject to and without waiving any objection, Defendants refer Plaintiffs to the following:

1. LCC Initial Incident Report dated April 3, 2024, marked with bates stamp number LaSalle 0001 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

2. LCC Supervisor Summary of Incident Report by Lt Richard Morehead, Jr. dated April 4, 2024, marked with bates stamp numbers LaSalle 0002 – LaSalle 0005 and previously produced to Plaintiffs by LaSalle Correctional on July 1, 2025;

3. LCC Witness Documentation by Lt. Charles Love dated April 3, 2024, marked with bates stamp numbers LaSalle 0006 - LaSalle 0007 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

4. LCC Witness Documentation by Sgt. Holden Raspberry dated April 3, 2024, marked with bates stamp numbers LaSalle 0008 - Lasalle 0009 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

5.  LCC Witness Documentation by Mariah Dickey dated April 4, 2024, marked with bates stamp numbers LaSalle 0012 - LaSalle 0014 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

6.  LCC Witness Documentation by Deputy Sandra Shelton dated April 3 2024, marked with bates stamp numbers LaSalle 0015 - LaSalle 0016 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

7.  LCC Witness Documentation by Deputy Detrick Street dated April 4, 2024, marked with bates stamp numbers LaSalle 0017 - LaSalle 0018 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

8.  LCC Witness Documentation by Deputy Prentice May dated April 4, 2024, marked with bates stamp numbers LaSalle 0019 - LaSalle 0020 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

9.  LCC Subject Sheet marked with bates stamp numbers LaSalle 0021 - LaSalle 0022 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

10. LCC 24 Hour Movement Log dated April 3, 2024, marked with bates stamp number LaSalle 0023 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

11. Visual & Medical Assessment marked with bates stamp number LaSalle 0024 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

12. Release Sheet, transferred to Hardtner Med Center marked with bates stamp number LaSalle 0031 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

13. LCC Unusual Occurrence Report signed by Sgt. Raspberry dated April 2, 2024, marked with bates stamp number LaSalle 0032 and previously produced to Plaintiffs by LaSalle Correctional on July 1, 2025;

14. LCC Unusual Occurrence Report signed by Sgt. Martin dated April 2, 2024, marked with bates stamp number LaSalle 0033 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

15. LCC Unusual Occurrence Report signed by Sgt Raspberry dated April 5, 2024, marked with bates stamp number LaSalle 0034 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

16. LCC Unusual Occurrence Report signed by Lt. Charles Love dated April 3, 2024, marked with bates stamp numbers LaSalle 0035 - LaSalle 0036 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

17. Denise Finlay email to HC Office Visit dated April 3, 2024, marked with bates stamp number LaSalle 0037 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

18. Tammy Cruse facsimile to Steven at Hardtner Medical Center with Jaleen Anderson booking sheet marked with bates stamp numbers LaSalle 0038 – LaSalle 0039 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

19. LCC Investigative Report by Asst Warden Paul Smith incorrectly dated "March 3, 2024," marked with bates stamp numbers LaSalle 0040 - LaSalle 0041 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

20. LCC Investigative Report by Major Manley Poole dated "March 3, 2024" marked with bates stamp number LaSalle 0042 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

21. LCC Medical Screening dated March 25, 2025, marked with bates stamp numbers LaSalle 0044 - LaSalle 0045 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

22. LCC TB Profile marked with bates stamp number LaSalle 0046 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

23. LCC Coronavirus (COVID 19) Intake Screening marked with bates stamp number LaSalle 0047 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

24. LCC COVID-19 Vaccine Consent/Declination Form marked with bates stamp number LaSalle 0048 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

25. LCC Health & Medical Consent Form marked with bates stamp number LaSalle 0049 and previously produced to Plaintiffs by LaSalle Correctional on July 1, 2025;

26. LCC Release of Medical Information Form marked with bates stamp number LaSalle 0050 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

27. Texas Uniform Health Status Updated marked with bates stamp numbers LaSalle 0050 – LaSalle 0052 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

28. LCC Nurse's Notes marked with bates stamp number LaSalle 0054 and previously produced to Plaintiffs by LaSalle Correctional on July 1, 2025;

29. LCC Sick Call Note marked with bates stamp number LaSalle 0055 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

30. LCC MD NP PA Orders dated April 3, 2024 marked with bates stamp number LaSalle 0056 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

31. LCC Medical Release to Brazoria County Jail marked with bates stamp number LaSalle 0057 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

32. LCC Finlay statement-timeline marked with bates stamp number LaSalle 0058 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

33. LCC Fusselll statement-timeline marked with bates stamp number LaSalle 0059 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

34. LCC Site Report dated April 3, 2024, marked with bates stamp number LaSalle 0060 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

35. Report of the Forensic Pathologist dated July 1, 2024, marked with bates stamp numbers LaSalle 0061 – LaSalle 0065 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

36. NMS Lab Report dated July 24, 2024 marked with bates stamp numbers LaSalle 0066- LaSalle 0068 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

37. Hardtner Medical Center records marked with bates stamp numbers LaSalle 0069 – LaSalle 0094 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

38. Jalen Anderson Obituary - Houston, TX marked with bates stamp numbers LaSalle 0095 – LaSalle 0110 and previously produced to Plaintiffs by LaSalle Correctional on July 1, 2025;

39. Records from Hardtner Medical Center obtained via subpoena marked with bates stamp numbers HMC 0001-59 and previously produced to Plaintiffs by LaSalle Correctional Center on October 20, 2025;

40. Confidential Incident/Investigation Report (240402910_redacted) marked with bates stamp numbers HC_Gilbert 0001 - HC_Gilbert 0036 and previously produced to Plaintiffs by Harris County on July 1, 2025;

41. Initial Incident Report & attachments (CI240403-LCC01 Initial Notification) marked with bates stamp numbers HC_Gilbert 0037 - HC_Gilbert 0056 and previously produced to Plaintiffs by Harris County on July 1, 2025;

42. Classification Records - Jalen Anderson SPN 02802349_redacted marked with bates stamp numbers HC_Gilbert 0060 - HC_Gilbert 0104 and previously produced to Plaintiffs by Harris County on July 1, 2025;

43. Initial Custody Assessment Scale marked with bates stamp numbers HC_Gilbert 0105 - HC_Gilbert 0108 and previously produced to Plaintiffs by Harris County on July 1, 2025;

44. Inmate Housing History Report marked with bates stamp number HC_Gilbert 0109 and previously produced to Plaintiffs by Harris County on July 1, 2025;

45. Jalen Anderson SPN02802349-Booking File_redacted marked with bates stamp numbers HC_Gilbert 0111 - HC_Gilbert 0132 and previously produced to Plaintiffs by Harris County on July 1, 2025;

46. Prisoner Intake Report_redacted marked with bates stamp numbers HC_Gilbert 0150 - HC_Gilbert 0151 and previously produced to Plaintiffs by Harris County on July 1, 2025;

47. Prisoner Processing History Report_redacted marked with bates stamp numbers HC_Gilbert 0152 - HC_Gilbert 0156 and previously produced to Plaintiffs by Harris County on July 1, 2025;

48. LCC Personnel file of Shannon Brewer (redacted) marked with bates stamp numbers LaSalle 0111 – LaSalle 0114 and which will be produced pursuant to a Protective Order in this matter;

49. LCC Personnel file of Mariah Dickey (redacted) marked with bates stamp numbers LaSalle 0115 – LaSalle 0220 and which will be produced pursuant to a Protective Order in this matter;

50. LCC Personnel file of Denise Finlay (redacted) marked with bates stamp numbers LaSalle 0221 – LaSalle 0343 and which will be produced pursuant to a Protective Order in this matter;

51. LCC Personnel file of Charlotte Fusselll (redacted) marked with bates stamp numbers LaSalle 0344 – LaSalle 0538 and which will be produced pursuant to a Protective Order in this matter;

52. LCC Personnel file of Richard Morehead (redacted) marked with bates stamp numbers LaSalle 0539 – LaSalle 0766 and which will be produced pursuant to a Protective Order in this matter;

53. LCC Personnel file of Paul Smith (redacted) marked with bates stamp numbers LaSalle 0767 – LaSalle 0897 and which will be produced pursuant to a Protective Order in this matter;

54. LCC Personnel file of John Stuckey (redacted) marked with bates stamp numbers LaSalle 0898 – LaSalle 1160 and which will be produced pursuant to a Protective Order in this matter;

55. LCC Personnel file of Gwen Warren (redacted) marked with bates stamp numbers LaSalle 1161 – LaSalle 1333 and which will be produced pursuant to a Protective Order in this matter;

56. Training and Education Materials marked with bates stamp numbers LaSalle 1767 – LaSalle 2424 and which will be produced pursuant to a Protective Order in this matter;

57. Training and Education Materials for Shannon Brewer marked with bates stamp numbers LaSalle 1472 – LaSalle 1601 and which will be produced pursuant to a Protective Order in this matter;

58. Training and Education Materials for Denise Finlay marked with bates stamp numbers LaSalle 1602 – LaSalle 1679 and which will be produced pursuant to a Protective Order in this matter;

59. Training and Education Materials for Charlotte Fusselll marked with bates stamp numbers LaSalle 1680 – LaSalle 1720 and which will be produced pursuant to a Protective Order in this matter;

60. Training and Education Materials for Gwendolyn Warren marked with bates stamp numbers LaSalle 1721 – LaSalle 1766 and which will be produced pursuant to a Protective Order in this matter;

61. Old Republic Union Insurance Policy, CPKG6302023 marked with bates stamp numbers LaSalle 1374 – LaSalle 1467 and attached hereto;

62. Brazos County Jail Records obtained via subpoena marked with bates stamp numbers LaSalle 2613 – LaSalle 2727 and attached hereto;

63. Life Check System Report (24 hours) dated April 3, 2024 marked with bates stamp numbers LaSalle 1359 – LaSalle 1371 and attached hereto;

64. Second Amendment to the Agreement Between Harris County and Southwestern Correctional LLC d/b/a LaSalle Southwest Corrections and LaSalle Management Company and LaSalle Corrections dated May 2, 2024, marked with bates stamp numbers LaSalle 2446 – LaSalle 2552 and associated electronic mail, which will be produced pursuant to a Protective Order in this matter;

65. LCC All Resident Messages regarding Jaleen Anderson marked with bates stamp number LaSalle 2436 and which will be produced in native format;

66. LCC Video: Jaleen Anderson Cell 101 dated April 3, 2024 marked with bates stamp number LaSalle 2437 and which will be produced in native format;

67. LCC Video: Jaleen Anderson VIDEO A Hall dated April 3, 2024 marked with bates stamp number LaSalle 2439 and which will be produced in native format;

68. LCC Video: Jaleen Anderson VIDEO B Hall dated April 3, 2024 marked with bates stamp number LaSalle 2438 and which will be produced in native format;

69. LCC Video: Jaleen Anderson VIDEO Bravo Front Dorm Camera Footage dated March 23, 2024 to April 3, 2024 marked with bates stamp number LaSalle 2445 and which will be produced in native format;

70. LCC Video: Jaleen Anderson VIDEO Bravo Key dated April 2, 2024 marked with bates stamp number LaSalle 2444 and which will be produced in native format;

71. LCC Video: Jaleen Anderson VIDEO Bravo Key dated April 3, 2024 marked with bates stamp number LaSalle 2443 and which will be produced in native format;

72. LCC Video: Jaleen Anderson VIDEO Medical Hall END dated April 3, 2024 marked with bates stamp number LaSalle 2442 and which will be produced in native format;

73. LCC Video: Jaleen Anderson VIDEO Sallyport dated April 3, 2024 marked with bates stamp number LaSalle 2435 and attached hereto;

74. LCC Video: Medical Hall (1) dated April 3, 2024 marked with bates stamp numbers LaSalle 2440 and attached hereto;

75. LCC Video: Med Hall (2) dated April 3, 2024 marked with bates stamp number LaSalle 2441 and attached hereto;

76. HC 1 Medical Care – Administration effective 4/5/22 marked with bates stamp numbers Lasalle 2553 – Lasalle 2557, and which will be produced pursuant to a Protective Order in this matter;

77. HC 2 Medical Care – Organization effective 4/5/22 marked with bates stamp numbers Lasalle 2558 – Lasalle 2561, and which will be produced pursuant to a Protective Order in this matter;

78. HC 3 Medical Care – Medical Records effective 4/5/22 marked with bates stamp numbers Lasalle 2562 – Lasalle 2565, and which will be produced pursuant to a Protective Order in this matter;

79. HC 4 Medical Care – Access to Healthcare effective 4/5/22 marked with bates stamp numbers Lasalle 2566 – Lasalle 2568, and which will be produced pursuant to a Protective Order in this matter;

80. HC 5 Medical Care – Intake Screening effective 4/5/22 marked with bates stamp numbers Lasalle 2569 – Lasalle 2573, and which will be produced pursuant to a Protective Order in this matter;

81. HC 7 Medical Care – Emergency Medical Care effective 4/5/22 marked with bates stamp numbers Lasalle 2574 – Lasalle 2578, and which will be produced pursuant to a Protective Order in this matter;

82. HC 8 Medical Care – Sick Call effective 4/5/22 marked with bates stamp numbers Lasalle 2579 – Lasalle 2582, and which will be produced pursuant to a Protective Order in this matter;

83. HC 9 Medical Care – Chronic Care Clinics effective 4/5/22 marked with bates stamp numbers Lasalle 2583 – Lasalle 2587, and which will be produced pursuant to a Protective Order in this matter;

84. HC 10 Medical Care – Pharmaceutical Management effective 4/5/22 marked with bates stamp numbers Lasalle 2588 – Lasalle 2592, and which will be produced pursuant to a Protective Order in this matter;

85. HC 11 Medical Care – Restrictive Housings effective 4/5/22 marked with bates stamp numbers Lasalle 2593 – Lasalle 2594, and which will be produced pursuant to a Protective Order in this matter;

86. HC 12 Medical Care – Medical Restraint effective 4/5/22 marked with bates stamp numbers Lasalle 2595 – Lasalle 2599, and which will be produced pursuant to a Protective Order in this matter;

87. HC 13 Significant Self-Harm and Suicide Prevention and Intervention effective 4/5/22 marked with bates stamp numbers Lasalle 2600 – Lasalle 2607, and which will be produced pursuant to a Protective Order in this matter;

88. HC 14 Medical Care – Hunger Strikes effective 4/5/22 marked with bates stamp numbers Lasalle 2608 – Lasalle 2612, and which will be produced pursuant to a Protective Order in this matter;

89. Mortality Review regarding Jaleen Anderson signed by Pamela Hearn, MD marked with bates stamp numbers LaSalle 1372 - LaSalle 1373 and attached hereto;

90. Stuckey-HC Correspondence marked with bates stamp numbers LaSalle 2738 – LaSalle 2763, and attached hereto;

91. LCS-Site Report for Facility for 48hr prior marked with bates stamp numbers LaSalle 2764 – LaSalle 2932, and attached hereto;

92. LCS-Site Report for Bravo Dorm for March 22, 2024 to April 3, 2024 marked with bates stamp numbers LaSalle 2933 – LaSalle 2971, and attached hereto;

93. Critical Incident Reporting Policy marked with bates stamp numbers Lasalle 2972 – Lasalle 2986, and which will be produced pursuant to a Protective Order in this matter;

94. LCC Chain of Command marked with bates stamp number Lasalle 2987, and which will be produced pursuant to a Protective Order in this matter;

95. LCC Post Order – Armory Officer marked with bates stamp numbers Lasalle 2988 – Lasalle 2998, and which will be produced pursuant to a Protective Order in this matter;

96. LCC Post Order – Back Gate Officer marked with bates stamp numbers Lasalle 2999 – Lasalle 3010, and which will be produced pursuant to a Protective Order in this matter;

97. LCC Post Order – Booking Officer marked with bates stamp numbers Lasalle 3011 – Lasalle 3021, and which will be produced pursuant to a Protective Order in this matter;

98. LCC Post Order – Control Room Officer marked with bates stamp numbers Lasalle 3022 – Lasalle 3034, and which will be produced pursuant to a Protective Order in this matter;

99. LCC Post Order – Dry Cell Post Order marked with bates stamp numbers Lasalle 3035 – Lasalle 3044, and which will be produced pursuant to a Protective Order in this matter;

100.    LCC Post Order – Floor Officer marked with bates stamp numbers Lasalle 3045 – Lasalle 3056, and which will be produced pursuant to a Protective Order in this matter;

101.    LCC Post Order – Food Service Officer marked with bates stamp numbers Lasalle 3057 – Lasalle 3068, and which will be produced pursuant to a Protective Order in this matter;

102.    LCC Post Order – Gate Officer marked with bates stamp numbers Lasalle 3069 – Lasalle 3078, and which will be produced pursuant to a Protective Order in this matter;

103.    LCC Post Order – Housing Unit Officer marked with bates stamp numbers Lasalle 3079 – Lasalle 3091, and which will be produced pursuant to a Protective Order in this matter;

104.    LCC Post Order – Key Control Officer marked with bates stamp numbers Lasalle 3092 – Lasalle 3103, and which will be produced pursuant to a Protective Order in this matter;

105.    LCC Post Order – Laundry Officer marked with bates stamp numbers Lasalle 3104 – Lasalle 3115, and which will be produced pursuant to a Protective Order in this matter;

106.    LCC Post Order – Lieutenant marked with bates stamp numbers Lasalle 3116 – Lasalle 3129, and which will be produced pursuant to a Protective Order in this matter;

107.    LCC Post Order – Medical Transport / Hospital Duty Officer marked with bates stamp numbers Lasalle 3130 – Lasalle 3146, and which will be produced pursuant to a Protective Order in this matter;

108.    LCC Post Order – Property Officer marked with bates stamp numbers Lasalle 3147 – Lasalle 3157, and which will be produced pursuant to a Protective Order in this matter;

109.    LCC Post Order – Recreation Officer marked with bates stamp numbers Lasalle 3158 – Lasalle 3168, and which will be produced pursuant to a Protective Order in this matter;

110.    LCC Post Order – Sergeant marked with bates stamp numbers Lasalle 3169 – Lasalle 3182, and which will be produced pursuant to a Protective Order in this matter;

111.    LCC Post Order – Special Housing Unit Officer marked with bates stamp numbers Lasalle 3183 – Lasalle 3194, and which will be produced pursuant to a Protective Order in this matter;

112.    LCC Post Order – Suicide Watch Officer marked with bates stamp numbers Lasalle 3195 – Lasalle 3205, and which will be produced pursuant to a Protective Order in this matter;

113.    LCC Post Order – Transportation Officer marked with bates stamp numbers Lasalle 3206 – Lasalle 3223, and which will be produced pursuant to a Protective Order in this matter; and

114.    LCC Shift Paperwork for April 1, 2024 to April 3, 2024, marked with bates stamp numbers LaSalle 3224 – LaSalle 3411, and attached hereto.

**INTERROGATORY NO. 4:**

Please identify every LaSalle employee or agent (including ground-level employees, supervisors, managers, administrators, and command staff) who you believe had any interaction or contact with Jaleen Anderson during the Subject Confinement, through any form of personal observation, evaluation, or dialogue. Please provide the date, time, and a detailed description of the encounter. If you are unable to state the exact date and time of the encounter, please provide your best estimate.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 4:**

Subject to and without waiving any objection, Defendants respond that the identities of individuals with whom Jaleen Anderson had contact during his detention at LaSalle Correctional Center may be found in the documents produced by Defendants in this case to date, including but not limited to the following:

1.    LCC Initial Incident Report dated April 3, 2024, marked with bates stamp number LaSalle 0001 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

2.    LCC Supervisor Summary of Incident Report by Lt Richard Morehead, Jr. dated April 4, 2024, marked with bates stamp numbers LaSalle 0002 – LaSalle 0005 and previously produced to Plaintiffs by LaSalle Correctional on July 1, 2025;

3.    LCC Witness Documentation by Lt. Charles Love dated April 3, 2024, marked with bates stamp numbers LaSalle 0006 - LaSalle 0007 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

11

4.  LCC Witness Documentation by Sgt. Holden Raspberry dated April 3, 2024, marked with bates stamp numbers LaSalle 0008 - Lasalle 0009 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

5.  LCC Witness Documentation by Mariah Dickey dated April 4, 2024, marked with bates stamp numbers LaSalle 0012 - LaSalle 0014 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

6.  LCC Witness Documentation by Deputy Sandra Shelton dated April 3, 2024, marked with bates stamp numbers LaSalle 0015 - LaSalle 0016 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

7.  LCC Witness Documentation by Deputy Detrick Street dated April 4, 2024, marked with bates stamp numbers LaSalle 0017 - LaSalle 0018 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

8.  LCC Witness Documentation by Deputy Prentice May dated April 4, 2024, marked with bates stamp numbers LaSalle 0019 - LaSalle 0020 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

9.  LCC 24 Hour Movement Log dated April 3, 2024, marked with bates stamp number LaSalle 0023 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

10. Visual & Medical Assessment marked with bates stamp number LaSalle 0024 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

11. LCC Unusual Occurrence Report signed by Sgt. Raspberry dated April 2, 2024, marked with bates stamp number LaSalle 0032 and previously produced to Plaintiffs by LaSalle Correctional on July 1, 2025;

12. LCC Unusual Occurrence Report signed by Sgt. Martin dated April 2, 2024, marked with bates stamp number LaSalle 0033 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

13. LCC Unusual Occurrence Report signed by Sgt Raspberry dated April 5, 2024, marked with bates stamp number LaSalle 0034 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

14. LCC Unusual Occurrence Report signed by Lt. Charles Love dated April 3, 2024, marked with bates stamp numbers LaSalle 0035 - LaSalle 0036 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

15. Denise Finlay email to HC Office Visit dated April 3, 2024, marked with bates stamp number LaSalle 0037 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

16. LCC Investigative Report by Asst Warden Paul Smith incorrectly dated "March 3, 2024," marked with bates stamp numbers LaSalle 0040 - LaSalle 0041 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

17. LCC Investigative Report by Major Manley Poole dated "March 3, 2024" marked with bates stamp number LaSalle 0042 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

18. LCC Medical Screening dated March 25, 2025, marked with bates stamp numbers LaSalle 0044 - LaSalle 0045 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

19. LCC Nurse's Notes marked with bates stamp number LaSalle 0054 and previously produced to Plaintiffs by LaSalle Correctional on July 1, 2025;

20. LCC Sick Call Note marked with bates stamp number LaSalle 0055 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

21. LCC Finlay statement-timeline marked with bates stamp number LaSalle 0058 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025

22. LCC Fusselll statement-timeline marked with bates stamp number LaSalle 0059 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

23. LCC Site Report dated April 3, 2024, marked with bates stamp number LaSalle 0060 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

24. Records from Hardtner Medical Center obtained via subpoena marked with bates stamp numbers HMC 0001-59 and previously produced to Plaintiffs by LaSalle Correctional Center on October 20, 2025;

25. Life Check System Report (24 hours) dated April 3, 2024 marked with bates stamp numbers LaSalle 1359 – LaSalle 1371 and attached hereto;

26. LCC All Resident Messages regarding Jaleen Anderson marked with bates stamp number LaSalle 2436 and which will be produced in native format;

27. LCC Video: Jaleen Anderson Cell 101 dated April 3, 2024 marked with bates stamp number LaSalle 2437 and which will be produced in native format;

28. LCC Video: Jaleen Anderson VIDEO A Hall dated April 3, 2024 marked with bates stamp number LaSalle 2439 and which will be produced in native format;

29. LCC Video: Jaleen Anderson VIDEO B Hall dated April 3, 2024 marked with bates stamp number LaSalle 2438 and which will be produced in native format;

30. LCC Video: Jaleen Anderson VIDEO Bravo Front Dorm Camera Footage dated March 23, 2024 to April 3, 2024 marked with bates stamp number LaSalle 2445 and which will be produced in native format;

31. LCC Video: Jaleen Anderson VIDEO Bravo Key dated April 2, 2024 marked with bates stamp number LaSalle 2444 and which will be produced in native format;

32. LCC Video: Jaleen Anderson VIDEO Bravo Key dated April 3, 2024 marked with bates stamp number LaSalle 2443 and which will be produced in native format;

33. LCC Video: Jaleen Anderson VIDEO Medical Hall END dated April 3, 2024 marked with bates stamp number LaSalle 2442 and which will be produced in native format;

34. LCC Video: Jaleen Anderson VIDEO Sallyport dated April 3, 2024 marked with bates stamp number LaSalle 2435 and attached hereto;

35. LCC Video: Medical Hall (1) dated April 3, 2024 marked with bates stamp numbers LaSalle 2440 and attached hereto;

36. LCC Video: Med Hall (2) dated April 3, 2024 marked with bates stamp number LaSalle 2441 and attached hereto; and

37. LCS-Site Report for Facility for 48hr prior marked with bates stamp numbers LaSalle 2764 – LaSalle 2932, and attached hereto;

38. LCS-Site Report for Bravo Dorm for March 22, 2024 to April 3, 2024 marked with bates stamp numbers LaSalle 2933 – LaSalle 2971, and attached hereto; and

39. LCC Shift Paperwork for April 1, 2024 to April 3, 2024, marked with bates stamp numbers LaSalle 3224 – LaSalle 3411, and attached hereto.

**<u>INTERROGATORY NO. 5:</u>**

Please identify any LaSalle agents or employees (such as corrections officers, staff, administrators, and medical personnel) who communicated or relayed any information about Mr. Anderson (or his medical condition) at any point during the Subject Confinement. For each person identified, please provide the dates and times that the information was relayed, the person(s) to whom the information was relayed, the form of the communication, a detailed description of the information relayed, and a list of anyone else who was present during the communication. If you

are unable to identify the exact date and time of any such communication, please provide your best estimate.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 5:**

Subject to and without waiving any objection, Defendants respond that the identities of individuals who "communicated or relayed" (as Defendants understand that phrase) any information about Mr. Anderson may be found in the documents produced by Defendants in this case to date, including but not limited to the following:

1. LCC Initial Incident Report dated April 3, 2024, marked with bates stamp number LaSalle 0001 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

2. LCC Supervisor Summary of Incident Report by Lt Richard Morehead, Jr. dated April 4, 2024, marked with bates stamp numbers LaSalle 0002 – LaSalle 0005 and previously produced to Plaintiffs by LaSalle Correctional on July 1, 2025;

3. LCC Witness Documentation by Lt. Charles Love dated April 3, 2024, marked with bates stamp numbers LaSalle 0006 - LaSalle 0007 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

4. LCC Witness Documentation by Sgt. Holden Raspberry dated April 3, 2024, marked with bates stamp numbers LaSalle 0008 - Lasalle 0009 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

5. LCC Witness Documentation by Mariah Dickey dated April 4, 2024, marked with bates stamp numbers LaSalle 0012 - LaSalle 0014 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

6. LCC Witness Documentation by Deputy Sandra Shelton dated April 3 2024, marked with bates stamp numbers LaSalle 0015 - LaSalle 0016 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

7. LCC Witness Documentation by Deputy Detrick Street dated April 4, 2024, marked with bates stamp numbers LaSalle 0017 - LaSalle 0018 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

8. LCC Witness Documentation by Deputy Prentice May dated April 4, 2024, marked with bates stamp numbers LaSalle 0019 - LaSalle 0020 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

9. LCC 24 Hour Movement Log dated April 3, 2024, marked with bates stamp number LaSalle 0023 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

10. Visual & Medical Assessment marked with bates stamp number LaSalle 0024 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

11. LCC Unusual Occurrence Report signed by Sgt. Raspberry dated April 2, 2024, marked with bates stamp number LaSalle 0032 and previously produced to Plaintiffs by LaSalle Correctional on July 1, 2025;

12. LCC Unusual Occurrence Report signed by Sgt. Martin dated April 2, 2024, marked with bates stamp number LaSalle 0033 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

13. LCC Unusual Occurrence Report signed by Sgt Raspberry dated April 5, 2024, marked with bates stamp number LaSalle 0034 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

14. LCC Unusual Occurrence Report signed by Lt. Charles Love dated April 3, 2024, marked with bates stamp numbers LaSalle 0035 - LaSalle 0036 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

15. Denise Finlay email to HC Office Visit dated April 3, 2024, marked with bates stamp number LaSalle 0037 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

16. Tammy Cruse facsimile to Steven at Hardtner Medical Center with Jaleen Anderson booking sheet marked with bates stamp numbers LaSalle 0038 – LaSalle 0039 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

17. LCC Investigative Report by Asst Warden Paul Smith incorrectly dated "March 3, 2024," marked with bates stamp numbers LaSalle 0040 - LaSalle 0041 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

18. LCC Investigative Report by Major Manley Poole dated "March 3, 2024" marked with bates stamp number LaSalle 0042 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

19. LCC Medical Screening dated March 25, 2025, marked with bates stamp numbers LaSalle 0044 - LaSalle 0045 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

20. LCC TB Profile marked with bates stamp number LaSalle 0046 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

21. LCC Coronavirus (COVID 19) Intake Screening marked with bates stamp number LaSalle 0047 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

22. LCC COVID-19 Vaccine Consent/Declination Form marked with bates stamp number LaSalle 0048 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

23. LCC Nurse's Notes marked with bates stamp number LaSalle 0054 and previously produced to Plaintiffs by LaSalle Correctional on July 1, 2025;

24. LCC Sick Call Note marked with bates stamp number LaSalle 0055 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

25. LCC Medical Release to Brazoria County Jail marked with bates stamp number LaSalle 0057 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

26. LCC Finlay statement-timeline marked with bates stamp number LaSalle 0058 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025

27. LCC Fusselll statement-timeline marked with bates stamp number LaSalle 0059 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

28. LCC Site Report dated April 3, 2024, marked with bates stamp number LaSalle 0060 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

29. Confidential Incident/Investigation Report (240402910_redacted) marked with bates stamp numbers HC_Gilbert 0001 - HC_Gilbert 0036 and previously produced to Plaintiffs by Harris County on July 1, 2025;

30. Life Check System Report (24 hours) dated April 3, 2024 marked with bates stamp numbers LaSalle 1359 – LaSalle 1371 and attached hereto;

31. LCC All Resident Messages regarding Jaleen Anderson marked with bates stamp number LaSalle 2436 and which will be produced in native format; and

32. LCC Shift Paperwork for April 1, 2024 to April 3, 2024, marked with bates stamp numbers LaSalle 3224 – LaSalle 3411, and attached hereto.

**<u>INTERROGATORY NO. 9:</u>**

Please identify all locations where Mr. Anderson was housed at the Olla LCC during the Subject Confinement, the section of the jail, the pod, the cell number, the identities of any prisoners or detainees with whom he was housed in any pod or cell, and the type of housing in which he was confined (i.e., holding, general population, segregation, medical observation, etc.), and please identify the dates and times that he was housed in each location.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 9:**

Subject to and without waiving any objection, Defendants respond that responsive information may be found in the documents produced by Defendants in this case to date, including but not limited to the following:

1. Life Check System Report (24 hours) dated April 3, 2024 marked with bates stamp numbers LaSalle 1359 – LaSalle 1371 and attached hereto;

2. LCC 24 Hour Movement Log dated April 3, 2024, marked with bates stamp number LaSalle 0023 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

3. LCC Video: Jaleen Anderson Cell 101 dated April 3, 2024 marked with bates stamp number LaSalle 2437 and which will be produced in native format;

4. LCC Video: Jaleen Anderson VIDEO A Hall dated April 3, 2024 marked with bates stamp number LaSalle 2439 and which will be produced in native format;

5. LCC Video: Jaleen Anderson VIDEO B Hall dated April 3, 2024 marked with bates stamp number LaSalle 2438 and which will be produced in native format;

6. LCC Video: Jaleen Anderson VIDEO Bravo Front Dorm Camera Footage dated March 23, 2024 to April 3, 2024 marked with bates stamp number LaSalle 2445 and which will be produced in native format;

7. LCC Video: Jaleen Anderson VIDEO Bravo Key dated April 2, 2024 marked with bates stamp number LaSalle 2444 and which will be produced in native format;

8. LCC Video: Jaleen Anderson VIDEO Bravo Key dated April 3, 2024 marked with bates stamp number LaSalle 2443 and which will be produced in native format;

9. LCC Video: Jaleen Anderson VIDEO Medical Hall END dated April 3, 2024 marked with bates stamp number LaSalle 2442 and which will be produced in native format;

10. LCC Video: Jaleen Anderson VIDEO Sallyport dated April 3, 2024 marked with bates stamp number LaSalle 2435 and attached hereto;

11. LCC Video: Medical Hall (1) dated April 3, 2024 marked with bates stamp numbers LaSalle 2440 and attached hereto;

12. LCC Video: Med Hall (2) dated April 3, 2024 marked with bates stamp number LaSalle 2441 and attached hereto; and

13. LCC Shift Paperwork for April 1, 2024 to April 3, 2024, marked with bates stamp numbers LaSalle 3224 – LaSalle 3411, and attached hereto.

<u>**Rule 34 Requests for Production**</u>

<u>**REQUEST FOR PRODUCTION NO. 2:**</u>

Any and all documents or materials, including communications, that support, relate to, or which were consulted for any of your responses to any party's Interrogatories and Requests to Admit in this case.

<u>**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 2:**</u>

Defendants respond that they will submit an exhibit list in accordance with any Scheduling Order issued by the Court. Subject to and without waiving any objection, Defendants refer Plaintiffs to the following:

1. LCC Initial Incident Report dated April 3, 2024, marked with bates stamp number LaSalle 0001 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

2. LCC Supervisor Summary of Incident Report by Lt Richard Morehead, Jr. dated April 4, 2024, marked with bates stamp numbers LaSalle 0002 – LaSalle 0005 and previously produced to Plaintiffs by LaSalle Correctional on July 1, 2025;

3. LCC Witness Documentation by Lt. Charles Love dated April 3, 2024, marked with bates stamp numbers LaSalle 0006 - LaSalle 0007 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

4. LCC Witness Documentation by Sgt. Holden Raspberry dated April 3, 2024, marked with bates stamp numbers LaSalle 0008 - Lasalle 0009 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

5. LCC Witness Documentation by Mariah Dickey dated April 4, 2024, marked with bates stamp numbers LaSalle 0012 - LaSalle 0014 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

6. LCC Witness Documentation by Deputy Sandra Shelton dated April 3 2024, marked with bates stamp numbers LaSalle 0015 - LaSalle 0016 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

7. LCC Witness Documentation by Deputy Detrick Street dated April 4, 2024, marked with bates stamp numbers LaSalle 0017 - LaSalle 0018 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

8. LCC Witness Documentation by Deputy Prentice May dated April 4, 2024, marked with bates stamp numbers LaSalle 0019 - LaSalle 0020 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

9. LCC Subject Sheet marked with bates stamp numbers LaSalle 0021 - LaSalle 0022 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

10. LCC 24 Hour Movement Log dated April 3, 2024, marked with bates stamp number LaSalle 0023 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

11. Visual & Medical Assessment marked with bates stamp number LaSalle 0024 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

12. Release Sheet, transferred to Hardtner Med Center marked with bates stamp number LaSalle 0031 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

13. LCC Unusual Occurrence Report signed by Sgt. Raspberry dated April 2, 2024, marked with bates stamp number LaSalle 0032 and previously produced to Plaintiffs by LaSalle Correctional on July 1, 2025;

14. LCC Unusual Occurrence Report signed by Sgt. Martin dated April 2, 2024, marked with bates stamp number LaSalle 0033 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

15. LCC Unusual Occurrence Report signed by Sgt Raspberry dated April 5, 2024, marked with bates stamp number LaSalle 0034 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

16. LCC Unusual Occurrence Report signed by Lt. Charles Love dated April 3, 2024, marked with bates stamp numbers LaSalle 0035 - LaSalle 0036 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

17. Denise Finlay email to HC Office Visit dated April 3, 2024, marked with bates stamp number LaSalle 0037 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

18. Tammy Cruse facsimile to Steven at Hardtner Medical Center with Jaleen Anderson booking sheet marked with bates stamp numbers LaSalle 0038 – LaSalle 0039 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

19. LCC Investigative Report by Asst Warden Paul Smith incorrectly dated "March 3, 2024," marked with bates stamp numbers LaSalle 0040 - LaSalle 0041 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

20. LCC Investigative Report by Major Manley Poole dated "March 3, 2024" marked with bates stamp number LaSalle 0042 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

21. LCC Medical Screening dated March 25, 2025, marked with bates stamp numbers LaSalle 0044 - LaSalle 0045 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

22. LCC TB Profile marked with bates stamp number LaSalle 0046 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

23. LCC Coronavirus (COVID 19) Intake Screening marked with bates stamp number LaSalle 0047 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

24. LCC COVID-19 Vaccine Consent/Declination Form marked with bates stamp number LaSalle 0048 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

25. LCC Health & Medical Consent Form marked with bates stamp number LaSalle 0049 and previously produced to Plaintiffs by LaSalle Correctional on July 1, 2025;

26. LCC Release of Medical Information Form marked with bates stamp number LaSalle 0050 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

27. Texas Uniform Health Status Updated marked with bates stamp numbers LaSalle 0050 – LaSalle 0052 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

28. LCC Nurse's Notes marked with bates stamp number LaSalle 0054 and previously produced to Plaintiffs by LaSalle Correctional on July 1, 2025;

29. LCC Sick Call Note marked with bates stamp number LaSalle 0055 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

30. LCC MD NP PA Orders dated April 3, 2024 marked with bates stamp number LaSalle 0056 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

31. LCC Medical Release to Brazoria County Jail marked with bates stamp number LaSalle 0057 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

32. LCC Finlay statement-timeline marked with bates stamp number LaSalle 0058 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

33. LCC Fusselll statement-timeline marked with bates stamp number LaSalle 0059 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

34. LCC Site Report dated April 3, 2024, marked with bates stamp number LaSalle 0060 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

35. Report of the Forensic Pathologist dated July 1, 2024, marked with bates stamp numbers LaSalle 0061 – LaSalle 0065 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

36. NMS Lab Report dated July 24, 2024 marked with bates stamp numbers LaSalle 0066- LaSalle 0068 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

37. Hardtner Medical Center records marked with bates stamp numbers LaSalle 0069 – LaSalle 0094 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

38. Jalen Anderson Obituary - Houston, TX marked with bates stamp numbers LaSalle 0095 – LaSalle 0110 and previously produced to Plaintiffs by LaSalle Correctional on July 1, 2025;

39. Records from Hardtner Medical Center obtained via subpoena marked with bates stamp numbers HMC 0001-59 and previously produced to Plaintiffs by LaSalle Correctional Center on October 20, 2025;

40. Confidential Incident/Investigation Report (240402910_redacted) marked with bates stamp numbers HC_Gilbert 0001 - HC_Gilbert 0036 and previously produced to Plaintiffs by Harris County on July 1, 2025;

41. Initial Incident Report & attachments (CI240403-LCC01 Initial Notification) marked with bates stamp numbers HC_Gilbert 0037 - HC_Gilbert 0056 and previously produced to Plaintiffs by Harris County on July 1, 2025;

42. Classification Records - Jalen Anderson SPN 02802349_redacted marked with bates stamp numbers HC_Gilbert 0060 - HC_Gilbert 0104 and previously produced to Plaintiffs by Harris County on July 1, 2025;

43. Initial Custody Assessment Scale marked with bates stamp numbers HC_Gilbert 0105 - HC_Gilbert 0108 and previously produced to Plaintiffs by Harris County on July 1, 2025;

44. Inmate Housing History Report marked with bates stamp number HC_Gilbert 0109 and previously produced to Plaintiffs by Harris County on July 1, 2025;

45. Jalen Anderson SPN02802349-Booking File_redacted marked with bates stamp numbers HC_Gilbert 0111 - HC_Gilbert 0132 and previously produced to Plaintiffs by Harris County on July 1, 2025;

46. Prisoner Intake Report_redacted marked with bates stamp numbers HC_Gilbert 0150 - HC_Gilbert 0151 and previously produced to Plaintiffs by Harris County on July 1, 2025;

47. Prisoner Processing History Report_redacted marked with bates stamp numbers HC_Gilbert 0152 - HC_Gilbert 0156 and previously produced to Plaintiffs by Harris County on July 1, 2025;

48. LCC Personnel file of Shannon Brewer (redacted) marked with bates stamp numbers LaSalle 0111 – LaSalle 0114 and which will be produced pursuant to a Protective Order in this matter;

49. LCC Personnel file of Mariah Dickey (redacted) marked with bates stamp numbers LaSalle 0115 – LaSalle 0220 and which will be produced pursuant to a Protective Order in this matter;

50. LCC Personnel file of Denise Finlay (redacted) marked with bates stamp numbers LaSalle 0221 – LaSalle 0343 and which will be produced pursuant to a Protective Order in this matter;

51. LCC Personnel file of Charlotte Fusselll (redacted) marked with bates stamp numbers LaSalle 0344 – LaSalle 0538 and which will be produced pursuant to a Protective Order in this matter;

52. LCC Personnel file of Richard Morehead (redacted) marked with bates stamp numbers LaSalle 0539 – LaSalle 0766 and which will be produced pursuant to a Protective Order in this matter;

53. LCC Personnel file of Paul Smith (redacted) marked with bates stamp numbers LaSalle 0767 – LaSalle 0897 and which will be produced pursuant to a Protective Order in this matter;

54. LCC Personnel file of John Stuckey (redacted) marked with bates stamp numbers LaSalle 0898 – LaSalle 1160 and which will be produced pursuant to a Protective Order in this matter;

55. LCC Personnel file of Gwen Warren (redacted) marked with bates stamp numbers LaSalle 1161 – LaSalle 1333 and which will be produced pursuant to a Protective Order in this matter;

56. Training and Education Materials marked with bates stamp numbers LaSalle 1767 – LaSalle 2424 and which will be produced pursuant to a Protective Order in this matter;

57. Training and Education Materials for Shannon Brewer marked with bates stamp numbers LaSalle 1472 – LaSalle 1601 and which will be produced pursuant to a Protective Order in this matter;

58. Training and Education Materials for Denise Finlay marked with bates stamp numbers LaSalle 1602 – LaSalle 1679 and which will be produced pursuant to a Protective Order in this matter;

59. Training and Education Materials for Charlotte Fusselll marked with bates stamp numbers LaSalle 1680 – LaSalle 1720 and which will be produced pursuant to a Protective Order in this matter;

60. Training and Education Materials for Gwendolyn Warren marked with bates stamp numbers LaSalle 1721 – LaSalle 1766 and which will be produced pursuant to a Protective Order in this matter;

61. Old Republic Union Insurance Policy, CPKG6302023 marked with bates stamp numbers LaSalle 1374 – LaSalle 1467 and attached hereto;

62. Brazos County Jail Records obtained via subpoena marked with bates stamp numbers LaSalle 2613 – LaSalle 2727 and attached hereto;

63. Life Check System Report (24 hours) dated April 3, 2024 marked with bates stamp numbers LaSalle 1359 – LaSalle 1371 and attached hereto;

64. Second Amendment to the Agreement Between Harris County and Southwestern Correctional LLC d/b/a LaSalle Southwest Corrections and LaSalle Management Company and LaSalle Corrections dated May 2, 2024, marked with bates stamp numbers LaSalle 2446 – LaSalle 2552 and associated electronic mail, which will be produced pursuant to a Protective Order in this matter;

65. LCC All Resident Messages regarding Jaleen Anderson marked with bates stamp number LaSalle 2436 and which will be produced in native format;

66. LCC Video: Jaleen Anderson Cell 101 dated April 3, 2024 marked with bates stamp number LaSalle 2437 and which will be produced in native format;

67. LCC Video: Jaleen Anderson VIDEO A Hall dated April 3, 2024 marked with bates stamp number LaSalle 2439 and which will be produced in native format;

68. LCC Video: Jaleen Anderson VIDEO B Hall dated April 3, 2024 marked with bates stamp number LaSalle 2438 and which will be produced in native format;

69. LCC Video: Jaleen Anderson VIDEO Bravo Front Dorm Camera Footage dated March 23, 2024 to April 3, 2024 marked with bates stamp number LaSalle 2445 and which will be produced in native format;

70. LCC Video: Jaleen Anderson VIDEO Bravo Key dated April 2, 2024 marked with bates stamp number LaSalle 2444 and which will be produced in native format;

71. LCC Video: Jaleen Anderson VIDEO Bravo Key dated April 3, 2024 marked with bates stamp number LaSalle 2443 and which will be produced in native format;

72. LCC Video: Jaleen Anderson VIDEO Medical Hall END dated April 3, 2024 marked with bates stamp number LaSalle 2442 and which will be produced in native format;

73. LCC Video: Jaleen Anderson VIDEO Sallyport dated April 3, 2024 marked with bates stamp number LaSalle 2435 and attached hereto;

74. LCC Video: Medical Hall (1) dated April 3, 2024 marked with bates stamp numbers LaSalle 2440 and attached hereto;

75. LCC Video: Med Hall (2) dated April 3, 2024 marked with bates stamp number LaSalle 2441 and attached hereto;

76. HC 1 Medical Care – Administration effective 4/5/22 marked with bates stamp numbers Lasalle 2553 – Lasalle 2557, and which will be produced pursuant to a Protective Order in this matter;

77. HC 2 Medical Care – Organization effective 4/5/22 marked with bates stamp numbers Lasalle 2558 – Lasalle 2561, and which will be produced pursuant to a Protective Order in this matter;

78. HC 3 Medical Care – Medical Records effective 4/5/22 marked with bates stamp numbers Lasalle 2562 – Lasalle 2565, and which will be produced pursuant to a Protective Order in this matter;

79. HC 4 Medical Care – Access to Healthcare effective 4/5/22 marked with bates stamp numbers Lasalle 2566 – Lasalle 2568, and which will be produced pursuant to a Protective Order in this matter;

80. HC 5 Medical Care – Intake Screening effective 4/5/22 marked with bates stamp numbers Lasalle 2569 – Lasalle 2573, and which will be produced pursuant to a Protective Order in this matter;

81. HC 7 Medical Care – Emergency Medical Care effective 4/5/22 marked with bates stamp numbers Lasalle 2574 – Lasalle 2578, and which will be produced pursuant to a Protective Order in this matter;

82. HC 8 Medical Care – Sick Call effective 4/5/22 marked with bates stamp numbers Lasalle 2579 – Lasalle 2582, and which will be produced pursuant to a Protective Order in this matter;

83. HC 9 Medical Care – Chronic Care Clinics effective 4/5/22 marked with bates stamp numbers Lasalle 2583 – Lasalle 2587, and which will be produced pursuant to a Protective Order in this matter;

84. HC 10 Medical Care – Pharmaceutical Management effective 4/5/22 marked with bates stamp numbers Lasalle 2588 – Lasalle 2592, and which will be produced pursuant to a Protective Order in this matter;

85. HC 11 Medical Care – Restrictive Housings effective 4/5/22 marked with bates stamp numbers Lasalle 2593 – Lasalle 2594, and which will be produced pursuant to a Protective Order in this matter;

86. HC 12 Medical Care – Medical Restraint effective 4/5/22 marked with bates stamp numbers Lasalle 2595 – Lasalle 2599, and which will be produced pursuant to a Protective Order in this matter;

87. HC 13 Significant Self-Harm and Suicide Prevention and Intervention effective 4/5/22 marked with bates stamp numbers Lasalle 2600 – Lasalle 2607, and which will be produced pursuant to a Protective Order in this matter;

88. HC 14 Medical Care – Hunger Strikes effective 4/5/22 marked with bates stamp numbers Lasalle 2608 – Lasalle 2612, and which will be produced pursuant to a Protective Order in this matter;

89. Mortality Review regarding Jaleen Anderson signed by Pamela Hearn, MD marked with bates stamp numbers LaSalle 1372 - LaSalle 1373 and attached hereto;

90. Stuckey-HC Correspondence marked with bates stamp numbers LaSalle 2738 – LaSalle 2763, and attached hereto;

91. LCS-Site Report for Facility for 48hr prior marked with bates stamp numbers LaSalle 2764 – LaSalle 2932, and attached hereto;

92. LCS-Site Report for Bravo Dorm for March 22, 2024 to April 3, 2024 marked with bates stamp numbers LaSalle 2933 – LaSalle 2971, and attached hereto;

93. Critical Incident Reporting Policy marked with bates stamp numbers Lasalle 2972 – Lasalle 2986, and which will be produced pursuant to a Protective Order in this matter;

94. LCC Chain of Command marked with bates stamp number Lasalle 2987, and which will be produced pursuant to a Protective Order in this matter;

95. LCC Post Order – Armory Officer marked with bates stamp numbers Lasalle 2988 – Lasalle 2998, and which will be produced pursuant to a Protective Order in this matter;

96. LCC Post Order – Back Gate Officer marked with bates stamp numbers Lasalle 2999 – Lasalle 3010, and which will be produced pursuant to a Protective Order in this matter;

97. LCC Post Order – Booking Officer marked with bates stamp numbers Lasalle 3011 – Lasalle 3021, and which will be produced pursuant to a Protective Order in this matter;

98. LCC Post Order – Control Room Officer marked with bates stamp numbers Lasalle 3022 – Lasalle 3034, and which will be produced pursuant to a Protective Order in this matter;

99. LCC Post Order – Dry Cell Post Order marked with bates stamp numbers Lasalle 3035 – Lasalle 3044, and which will be produced pursuant to a Protective Order in this matter;

100. LCC Post Order – Floor Officer marked with bates stamp numbers Lasalle 3045 – Lasalle 3056, and which will be produced pursuant to a Protective Order in this matter;

101. LCC Post Order – Food Service Officer marked with bates stamp numbers Lasalle 3057 – Lasalle 3068, and which will be produced pursuant to a Protective Order in this matter;

102. LCC Post Order – Gate Officer marked with bates stamp numbers Lasalle 3069 – Lasalle 3078, and which will be produced pursuant to a Protective Order in this matter;

103. LCC Post Order – Housing Unit Officer marked with bates stamp numbers Lasalle 3079 – Lasalle 3091, and which will be produced pursuant to a Protective Order in this matter;

104. LCC Post Order – Key Control Officer marked with bates stamp numbers Lasalle 3092 – Lasalle 3103, and which will be produced pursuant to a Protective Order in this matter;

105.    LCC Post Order – Laundry Officer marked with bates stamp numbers Lasalle 3104 – Lasalle 3115, and which will be produced pursuant to a Protective Order in this matter;

106.    LCC Post Order – Lieutenant marked with bates stamp numbers Lasalle 3116 – Lasalle 3129, and which will be produced pursuant to a Protective Order in this matter;

107.    LCC Post Order – Medical Transport / Hospital Duty Officer marked with bates stamp numbers Lasalle 3130 – Lasalle 3146, and which will be produced pursuant to a Protective Order in this matter;

108.    LCC Post Order – Property Officer marked with bates stamp numbers Lasalle 3147 – Lasalle 3157, and which will be produced pursuant to a Protective Order in this matter;

109.    LCC Post Order – Recreation Officer marked with bates stamp numbers Lasalle 3158 – Lasalle 3168, and which will be produced pursuant to a Protective Order in this matter;

110.    LCC Post Order – Sergeant marked with bates stamp numbers Lasalle 3169 – Lasalle 3182, and which will be produced pursuant to a Protective Order in this matter;

111.    LCC Post Order – Special Housing Unit Officer marked with bates stamp numbers Lasalle 3183 – Lasalle 3194, and which will be produced pursuant to a Protective Order in this matter;

112.    LCC Post Order – Suicide Watch Officer marked with bates stamp numbers Lasalle 3195 – Lasalle 3205, and which will be produced pursuant to a Protective Order in this matter;

113.    LCC Post Order – Transportation Officer marked with bates stamp numbers Lasalle 3206 – Lasalle 3223, and which will be produced pursuant to a Protective Order in this matter; and

114.    LCC Shift Paperwork for April 1, 2024 to April 3, 2024, marked with bates stamp numbers LaSalle 3224 – LaSalle 3411, and attached hereto.

**REQUEST FOR PRODUCTION NO. 3:**

Any and all documents or materials that you may use in this case at any deposition, hearing, motion, or at trial. This includes all documents that you may refer to and all documents you will use as exhibits.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 3:**

Subject to and without waiving any objection, Defendants refer Plaintiffs to the following:

1. LCC Initial Incident Report dated April 3, 2024, marked with bates stamp number LaSalle 0001 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

2. LCC Supervisor Summary of Incident Report by Lt Richard Morehead, Jr. dated April 4, 2024, marked with bates stamp numbers LaSalle 0002 – LaSalle 0005 and previously produced to Plaintiffs by LaSalle Correctional on July 1, 2025;

3. LCC Witness Documentation by Lt. Charles Love dated April 3, 2024, marked with bates stamp numbers LaSalle 0006 - LaSalle 0007 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

4.  LCC Witness Documentation by Sgt. Holden Raspberry dated April 3, 2024, marked with bates stamp numbers LaSalle 0008 - Lasalle 0009 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

5. LCC Witness Documentation by Mariah Dickey dated April 4, 2024, marked with bates stamp numbers LaSalle 0012 - LaSalle 0014 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

6. LCC Witness Documentation by Deputy Sandra Shelton dated April 3 2024, marked with bates stamp numbers LaSalle 0015 - LaSalle 0016 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

7. LCC Witness Documentation by Deputy Detrick Street dated April 4, 2024, marked with bates stamp numbers LaSalle 0017 - LaSalle 0018 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

8. LCC Witness Documentation by Deputy Prentice May dated April 4, 2024, marked with bates stamp numbers LaSalle 0019 - LaSalle 0020 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

9. LCC Subject Sheet marked with bates stamp numbers LaSalle 0021 - LaSalle 0022 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

10. LCC 24 Hour Movement Log dated April 3, 2024, marked with bates stamp number LaSalle 0023 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

11. Visual & Medical Assessment marked with bates stamp number LaSalle 0024 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

12. Release Sheet, transferred to Hardtner Med Center marked with bates stamp number LaSalle 0031 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

13. LCC Unusual Occurrence Report signed by Sgt. Raspberry dated April 2, 2024, marked with bates stamp number LaSalle 0032 and previously produced to Plaintiffs by LaSalle Correctional on July 1, 2025;

14. LCC Unusual Occurrence Report signed by Sgt. Martin dated April 2, 2024, marked with bates stamp number LaSalle 0033 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

15. LCC Unusual Occurrence Report signed by Sgt Raspberry dated April 5, 2024, marked with bates stamp number LaSalle 0034 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

16. LCC Unusual Occurrence Report signed by Lt. Charles Love dated April 3, 2024, marked with bates stamp numbers LaSalle 0035 - LaSalle 0036 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

17. Denise Finlay email to HC Office Visit dated April 3, 2024, marked with bates stamp number LaSalle 0037 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

18. Tammy Cruse facsimile to Steven at Hardtner Medical Center with Jaleen Anderson booking sheet marked with bates stamp numbers LaSalle 0038 – LaSalle 0039 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

19. LCC Investigative Report by Asst Warden Paul Smith incorrectly dated "March 3, 2024," marked with bates stamp numbers LaSalle 0040 - LaSalle 0041 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

20. LCC Investigative Report by Major Manley Poole dated "March 3, 2024" marked with bates stamp number LaSalle 0042 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

21. LCC Medical Screening dated March 25, 2025, marked with bates stamp numbers LaSalle 0044 - LaSalle 0045 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

22. LCC TB Profile marked with bates stamp number LaSalle 0046 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

23. LCC Coronavirus (COVID 19) Intake Screening marked with bates stamp number LaSalle 0047 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

24. LCC COVID-19 Vaccine Consent/Declination Form marked with bates stamp number LaSalle 0048 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

25. LCC Health & Medical Consent Form marked with bates stamp number LaSalle 0049 and previously produced to Plaintiffs by LaSalle Correctional on July 1, 2025;

26. LCC Release of Medical Information Form marked with bates stamp number LaSalle 0050 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

27. Texas Uniform Health Status Updated marked with bates stamp numbers LaSalle 0050 – LaSalle 0052 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

28. LCC Nurse's Notes marked with bates stamp number LaSalle 0054 and previously produced to Plaintiffs by LaSalle Correctional on July 1, 2025;

29. LCC Sick Call Note marked with bates stamp number LaSalle 0055 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

30. LCC MD NP PA Orders dated April 3, 2024 marked with bates stamp number LaSalle 0056 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

31. LCC Medical Release to Brazoria County Jail marked with bates stamp number LaSalle 0057 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

32. LCC Finlay statement-timeline marked with bates stamp number LaSalle 0058 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

33. LCC Fusselll statement-timeline marked with bates stamp number LaSalle 0059 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

34. LCC Site Report dated April 3, 2024, marked with bates stamp number LaSalle 0060 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

35. Report of the Forensic Pathologist dated July 1, 2024, marked with bates stamp numbers LaSalle 0061 – LaSalle 0065 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

36. NMS Lab Report dated July 24, 2024 marked with bates stamp numbers LaSalle 0066- LaSalle 0068 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

37. Hardtner Medical Center records marked with bates stamp numbers LaSalle 0069 – LaSalle 0094 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

38. Jalen Anderson Obituary - Houston, TX marked with bates stamp numbers LaSalle 0095 – LaSalle 0110 and previously produced to Plaintiffs by LaSalle Correctional on July 1, 2025;

39. Records from Hardtner Medical Center obtained via subpoena marked with bates stamp numbers HMC 0001-59 and previously produced to Plaintiffs by LaSalle Correctional Center on October 20, 2025;

40. Confidential Incident/Investigation Report (240402910_redacted) marked with bates stamp numbers HC_Gilbert 0001 - HC_Gilbert 0036 and previously produced to Plaintiffs by Harris County on July 1, 2025;

41. Initial Incident Report & attachments (CI240403-LCC01 Initial Notification) marked with bates stamp numbers HC_Gilbert 0037 - HC_Gilbert 0056 and previously produced to Plaintiffs by Harris County on July 1, 2025;

42. Classification Records - Jalen Anderson SPN 02802349_redacted marked with bates stamp numbers HC_Gilbert 0060 - HC_Gilbert 0104 and previously produced to Plaintiffs by Harris County on July 1, 2025;

43. Initial Custody Assessment Scale marked with bates stamp numbers HC_Gilbert 0105 - HC_Gilbert 0108 and previously produced to Plaintiffs by Harris County on July 1, 2025;

44. Inmate Housing History Report marked with bates stamp number HC_Gilbert 0109 and previously produced to Plaintiffs by Harris County on July 1, 2025;

45. Jalen Anderson SPN02802349-Booking File_redacted marked with bates stamp numbers HC_Gilbert 0111 - HC_Gilbert 0132 and previously produced to Plaintiffs by Harris County on July 1, 2025;

46. Prisoner Intake Report_redacted marked with bates stamp numbers HC_Gilbert 0150 - HC_Gilbert 0151 and previously produced to Plaintiffs by Harris County on July 1, 2025;

47. Prisoner Processing History Report_redacted marked with bates stamp numbers HC_Gilbert 0152 - HC_Gilbert 0156 and previously produced to Plaintiffs by Harris County on July 1, 2025;

48. LCC Personnel file of Shannon Brewer (redacted) marked with bates stamp numbers LaSalle 0111 – LaSalle 0114 and which will be produced pursuant to a Protective Order in this matter;

49. LCC Personnel file of Mariah Dickey (redacted) marked with bates stamp numbers LaSalle 0115 – LaSalle 0220 and which will be produced pursuant to a Protective Order in this matter;

50. LCC Personnel file of Denise Finlay (redacted) marked with bates stamp numbers LaSalle 0221 – LaSalle 0343 and which will be produced pursuant to a Protective Order in this matter;

51. LCC Personnel file of Charlotte Fusselll (redacted) marked with bates stamp numbers LaSalle 0344 – LaSalle 0538 and which will be produced pursuant to a Protective Order in this matter;

52. LCC Personnel file of Richard Morehead (redacted) marked with bates stamp numbers LaSalle 0539 – LaSalle 0766 and which will be produced pursuant to a Protective Order in this matter;

53. LCC Personnel file of Paul Smith (redacted) marked with bates stamp numbers LaSalle 0767 – LaSalle 0897 and which will be produced pursuant to a Protective Order in this matter;

54. LCC Personnel file of John Stuckey (redacted) marked with bates stamp numbers LaSalle 0898 – LaSalle 1160 and which will be produced pursuant to a Protective Order in this matter;

55. LCC Personnel file of Gwen Warren (redacted) marked with bates stamp numbers LaSalle 1161 – LaSalle 1333 and which will be produced pursuant to a Protective Order in this matter;

56. Training and Education Materials marked with bates stamp numbers LaSalle 1767 – LaSalle 2424 and which will be produced pursuant to a Protective Order in this matter;

57. Training and Education Materials for Shannon Brewer marked with bates stamp numbers LaSalle 1472 – LaSalle 1601 and which will be produced pursuant to a Protective Order in this matter;

58. Training and Education Materials for Denise Finlay marked with bates stamp numbers LaSalle 1602 – LaSalle 1679 and which will be produced pursuant to a Protective Order in this matter;

59. Training and Education Materials for Charlotte Fusselll marked with bates stamp numbers LaSalle 1680 – LaSalle 1720 and which will be produced pursuant to a Protective Order in this matter;

60. Training and Education Materials for Gwendolyn Warren marked with bates stamp numbers LaSalle 1721 – LaSalle 1766 and which will be produced pursuant to a Protective Order in this matter;

61. Old Republic Union Insurance Policy, CPKG6302023 marked with bates stamp numbers LaSalle 1374 – LaSalle 1467 and attached hereto;

62. Brazos County Jail Records obtained via subpoena marked with bates stamp numbers LaSalle 2613 – LaSalle 2727 and attached hereto;

63. Life Check System Report (24 hours) dated April 3, 2024 marked with bates stamp numbers LaSalle 1359 – LaSalle 1371 and attached hereto;

64. Second Amendment to the Agreement Between Harris County and Southwestern Correctional LLC d/b/a LaSalle Southwest Corrections and LaSalle Management Company and LaSalle Corrections dated May 2, 2024, marked with bates stamp numbers LaSalle 2446 – LaSalle 2552 and associated electronic mail, which will be produced pursuant to a Protective Order in this matter;

65. LCC All Resident Messages regarding Jaleen Anderson marked with bates stamp number LaSalle 2436 and which will be produced in native format;

66. LCC Video: Jaleen Anderson Cell 101 dated April 3, 2024 marked with bates stamp number LaSalle 2437 and which will be produced in native format;

67. LCC Video: Jaleen Anderson VIDEO A Hall dated April 3, 2024 marked with bates stamp number LaSalle 2439 and which will be produced in native format;

68. LCC Video: Jaleen Anderson VIDEO B Hall dated April 3, 2024 marked with bates stamp number LaSalle 2438 and which will be produced in native format;

69. LCC Video: Jaleen Anderson VIDEO Bravo Front Dorm Camera Footage dated March 23, 2024 to April 3, 2024 marked with bates stamp number LaSalle 2445 and which will be produced in native format;

70. LCC Video: Jaleen Anderson VIDEO Bravo Key dated April 2, 2024 marked with bates stamp number LaSalle 2444 and which will be produced in native format;

71. LCC Video: Jaleen Anderson VIDEO Bravo Key dated April 3, 2024 marked with bates stamp number LaSalle 2443 and which will be produced in native format;

72. LCC Video: Jaleen Anderson VIDEO Medical Hall END dated April 3, 2024 marked with bates stamp number LaSalle 2442 and which will be produced in native format;

73. LCC Video: Jaleen Anderson VIDEO Sallyport dated April 3, 2024 marked with bates stamp number LaSalle 2435 and attached hereto;

74. LCC Video: Medical Hall (1) dated April 3, 2024 marked with bates stamp numbers LaSalle 2440 and attached hereto;

75. LCC Video: Med Hall (2) dated April 3, 2024 marked with bates stamp number LaSalle 2441 and attached hereto;

76. HC 1 Medical Care – Administration effective 4/5/22 marked with bates stamp numbers Lasalle 2553 – Lasalle 2557, and which will be produced pursuant to a Protective Order in this matter;

77. HC 2 Medical Care – Organization effective 4/5/22 marked with bates stamp numbers Lasalle 2558 – Lasalle 2561, and which will be produced pursuant to a Protective Order in this matter;

78. HC 3 Medical Care – Medical Records effective 4/5/22 marked with bates stamp numbers Lasalle 2562 – Lasalle 2565, and which will be produced pursuant to a Protective Order in this matter;

79. HC 4 Medical Care – Access to Healthcare effective 4/5/22 marked with bates stamp numbers Lasalle 2566 – Lasalle 2568, and which will be produced pursuant to a Protective Order in this matter;

80. HC 5 Medical Care – Intake Screening effective 4/5/22 marked with bates stamp numbers Lasalle 2569 – Lasalle 2573, and which will be produced pursuant to a Protective Order in this matter;

81. HC 7 Medical Care – Emergency Medical Care effective 4/5/22 marked with bates stamp numbers Lasalle 2574 – Lasalle 2578, and which will be produced pursuant to a Protective Order in this matter;

82. HC 8 Medical Care – Sick Call effective 4/5/22 marked with bates stamp numbers Lasalle 2579 – Lasalle 2582, and which will be produced pursuant to a Protective Order in this matter;

83. HC 9 Medical Care – Chronic Care Clinics effective 4/5/22 marked with bates stamp numbers Lasalle 2583 – Lasalle 2587, and which will be produced pursuant to a Protective Order in this matter;

84. HC 10 Medical Care – Pharmaceutical Management effective 4/5/22 marked with bates stamp numbers Lasalle 2588 – Lasalle 2592, and which will be produced pursuant to a Protective Order in this matter;

85. HC 11 Medical Care – Restrictive Housings effective 4/5/22 marked with bates stamp numbers Lasalle 2593 – Lasalle 2594, and which will be produced pursuant to a Protective Order in this matter;

86. HC 12 Medical Care – Medical Restraint effective 4/5/22 marked with bates stamp numbers Lasalle 2595 – Lasalle 2599, and which will be produced pursuant to a Protective Order in this matter;

87. HC 13 Significant Self-Harm and Suicide Prevention and Intervention effective 4/5/22 marked with bates stamp numbers Lasalle 2600 – Lasalle 2607, and which will be produced pursuant to a Protective Order in this matter;

88. HC 14 Medical Care – Hunger Strikes effective 4/5/22 marked with bates stamp numbers Lasalle 2608 – Lasalle 2612, and which will be produced pursuant to a Protective Order in this matter;

89. Mortality Review regarding Jaleen Anderson signed by Pamela Hearn, MD marked with bates stamp numbers LaSalle 1372 - LaSalle 1373 and attached hereto;

90. Stuckey-HC Correspondence marked with bates stamp numbers LaSalle 2738 – LaSalle 2763, and attached hereto;

91. LCS-Site Report for Facility for 48hr prior marked with bates stamp numbers LaSalle 2764 – LaSalle 2932, and attached hereto;

92. LCS-Site Report for Bravo Dorm for March 22, 2024 to April 3, 2024 marked with bates stamp numbers LaSalle 2933 – LaSalle 2971, and attached hereto;

93. Critical Incident Reporting Policy marked with bates stamp numbers Lasalle 2972 – Lasalle 2986, and which will be produced pursuant to a Protective Order in this matter;

94. LCC Chain of Command marked with bates stamp number Lasalle 2987, and which will be produced pursuant to a Protective Order in this matter;

95. LCC Post Order – Armory Officer marked with bates stamp numbers Lasalle 2988 – Lasalle 2998, and which will be produced pursuant to a Protective Order in this matter;

96. LCC Post Order – Back Gate Officer marked with bates stamp numbers Lasalle 2999 – Lasalle 3010, and which will be produced pursuant to a Protective Order in this matter;

97. LCC Post Order – Booking Officer marked with bates stamp numbers Lasalle 3011 – Lasalle 3021, and which will be produced pursuant to a Protective Order in this matter;

98. LCC Post Order – Control Room Officer marked with bates stamp numbers Lasalle 3022 – Lasalle 3034, and which will be produced pursuant to a Protective Order in this matter;

99. LCC Post Order – Dry Cell Post Order marked with bates stamp numbers Lasalle 3035 – Lasalle 3044, and which will be produced pursuant to a Protective Order in this matter;

100. LCC Post Order – Floor Officer marked with bates stamp numbers Lasalle 3045 – Lasalle 3056, and which will be produced pursuant to a Protective Order in this matter;

101. LCC Post Order – Food Service Officer marked with bates stamp numbers Lasalle 3057 – Lasalle 3068, and which will be produced pursuant to a Protective Order in this matter;

102. LCC Post Order – Gate Officer marked with bates stamp numbers Lasalle 3069 – Lasalle 3078, and which will be produced pursuant to a Protective Order in this matter;

103. LCC Post Order – Housing Unit Officer marked with bates stamp numbers Lasalle 3079 – Lasalle 3091, and which will be produced pursuant to a Protective Order in this matter;

104. LCC Post Order – Key Control Officer marked with bates stamp numbers Lasalle 3092 – Lasalle 3103, and which will be produced pursuant to a Protective Order in this matter;

105. LCC Post Order – Laundry Officer marked with bates stamp numbers Lasalle 3104 – Lasalle 3115, and which will be produced pursuant to a Protective Order in this matter;

106. LCC Post Order – Lieutenant marked with bates stamp numbers Lasalle 3116 – Lasalle 3129, and which will be produced pursuant to a Protective Order in this matter;

107. LCC Post Order – Medical Transport / Hospital Duty Officer marked with bates stamp numbers Lasalle 3130 – Lasalle 3146, and which will be produced pursuant to a Protective Order in this matter;

108. LCC Post Order – Property Officer marked with bates stamp numbers Lasalle 3147 – Lasalle 3157, and which will be produced pursuant to a Protective Order in this matter;

109. LCC Post Order – Recreation Officer marked with bates stamp numbers Lasalle 3158 – Lasalle 3168, and which will be produced pursuant to a Protective Order in this matter;

110. LCC Post Order – Sergeant marked with bates stamp numbers Lasalle 3169 – Lasalle 3182, and which will be produced pursuant to a Protective Order in this matter;

111. LCC Post Order – Special Housing Unit Officer marked with bates stamp numbers Lasalle 3183 – Lasalle 3194, and which will be produced pursuant to a Protective Order in this matter;

112. LCC Post Order – Suicide Watch Officer marked with bates stamp numbers Lasalle 3195 – Lasalle 3205, and which will be produced pursuant to a Protective Order in this matter;

113.    LCC Post Order – Transportation Officer marked with bates stamp numbers Lasalle 3206 – Lasalle 3223, and which will be produced pursuant to a Protective Order in this matter; and

114.    LCC Shift Paperwork for April 1, 2024 to April 3, 2024, marked with bates stamp numbers LaSalle 3224 – LaSalle 3411, and attached hereto.

**REQUEST FOR PRODUCTION NO. 12:**

Any and all documents or materials containing, constituting, and/or memorializing Communications of any kind between any of the Defendants, or their counsel, agents, representatives, or any Person working on their behalf, and any Person who may have discoverable information or knowledge of the allegations in Plaintiff's Complaint or Defendants' Answers or Affirmative Defenses to Plaintiff's Complaint, including but not limited to any witness disclosed by any of the parties under Federal Rule of Civil Procedure 26 or in response to interrogatories, relating to Plaintiff and/or the allegations in Plaintiff's Complaint.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 12:**

Subject to and without waiving any objection, Defendants refer Plaintiffs to the documents they have identified for production in this case to date including but not limited to the following:

1. LCC Initial Incident Report dated April 3, 2024, marked with bates stamp number LaSalle 0001 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

2. LCC Supervisor Summary of Incident Report by Lt Richard Morehead, Jr. dated April 4, 2024, marked with bates stamp numbers LaSalle 0002 – LaSalle 0005 and previously produced to Plaintiffs by LaSalle Correctional on July 1, 2025;

3. LCC Witness Documentation by Lt. Charles Love dated April 3, 2024, marked with bates stamp numbers LaSalle 0006 - LaSalle 0007 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

4. LCC Witness Documentation by Sgt. Holden Raspberry dated April 3, 2024, marked with bates stamp numbers LaSalle 0008 - Lasalle 0009 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

5. LCC Witness Documentation by Mariah Dickey dated April 4, 2024, marked with bates stamp numbers LaSalle 0012 - LaSalle 0014 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

6.  LCC Witness Documentation by Deputy Sandra Shelton dated April 3 2024, marked with bates stamp numbers LaSalle 0015 - LaSalle 0016 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

7.  LCC Witness Documentation by Deputy Detrick Street dated April 4, 2024, marked with bates stamp numbers LaSalle 0017 - LaSalle 0018 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

8.  LCC Witness Documentation by Deputy Prentice May dated April 4, 2024, marked with bates stamp numbers LaSalle 0019 - LaSalle 0020 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

9.  Visual & Medical Assessment marked with bates stamp number LaSalle 0024 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

10. Release Sheet, transferred to Hardtner Med Center marked with bates stamp number LaSalle 0031 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

11. LCC Unusual Occurrence Report signed by Sgt. Raspberry dated April 2, 2024, marked with bates stamp number LaSalle 0032 and previously produced to Plaintiffs by LaSalle Correctional on July 1, 2025;

12. LCC Unusual Occurrence Report signed by Sgt. Martin dated April 2, 2024, marked with bates stamp number LaSalle 0033 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

13. LCC Unusual Occurrence Report signed by Sgt Raspberry dated April 5, 2024, marked with bate stamp number LaSalle 0034 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

14. LCC Unusual Occurrence Report signed by Lt. Charles Love dated April 3, 2024, marked with bates stamp numbers LaSalle 0035 - LaSalle 0036 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

15. Denise Finlay email to HC Office Visit dated April 3, 2024, marked with bates stamp number LaSalle 0037 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

16. Tammy Cruse facsimile to Steven at Hardtner Medical Center with Jaleen Anderson booking sheet marked with bates stamp numbers LaSalle 0038 – LaSalle 0039 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

17. LCC Investigative Report by Asst Warden Paul Smith incorrectly dated "March 3, 2024," marked with bates stamp numbers LaSalle 0040 - LaSalle 0041 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

18. LCC Investigative Report by Major Manley Poole dated "March 3, 2024" marked with bates stamp number LaSalle 0042 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

19. LCC Nurse's Notes marked with bates stamp number LaSalle 0054 and previously produced to Plaintiffs by LaSalle Correctional on July 1, 2025;

20. LCC Sick Call Note marked with bates stamp number LaSalle 0055 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

21. LCC MD NP PA Orders dated April 3, 2024 marked with bates stamp number LaSalle 0056 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

22. Initial Incident Report & attachments (CI240403-LCC01 Initial Notification) marked with bates stamp numbers HC_Gilbert 0037 - HC_Gilbert 0056 and previously produced to Plaintiffs by Harris County on July 1, 2025;

23. Initial Custody Assessment Scale marked with bates stamp numbers HC_Gilbert 0105 - HC_Gilbert 0108 and previously produced to Plaintiffs by Harris County on July 1, 2025;

24. Jalen Anderson SPN02802349-Booking File_redacted marked with bates stamp numbers HC_Gilbert 0111 - HC_Gilbert 0132 and previously produced to Plaintiffs by Harris County on July 1, 2025;

25. Prisoner Intake Report_redacted marked with bates stamp numbers HC_Gilbert 0150 - HC_Gilbert 0151 and previously produced to Plaintiffs by Harris County on July 1, 2025;

26. LCC Video: Jaleen Anderson Cell 101 dated April 3, 2024 marked with bates stamp number LaSalle 2437 and which will be produced in native format;

27. LCC Video: Jaleen Anderson VIDEO A Hall dated April 3, 2024 marked with bates stamp number LaSalle 2439 and which will be produced in native format;

28. LCC Video: Jaleen Anderson VIDEO B Hall dated April 3, 2024 marked with bates stamp number LaSalle 2438 and which will be produced in native format;

29. LCC Video: Jaleen Anderson VIDEO Bravo Front Dorm Camera Footage dated March 23, 2024 to April 3, 2024 marked with bates stamp number LaSalle 2445 and which will be produced in native format;

30. LCC Video: Jaleen Anderson VIDEO Bravo Key dated April 2, 2024 marked with bates stamp number LaSalle 2444 and which will be produced in native format;

31. LCC Video: Jaleen Anderson VIDEO Bravo Key dated April 3, 2024 marked with bates stamp number LaSalle 2443 and which will be produced in native format;

38

32. LCC Video: Jaleen Anderson VIDEO Medical Hall END dated April 3, 2024 marked with bates stamp number LaSalle 2442 and which will be produced in native format;

33. LCC Video: Jaleen Anderson VIDEO Sallyport dated April 3, 2024 marked with bates stamp number LaSalle 2435 and attached hereto;

34. LCC Video: Medical Hall (1) dated April 3, 2024 marked with bates stamp numbers LaSalle 2440 and attached hereto;

35. LCC Video: Med Hall (2) dated April 3, 2024 marked with bates stamp number LaSalle 2441 and attached hereto; and

36. Stuckey-HC Correspondence marked with bates stamp numbers LaSalle 2738 – LaSalle 2763, and attached hereto.

**REQUEST FOR PRODUCTION NO. 17:**

Any and all observation logs or guardian entries of all inmates generated during the Subject

Confinement by anyone who also entered an observation of Mr. Anderson during that time frame.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 17:**

Defendants object to this request as written as neither relevant nor proportional to the needs

of the case. Subject to and without waiving any objection, Defendants refer Plaintiffs to the

following:

1. LCS-Site Report for Bravo Dorm for March 22, 2024 to April 3, 2024 marked with bates stamp numbers LaSalle 2933 – LaSalle 2971, and attached hereto.

**REQUEST FOR PRODUCTION NO. 25:**

Any and all inmate movement reports, inmate roll calls, prisoner census, count sheets,

security check logs, round logs, wellness check logs, or other documents and materials reflecting

the inmate population in the 48 hours preceding Jaleen Anderson's death.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 25:**

Subject to and without waiving any objection, Defendants refer Plaintiffs to the documents

identified for production in this case, including but not limited to the following:

1. LCC 24 Hour Movement Log dated April 3, 2024, marked with bates stamp number LaSalle 0023 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

2. LCC Site Report dated April 3, 2024, marked with bates stamp number LaSalle 0060 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

3. Life Check System Report (24 hours) dated April 3, 2024 marked with bates stamp numbers LaSalle 1359 – LaSalle 1371 and attached hereto;

4. LCS-Site Report for Facility for 48hr prior marked with bates stamp numbers LaSalle 2764 – LaSalle 2932, and attached hereto; and

5. LCC Shift Paperwork for April 1, 2024 to April 3, 2024, marked with bates stamp numbers LaSalle 3224 – LaSalle 3411, and attached hereto.

**REQUEST FOR PRODUCTION NO. 27:**

Any and all documents and materials reflecting which individuals, including correctional officers and medical staff, who were on duty in the 48 hours preceding Jaleen Anderson's transport to the Hardtner Medical Center.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 27:**

Subject to and without waiving any objection, Defendants refer Plaintiffs to the following:

1. "April Calendar," marked with bates stamp numbers Anderson PL 000163 and produced by Plaintiffs on July 1, 2025; and

2. LCC Shift Paperwork for April 1, 2024 to April 3, 2024, marked with bates stamp numbers LaSalle 3224 – LaSalle 3411, and attached hereto.

**REQUEST FOR PRODUCTION NO. 42:**

Any and all policies, procedures, and directives regarding the review, investigation, tracking, response, reporting, or audit of a critical incident (such as the death of a detainee) in any LaSalle correctional facility.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 42:**

Defendants object to this request as written as neither relevant nor proportional to the needs of the case. Subject to and without waiving any objection, if Plaintiffs appropriately narrow this request, Defendants will endeavor to respond further. Defendants further respond to refer Plaintiffs to the following:

1. Critical Incident Reporting Policy marked with bates stamp numbers Lasalle 2972 – Lasalle 2986, and which will be produced pursuant to a Protective Order in this matter.

**REQUEST FOR PRODUCTION NO. 61:**

Any and all policies, procedures, directives, and/or post orders for corrections officers and/or medical at Olla LCC.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 61:**

Subject to and without waiving any objection, Defendants refer Plaintiffs to the following:

1. HC 1 Medical Care – Administration effective 4/5/22 marked with bates stamp numbers Lasalle 2553 – Lasalle 2557, and which will be produced pursuant to a Protective Order in this matter;

2. HC 2 Medical Care – Organization effective 4/5/22 marked with bates stamp numbers Lasalle 2558 – Lasalle 2561, and which will be produced pursuant to a Protective Order in this matter;

3. HC 3 Medical Care – Medical Records effective 4/5/22 marked with bates stamp numbers Lasalle 2562 – Lasalle 2565, and which will be produced pursuant to a Protective Order in this matter;

4. HC 4 Medical Care – Access to Healthcare effective 4/5/22 marked with bates stamp numbers Lasalle 2566 – Lasalle 2568, and which will be produced pursuant to a Protective Order in this matter;

5. HC 5 Medical Care – Intake Screening effective 4/5/22 marked with bates stamp numbers Lasalle 2569 – Lasalle 2573, and which will be produced pursuant to a Protective Order in this matter;

6. HC 7 Medical Care – Emergency Medical Care effective 4/5/22 marked with bates stamp numbers Lasalle 2574 – Lasalle 2578, and which will be produced pursuant to a Protective Order in this matter;

7. HC 8 Medical Care – Sick Call effective 4/5/22 marked with bates stamp numbers Lasalle 2579 – Lasalle 2582, and which will be produced pursuant to a Protective Order in this matter;

8. HC 9 Medical Care – Chronic Care Clinics effective 4/5/22 marked with bates stamp numbers Lasalle 2583 – Lasalle 2587, and which will be produced pursuant to a Protective Order in this matter;

9. HC 10 Medical Care – Pharmaceutical Management effective 4/5/22 marked with bates stamp numbers Lasalle 2588 – Lasalle 2592, and which will be produced pursuant to a Protective Order in this matter;

10. HC 11 Medical Care – Restrictive Housings effective 4/5/22 marked with bates stamp numbers Lasalle 2593 – Lasalle 2594, and which will be produced pursuant to a Protective Order in this matter;

11. HC 12 Medical Care – Medical Restraint effective 4/5/22 marked with bates stamp numbers Lasalle 2595 – Lasalle 2599, and which will be produced pursuant to a Protective Order in this matter;

12. HC 13 Significant Self-Harm and Suicide Prevention and Intervention effective 4/5/22 marked with bates stamp numbers Lasalle 2600 – Lasalle 2607, and which will be produced pursuant to a Protective Order in this matter;

13. HC 14 Medical Care – Hunger Strikes effective 4/5/22 marked with bates stamp numbers Lasalle 2608 – Lasalle 2612, and which will be produced pursuant to a Protective Order in this matter;

14. LCC Post Order – Armory Officer marked with bates stamp numbers Lasalle 2988 – Lasalle 2998, and which will be produced pursuant to a Protective Order in this matter;

15. LCC Post Order – Back Gate Officer marked with bates stamp numbers Lasalle 2999 – Lasalle 3010, and which will be produced pursuant to a Protective Order in this matter;

16. LCC Post Order – Booking Officer marked with bates stamp numbers Lasalle 3011 – Lasalle 3021, and which will be produced pursuant to a Protective Order in this matter;

17. LCC Post Order – Control Room Officer marked with bates stamp numbers Lasalle 3022 – Lasalle 3034, and which will be produced pursuant to a Protective Order in this matter;

18. LCC Post Order – Dry Cell Post Order marked with bates stamp numbers Lasalle 3035 – Lasalle 3044, and which will be produced pursuant to a Protective Order in this matter;

19. LCC Post Order – Floor Officer marked with bates stamp numbers Lasalle 3045 – Lasalle 3056, and which will be produced pursuant to a Protective Order in this matter;

20. LCC Post Order – Food Service Officer marked with bates stamp numbers Lasalle 3057 – Lasalle 3068, and which will be produced pursuant to a Protective Order in this matter;

21. LCC Post Order – Gate Officer marked with bates stamp numbers Lasalle 3069 – Lasalle 3078, and which will be produced pursuant to a Protective Order in this matter;

22. LCC Post Order – Housing Unit Officer marked with bates stamp numbers Lasalle 3079 – Lasalle 3091, and which will be produced pursuant to a Protective Order in this matter;

23. LCC Post Order – Key Control Officer marked with bates stamp numbers Lasalle 3092 – Lasalle 3103, and which will be produced pursuant to a Protective Order in this matter;

24. LCC Post Order – Laundry Officer marked with bates stamp numbers Lasalle 3104 – Lasalle 3115, and which will be produced pursuant to a Protective Order in this matter;

25. LCC Post Order – Lieutenant marked with bates stamp numbers Lasalle 3116 – Lasalle 3129, and which will be produced pursuant to a Protective Order in this matter;

26. LCC Post Order – Medical Transport / Hospital Duty Officer marked with bates stamp numbers Lasalle 3130 – Lasalle 3146, and which will be produced pursuant to a Protective Order in this matter;

27. LCC Post Order – Property Officer marked with bates stamp numbers Lasalle 3147 – Lasalle 3157, and which will be produced pursuant to a Protective Order in this matter;

28. LCC Post Order – Recreation Officer marked with bates stamp numbers Lasalle 3158 – Lasalle 3168, and which will be produced pursuant to a Protective Order in this matter;

29. LCC Post Order – Sergeant marked with bates stamp numbers Lasalle 3169 – Lasalle 3182, and which will be produced pursuant to a Protective Order in this matter;

30. LCC Post Order – Special Housing Unit Officer marked with bates stamp numbers Lasalle 3183 – Lasalle 3194, and which will be produced pursuant to a Protective Order in this matter;

31. LCC Post Order – Suicide Watch Officer marked with bates stamp numbers Lasalle 3195 – Lasalle 3205, and which will be produced pursuant to a Protective Order in this matter; and

32. LCC Post Order – Transportation Officer marked with bates stamp numbers Lasalle 3206 – Lasalle 3223, and which will be produced pursuant to a Protective Order in this matter.

## **REQUEST FOR PRODUCTION NO. 63:**

Any and all documents pertaining to or reflecting the organizational structure of Olla LCC, including chain of command or other hierarchical structures during the Subject Confinement.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 63:**

Defendants object to this request as written as neither relevant nor proportional to the needs of the case. Subject to and without waiving any objections, Defendants refer Plaintiffs to the following:

1. LCC Chain of Command marked with bates stamp number Lasalle 2987, and which will be produced pursuant to a Protective Order in this matter.

**REQUEST FOR PRODUCTION NO. 106:**

Any and all documents and materials reflecting any communication between LaSalle and Harris County, the Harris County Sheriff's Office, the State of Texas, the State of Louisiana, or any other governmental entity (or any individuals or officials affiliated any government entity) that mentions, relates to, or concerns Mr. Anderson (whether before or after his death).

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 106:**

Subject to and without waiving any objection, Defendants refer Plaintiffs to the following:

1. Confidential Incident/Investigation Report (240402910_redacted) marked with bates stamp numbers HC_Gilbert 0001 - HC_Gilbert 0036 and previously produced to Plaintiffs by Harris County on July 1, 2025;

2. Initial Incident Report & attachments (CI240403-LCC01 Initial Notification) marked with bates stamp numbers HC_Gilbert 0037 - HC_Gilbert 0056 and previously produced to Plaintiffs by Harris County on July 1, 2025;

3. Classification Records - Jalen Anderson  SPN 02802349_redacted marked with bates stamp numbers HC_Gilbert 0060 - HC_Gilbert 0104 and previously produced to Plaintiffs by Harris County on July 1, 2025;

4. Initial Custody Assessment Scale marked with bates stamp numbers HC_Gilbert 0105 - HC_Gilbert 0108 and previously produced to Plaintiffs by Harris County on July 1, 2025;

5. Inmate Housing History Report marked with bates stamp number HC_Gilbert 0109 and previously produced to Plaintiffs by Harris County on July 1, 2025;

6. Jalen Anderson SPN02802349-Booking File_redacted marked with bates stamp numbers HC_Gilbert 0111 - HC_Gilbert 0132 and previously produced to Plaintiffs by Harris County on July 1, 2025;

7.  Prisoner Intake Report_redacted marked with bates stamp numbers HC_Gilbert 0150 - HC_Gilbert 0151 and previously produced to Plaintiffs by Harris County on July 1, 2025;

8.  Prisoner Processing History Report_redacted marked with bates stamp numbers HC_Gilbert 0152 - HC_Gilbert 0156 and previously produced to Plaintiffs by Harris County on July 1, 2025; and

9.  Stuckey-HC Correspondence marked with bates stamp numbers LaSalle 2738 – LaSalle 2763, and attached hereto.

Respectfully submitted,

*/s/ Deirdre C. McGlinchey*
Deirdre C. McGlinchey, T.A. (24167)
dmcglinchey@joneswalker.com
Robert K. Denny (33092)
rdenny@joneswalker.com
Gillian M. McCarroll (40452)
gmccarroll@joneswalker.com
Ryan G. Lavelle (41305)
rlavelle@joneswalker.com
JONES WALKER LLP
201 St. Charles Ave.
New Orleans, Louisiana 70170
Telephone: (504) 582-8000
Facsimile: (504) 582-8583

*ATTORNEYS FOR LASALLE CORRECTIONAL CENTER, L.L.C. AND LASALLE MANAGEMENT COMPANY, L.L.C.*

## <u>CERTIFICATE OF SERVICE</u>

I certify that a copy of the above and foregoing has been served on:

Antonio Romanucci, Esq.
aromanucci@rblaw.net
Stephen Weil, Esq.
sweil@rblaw.net
Sam Harton, Esq.
sharton@rblaw.net
ROMANUCCI and BLANDIN, LLC
321 N. Clark St.
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
*ATTORNEYS FOR PLAINTIFFS*


Seth Hopkins, Esq.
seth.hopkins@harriscountytx.gov
Gregory Burnett, Esq.
gregory.burnett@harriscountytx.gov
HARRIS COUNTY ATTORNEY'S OFFICE
1019 Congress Street
Houston, TX 77002
(713) 755-5101
*ATTORNEYS FOR DEFENDANTS,*
*HARRIS COUNTY, TEXAS and*
*ED GONZALEZ*

via "e-mail," or by depositing a copy of same, postage prepaid and duly addressed, in the United

States Mail this December 18, 2025.

*/s/ Deirdre C. McGlinchey*
DEIRDRE C. McGLINCHEY

46