EXHIBIT 5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| NEFERTITI GILBERT, *et al.*, | * | CIVIL ACTION NO.: |
| Plaintiffs, | * | 1:25-cv-00421 |
| | * | |
| VERSUS | * | JUDGE DRELL |
| | * | |
| HARRIS COUNTY, TEXAS, *et al.,* | * | MAGISTRATE JUDGE PEREZ-MONTES |
| Defendants. | * | |
| ********************************** | * | **JURY TRIAL REQUESTED** |

## LASALLE CORRECTIONAL CENTER, L.L.C. AND LASALLE MANAGEMENT COMPANY, L.L.C.'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS' FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION

Defendants, LaSalle Correctional Center, L.L.C. and LaSalle Management Company, L.L.C. (hereinafter "Defendants") submit the following supplemental responses and objections to the First Set of Interrogatories and Requests for Production (hereinafter "Plaintiffs' Requests") propounded by Plaintiffs, Nefertiti Gilbert, as Personal Representative of Jaleen Anderson, deceased, and on her own behalf, and on behalf of her minor child A.G.; Christi Jackson, on behalf of her minor children X.A. and J.A.; and Jyrie Polk, on behalf of her minor child A.A. (hereinafter collectively "Plaintiffs").

## PRELIMINARY STATEMENT

In Defendants' continuing investigation into this matter, they have discovered additional documents responsive to Plaintiffs' Requests. Accordingly, Defendants supplement their responses and objections to Plaintiffs' Requests as set forth below. Defendants' supplemental responses and objections are made subject to and without waiving any previously raised objection in the prior responses and objections to Plaintiffs' Requests, served on December 5, 2025, and December 18, 2025.

Subject to the *Preliminary Statement, General Objections,* and specific objections set forth in Defendants' Original and Supplemental Responses and Objections to Plaintiffs' First Set of Interrogatories and Requests for Production, which are specifically incorporated into each of the following responses, Defendants respond as follows.

## INTERROGATORIES

## INTERROGATORY NO. 1:

Identify each document you consulted from which you obtained any information in connection with the preparation of a response in this case to each topic noticed pursuant to Rule 30(b)(6), each Rule 33 interrogatory, and each Rule 36 request to admit. For each such document, identify the discovery topic to which it relates.

## SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 1:

Defendants object to this interrogatory as premature because they have not been served with a Rule 30(b)(6) notice or Rule 36 request to admit. Subject to and without waiving any objection, Defendants refer Plaintiffs to the following:

1. LCC Initial Incident Report dated April 3, 2024, marked with bates stamp number LaSalle 0001 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

2. LCC Supervisor Summary of Incident Report by Lt Richard Morehead, Jr. dated April 4, 2024, marked with bates stamp numbers LaSalle 0002 – LaSalle 0005 and previously produced to Plaintiffs by LaSalle Correctional on July 1, 2025;

3. LCC Witness Documentation by Lt. Charles Love dated April 3, 2024, marked with bates stamp numbers LaSalle 0006 - LaSalle 0007 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

4.  LCC Witness Documentation by Sgt. Holden Raspberry dated April 3, 2024, marked with bates stamp numbers LaSalle 0008 - Lasalle 0009 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

5. LCC Witness Documentation by Mariah Dickey dated April 4, 2024, marked with bates stamp numbers LaSalle 0012 - LaSalle 0014 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

2

6. LCC Witness Documentation by Deputy Sandra Shelton dated April 3 2024, marked with bates stamp numbers LaSalle 0015 - LaSalle 0016 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

7. LCC Witness Documentation by Deputy Detrick Street dated April 4, 2024, marked with bates stamp numbers LaSalle 0017 - LaSalle 0018 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

8. LCC Witness Documentation by Deputy Prentice May dated April 4, 2024, marked with bates stamp numbers LaSalle 0019 - LaSalle 0020 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

9. LCC Subject Sheet marked with bates stamp numbers LaSalle 0021 - LaSalle 0022 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

10. LCC 24 Hour Movement Log dated April 3, 2024, marked with bates stamp number LaSalle 0023 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

11. Visual & Medical Assessment marked with bates stamp number LaSalle 0024 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

12. Release Sheet, transferred to Hardtner Med Center marked with bates stamp number LaSalle 0031 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

13. LCC Unusual Occurrence Report signed by Sgt. Raspberry dated April 2, 2024, marked with bates stamp number LaSalle 0032 and previously produced to Plaintiffs by LaSalle Correctional on July 1, 2025;

14. LCC Unusual Occurrence Report signed by Sgt. Martin dated April 2, 2024, marked with bates stamp number LaSalle 0033 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

15. LCC Unusual Occurrence Report signed by Sgt Raspberry dated April 5, 2024, marked with bates stamp number LaSalle 0034 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

16. LCC Unusual Occurrence Report signed by Lt. Charles Love dated April 3, 2024, marked with bates stamp numbers LaSalle 0035 - LaSalle 0036 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

17. Denise Finlay email to HC Office Visit dated April 3, 2024, marked with bates stamp number LaSalle 0037 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

18. Tammy Cruse facsimile to Steven at Hardtner Medical Center with Jaleen Anderson booking sheet marked with bates stamp numbers LaSalle 0038 – LaSalle 0039 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

19. LCC Investigative Report by Asst Warden Paul Smith incorrectly dated "March 3, 2024," marked with bates stamp numbers LaSalle 0040 - LaSalle 0041 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

20. LCC Investigative Report by Major Manley Poole dated "March 3, 2024" marked with bates stamp number LaSalle 0042 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

21. LCC Medical Screening dated March 25, 2025, marked with bates stamp numbers LaSalle 0044 - LaSalle 0045 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

22. LCC TB Profile marked with bates stamp number LaSalle 0046 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

23. LCC Coronavirus (COVID 19) Intake Screening marked with bates stamp number LaSalle 0047 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

24. LCC COVID-19 Vaccine Consent/Declination Form marked with bates stamp number LaSalle 0048 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

25. LCC Health & Medical Consent Form marked with bates stamp number LaSalle 0049 and previously produced to Plaintiffs by LaSalle Correctional on July 1, 2025;

26. LCC Release of Medical Information Form marked with bates stamp number LaSalle 0050 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

27. Texas Uniform Health Status Updated marked with bates stamp numbers LaSalle 0050 – LaSalle 0052 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

28. LCC Nurse's Notes marked with bates stamp number LaSalle 0054 and previously produced to Plaintiffs by LaSalle Correctional on July 1, 2025;

29. LCC Sick Call Note marked with bates stamp number LaSalle 0055 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

30. LCC MD NP PA Orders dated April 3, 2024 marked with bates stamp number LaSalle 0056 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

4

31. LCC Medical Release to Brazoria County Jail marked with bates stamp number LaSalle 0057 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

32. LCC Finlay statement-timeline marked with bates stamp number LaSalle 0058 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

33. LCC Fusselll statement-timeline marked with bates stamp number LaSalle 0059 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

34. LCC Site Report dated April 3, 2024, marked with bates stamp number LaSalle 0060 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

35. Report of the Forensic Pathologist dated July 1, 2024, marked with bates stamp numbers LaSalle 0061 – LaSalle 0065 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

36. NMS Lab Report dated July 24, 2024 marked with bates stamp numbers LaSalle 0066- LaSalle 0068 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

37. Hardtner Medical Center records marked with bates stamp numbers LaSalle 0069 – LaSalle 0094 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

38. Jalen Anderson Obituary - Houston, TX marked with bates stamp numbers LaSalle 0095 – LaSalle 0110 and previously produced to Plaintiffs by LaSalle Correctional on July 1, 2025;

39. Records from Hardtner Medical Center obtained via subpoena marked with bates stamp numbers HMC 0001-59 and previously produced to Plaintiffs by LaSalle Correctional Center on October 20, 2025;

40. Confidential Incident/Investigation Report (240402910_redacted) marked with bates stamp numbers HC_Gilbert 0001 - HC_Gilbert 0036 and previously produced to Plaintiffs by Harris County on July 1, 2025;

41. Initial Incident Report & attachments (CI240403-LCC01 Initial Notification) marked with bates stamp numbers HC_Gilbert 0037 - HC_Gilbert 0056 and previously produced to Plaintiffs by Harris County on July 1, 2025;

42. Classification Records - Jalen Anderson SPN 02802349_redacted marked with bates stamp numbers HC_Gilbert 0060 - HC_Gilbert 0104 and previously produced to Plaintiffs by Harris County on July 1, 2025;

43. Initial Custody Assessment Scale marked with bates stamp numbers HC_Gilbert 0105 - HC_Gilbert 0108 and previously produced to Plaintiffs by Harris County on July 1, 2025;

44. Inmate Housing History Report marked with bates stamp number HC_Gilbert 0109 and previously produced to Plaintiffs by Harris County on July 1, 2025;

45. Jalen Anderson SPN02802349-Booking File_redacted marked with bates stamp numbers HC_Gilbert 0111 - HC_Gilbert 0132 and previously produced to Plaintiffs by Harris County on July 1, 2025;

46. Prisoner Intake Report_redacted marked with bates stamp numbers HC_Gilbert 0150 - HC_Gilbert 0151 and previously produced to Plaintiffs by Harris County on July 1, 2025;

47. Prisoner Processing History Report_redacted marked with bates stamp numbers HC_Gilbert 0152 - HC_Gilbert 0156 and previously produced to Plaintiffs by Harris County on July 1, 2025;

48. LCC Personnel file of Shannon Brewer (redacted) marked with bates stamp numbers LaSalle 0111 – LaSalle 0114 and which will be produced pursuant to a Protective Order in this matter;

49. LCC Personnel file of Mariah Dickey (redacted) marked with bates stamp numbers LaSalle 0115 – LaSalle 0220 and which will be produced pursuant to a Protective Order in this matter;

50. LCC Personnel file of Denise Finlay (redacted) marked with bates stamp numbers LaSalle 0221 – LaSalle 0343 and which will be produced pursuant to a Protective Order in this matter;

51. LCC Personnel file of Charlotte Fusselll (redacted) marked with bates stamp numbers LaSalle 0344 – LaSalle 0538 and which will be produced pursuant to a Protective Order in this matter;

52. LCC Personnel file of Richard Morehead (redacted) marked with bates stamp numbers LaSalle 0539 – LaSalle 0766 and which will be produced pursuant to a Protective Order in this matter;

53. LCC Personnel file of Paul Smith (redacted) marked with bates stamp numbers LaSalle 0767 – LaSalle 0897 and which will be produced pursuant to a Protective Order in this matter;

54. LCC Personnel file of John Stuckey (redacted) marked with bates stamp numbers LaSalle 0898 – LaSalle 1160 and which will be produced pursuant to a Protective Order in this matter;

55. LCC Personnel file of Gwen Warren (redacted) marked with bates stamp numbers LaSalle 1161 – LaSalle 1333 and which will be produced pursuant to a Protective Order in this matter;

56. Training and Education Materials marked with bates stamp numbers LaSalle 1767 – LaSalle 2424 and which will be produced pursuant to a Protective Order in this matter;

57. Training and Education Materials for Shannon Brewer marked with bates stamp numbers LaSalle 1472 – LaSalle 1601 and which will be produced pursuant to a Protective Order in this matter;

58. Training and Education Materials for Denise Finlay marked with bates stamp numbers LaSalle 1602 – LaSalle 1679 and which will be produced pursuant to a Protective Order in this matter;

59. Training and Education Materials for Charlotte Fusselll marked with bates stamp numbers LaSalle 1680 – LaSalle 1720 and which will be produced pursuant to a Protective Order in this matter;

60. Training and Education Materials for Gwendolyn Warren marked with bates stamp numbers LaSalle 1721 – LaSalle 1766 and which will be produced pursuant to a Protective Order in this matter;

61. Old Republic Union Insurance Policy, CPKG6302023 marked with bates stamp numbers LaSalle 1374 – LaSalle 1467, which was previously produced;

62. Brazos County Jail Records obtained via subpoena marked with bates stamp numbers LaSalle 2613 – LaSalle 2727 , which was previously produced;

63. Life Check System Report (24 hours) dated April 3, 2024 marked with bates stamp numbers LaSalle 1359 – LaSalle 1371 , which was previously produced;

64. Second Amendment to the Agreement Between Harris County and Southwestern Correctional LLC d/b/a LaSalle Southwest Corrections and LaSalle Management Company and LaSalle Corrections dated May 2, 2024, marked with bates stamp numbers LaSalle 2446 – LaSalle 2552 and associated electronic mail, which will be produced pursuant to a Protective Order in this matter;

65. LCC All Resident Messages regarding Jaleen Anderson marked with bates stamp number LaSalle 2436 and which will be produced in native format;

66. LCC Video: Jaleen Anderson Cell 101 dated April 3, 2024 marked with bates stamp number LaSalle 2437 and which will be produced in native format;

67. LCC Video: Jaleen Anderson VIDEO A Hall dated April 3, 2024 marked with bates stamp number LaSalle 2439 and which will be produced in native format;

68. LCC Video: Jaleen Anderson VIDEO B Hall dated April 3, 2024 marked with bates stamp number LaSalle 2438 and which will be produced in native format;

69. LCC Video: Jaleen Anderson VIDEO Bravo Front Dorm Camera Footage dated March 23, 2024 to April 3, 2024 marked with bates stamp number LaSalle 2445 and which will be produced in native format;

70. LCC Video: Jaleen Anderson VIDEO Bravo Key dated April 2, 2024 marked with bates stamp number LaSalle 2444 and which will be produced in native format;

71. LCC Video: Jaleen Anderson VIDEO Bravo Key dated April 3, 2024 marked with bates stamp number LaSalle 2443 and which will be produced in native format;

72. LCC Video: Jaleen Anderson VIDEO Medical Hall END dated April 3, 2024 marked with bates stamp number LaSalle 2442 and which will be produced in native format;

73. LCC Video: Jaleen Anderson VIDEO Sallyport dated April 3, 2024 marked with bates stamp number LaSalle 2435, which was previously produced;

74. LCC Video: Medical Hall (1) dated April 3, 2024 marked with bates stamp numbers LaSalle 2440, which was previously produced;

75. LCC Video: Med Hall (2) dated April 3, 2024 marked with bates stamp number LaSalle 2441, which was previously produced;

76. HC 1 Medical Care – Administration effective 4/5/22 marked with bates stamp numbers Lasalle 2553 – Lasalle 2557, and which will be produced pursuant to a Protective Order in this matter;

77. HC 2 Medical Care – Organization effective 4/5/22 marked with bates stamp numbers Lasalle 2558 – Lasalle 2561, and which will be produced pursuant to a Protective Order in this matter;

78. HC 3 Medical Care – Medical Records effective 4/5/22 marked with bates stamp numbers Lasalle 2562 – Lasalle 2565, and which will be produced pursuant to a Protective Order in this matter;

79. HC 4 Medical Care – Access to Healthcare effective 4/5/22 marked with bates stamp numbers Lasalle 2566 – Lasalle 2568, and which will be produced pursuant to a Protective Order in this matter;

80. HC 5 Medical Care – Intake Screening effective 4/5/22 marked with bates stamp numbers Lasalle 2569 – Lasalle 2573, and which will be produced pursuant to a Protective Order in this matter;

81. HC 7 Medical Care – Emergency Medical Care effective 4/5/22 marked with bates stamp numbers Lasalle 2574 – Lasalle 2578, and which will be produced pursuant to a Protective Order in this matter;

82. HC 8 Medical Care – Sick Call effective 4/5/22 marked with bates stamp numbers Lasalle 2579 – Lasalle 2582, and which will be produced pursuant to a Protective Order in this matter;

83. HC 9 Medical Care – Chronic Care Clinics effective 4/5/22 marked with bates stamp numbers Lasalle 2583 – Lasalle 2587, and which will be produced pursuant to a Protective Order in this matter;

84. HC 10 Medical Care – Pharmaceutical Management effective 4/5/22 marked with bates stamp numbers Lasalle 2588 – Lasalle 2592, and which will be produced pursuant to a Protective Order in this matter;

85. HC 11 Medical Care – Restrictive Housings effective 4/5/22 marked with bates stamp numbers Lasalle 2593 – Lasalle 2594, and which will be produced pursuant to a Protective Order in this matter;

86. HC 12 Medical Care – Medical Restraint effective 4/5/22 marked with bates stamp numbers Lasalle 2595 – Lasalle 2599, and which will be produced pursuant to a Protective Order in this matter;

87. HC 13 Significant Self-Harm and Suicide Prevention and Intervention effective 4/5/22 marked with bates stamp numbers Lasalle 2600 – Lasalle 2607, and which will be produced pursuant to a Protective Order in this matter;

88. HC 14 Medical Care – Hunger Strikes effective 4/5/22 marked with bates stamp numbers Lasalle 2608 – Lasalle 2612, and which will be produced pursuant to a Protective Order in this matter;

89. Mortality Review regarding Jaleen Anderson signed by Pamela Hearn, MD marked with bates stamp numbers LaSalle 1372 - LaSalle 1373, which was previously produced;

90. Stuckey-HC Correspondence marked with bates stamp numbers LaSalle 2738 – LaSalle 2763, which was previously produced;

91. LCS-Site Report for Facility for 48hr prior marked with bates stamp numbers LaSalle 2764 – LaSalle 2932, which was previously produced;

92. LCS-Site Report for Bravo Dorm for March 22, 2024 to April 3, 2024 marked with bates stamp numbers LaSalle 2933 – LaSalle 2971, which was previously produced;

93. Critical Incident Reporting Policy marked with bates stamp numbers Lasalle 2972 – Lasalle 2986, and which will be produced pursuant to a Protective Order in this matter;

94. LCC Chain of Command marked with bates stamp number Lasalle 2987, and which will be produced pursuant to a Protective Order in this matter;

9

95. LCC Post Order – Armory Officer marked with bates stamp numbers Lasalle 2988 – Lasalle 2998, and which will be produced pursuant to a Protective Order in this matter;

96. LCC Post Order – Back Gate Officer marked with bates stamp numbers Lasalle 2999 – Lasalle 3010, and which will be produced pursuant to a Protective Order in this matter;

97. LCC Post Order – Booking Officer marked with bates stamp numbers Lasalle 3011 – Lasalle 3021, and which will be produced pursuant to a Protective Order in this matter;

98. LCC Post Order – Control Room Officer marked with bates stamp numbers Lasalle 3022 – Lasalle 3034, and which will be produced pursuant to a Protective Order in this matter;

99. LCC Post Order – Dry Cell Post Order marked with bates stamp numbers Lasalle 3035 – Lasalle 3044, and which will be produced pursuant to a Protective Order in this matter;

100.    LCC Post Order – Floor Officer marked with bates stamp numbers Lasalle 3045 – Lasalle 3056, and which will be produced pursuant to a Protective Order in this matter;

101.    LCC Post Order – Food Service Officer marked with bates stamp numbers Lasalle 3057 – Lasalle 3068, and which will be produced pursuant to a Protective Order in this matter;

102.    LCC Post Order – Gate Officer marked with bates stamp numbers Lasalle 3069 – Lasalle 3078, and which will be produced pursuant to a Protective Order in this matter;

103.    LCC Post Order – Housing Unit Officer marked with bates stamp numbers Lasalle 3079 – Lasalle 3091, and which will be produced pursuant to a Protective Order in this matter;

104.    LCC Post Order – Key Control Officer marked with bates stamp numbers Lasalle 3092 – Lasalle 3103, and which will be produced pursuant to a Protective Order in this matter;

105.    LCC Post Order – Laundry Officer marked with bates stamp numbers Lasalle 3104 – Lasalle 3115, and which will be produced pursuant to a Protective Order in this matter;

106.    LCC Post Order – Lieutenant marked with bates stamp numbers Lasalle 3116 – Lasalle 3129, and which will be produced pursuant to a Protective Order in this matter;

107.    LCC Post Order – Medical Transport / Hospital Duty Officer marked with bates stamp numbers Lasalle 3130 – Lasalle 3146, and which will be produced pursuant to a Protective Order in this matter;

108.    LCC Post Order – Property Officer marked with bates stamp numbers Lasalle 3147 – Lasalle 3157, and which will be produced pursuant to a Protective Order in this matter;

109.    LCC Post Order – Recreation Officer marked with bates stamp numbers Lasalle 3158 – Lasalle 3168, and which will be produced pursuant to a Protective Order in this matter;

110.    LCC Post Order – Sergeant marked with bates stamp numbers Lasalle 3169 – Lasalle 3182, and which will be produced pursuant to a Protective Order in this matter;

111.    LCC Post Order – Special Housing Unit Officer marked with bates stamp numbers Lasalle 3183 – Lasalle 3194, and which will be produced pursuant to a Protective Order in this matter;

112.    LCC Post Order – Suicide Watch Officer marked with bates stamp numbers Lasalle 3195 – Lasalle 3205, and which will be produced pursuant to a Protective Order in this matter;

113.    LCC Post Order – Transportation Officer, marked with bates stamp numbers Lasalle 3206 – Lasalle 3223, and which will be produced pursuant to a Protective Order in this matter;

114.    LCC Shift Paperwork for April 1, 2024 to April 3, 2024, marked with bates stamp numbers LaSalle 3224 – LaSalle 3411, which was previously produced;

115.    Movement Logs for March 22, 2024-March 31, 2024, marked with bates stamp numbers LaSalle 3412 – LaSalle 3442, and attached hereto;

116.    Jail Medical Policies, Table of Contents, marked with bates stamp numbers Lasalle 3443 – Lasalle 3444, and which will be produced pursuant to a Protective Order in this matter;

117.    LCC Staffing At Capacity 757 marked with bates stamp numbers Lasalle 3445 – Lasalle 3447, and which will be produced pursuant to a Protective Order in this matter;

118.    Mortality Review with addendum regarding Jaleen Anderson signed by Pamela Hearn, M.D., marked with bates stamp numbers LaSalle 3448 – LaSalle 3450, and attached hereto; and

119.    Mortality Review with addendum regarding Billie Davis signed by Pamela Hearn, M.D., marked with bates stamp numbers Lasalle 3451 – Lasalle 3452, and which will be produced pursuant to a Protective Order in this matter.

## **INTERROGATORY NO. 2:**

Please identify each and every affiliate, subsidiary, parent company, and owner of LaSalle. For each affiliate, subsidiary, parent company, and owner identified, provide a detailed description of nature of the business and ownership, as well as the services provided by or to the affiliate, subsidiary, or parent company, how these services relate to or support the operations of LaSalle correctional facilities.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2:**

Subject to and without waiving any objection, Defendants respond that LaSalle Correctional Center, L.L.C. owns and operates the facility known as "LaSalle Correctional Center" located at 15976 US-165, Olla, Louisiana 71465. LaSalle Management Company, L.L.C. provides back-office support to LaSalle Correctional Center such as handling payroll and invoice processing for the facility. In further response, Defendants refer Plaintiffs to publicly available information available on the Louisiana Secretary of State website.

**INTERROGATORY NO. 3:**

Please identify every correctional facility owned, operated, managed, staffed, or controlled by LaSalle between January 1, 2015 and the present. For each facility, identify the name, the date on which LaSalle became affiliated with the facility, the prior owner and/or operator of the facility, the subsequent owner and/or operator of the facility (if any), the location of the facility, any other corporation or government entity affiliated with the facility, and the maximum inmate capacity of the facility.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 3:**

Defendants object to this request on the grounds that the ownership, operation, management, staffing, or control of correctional facilities other than LaSalle Correctional Center is neither relevant nor proportional to the needs of the case. In responding to this Interrogatory, Defendants are neither expressly nor implicitly conceding that information or documents related to or in the possession of any of the below listed facilities are discoverable or admissible. Subject to and without waiving any objection, Defendants respond that the following "LaSalle-branded" facilities existed on April 3, 2024: Parker County Jail, San Luis Regional Detention Center, Prairieland Detention Center, West Texas Detention Center, Fannin County Jail, Jefferson County Downtown Jail, City of Ft. Worth Jail Booking Intake, Rolling Plains Detention Center, Limestone

12

County Detention Center, Willacy County Regional Detention Facility, Irwin County Detention Center, Jackson Parish Correctional Center, LaSalle Correctional Center, Richwood Correctional Center, River Correctional Center, and Winn Correctional Center.

**INTERROGATORY NO. 13:**

Please identify every individual who has died in the custody of a Lasalle correctional facility (or like Mr. Anderson, who died after being transported to or towards a medical facility from the Olla LCC) since January 1, 2015, and, with respect to each person, please state the dates and times of their confinement, as well as any documents that may reflect the cause of death.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 13:**

Defendants object to this interrogatory as neither relevant nor proportional to the needs of the case. Subject to and without waiving any objection, Defendants respond that from April 3, 2019, to April 3, 2024, the following individuals died at LaSalle Correctional Center: Jaleen Anderson and Billie Davis. Defendants further respond to refer Plaintiffs to the following documents:

1. Mortality Review with addendum regarding Jaleen Anderson signed by Pamela Hearn, M.D., marked with bates stamp numbers LaSalle 3448 – LaSalle 3450, and attached hereto; and

2. Mortality Review with addendum regarding Billie Davis signed by Pamela Hearn, M.D., marked with bates stamp numbers Lasalle 3451 – Lasalle 3452, and which will be produced pursuant to a Protective Order in this matter.

**INTERROGATORY NO. 14:**

Please identify every instance in which an ambulance has been summoned to the Olla LCC since January 1, 2019 and for each such event please identify the date and time the ambulance was summoned, the person for whom the ambulance was summoned, the medical condition for which the ambulance was summoned, any correctional staff who accompanied the

13

person to the hospital, and any records showing the ambulance run, the medical condition at issue, and resolution of the medical issue that prompted the ambulance call.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 14:**

Defendants object to this interrogatory as neither relevant nor proportional to the needs of the case. Subject to and without waiving any objection, Defendants respond that transportation of LaSalle Correctional Center inmates to a hospital either by ambulance or other means of transportation is recorded in a handwritten logbook stored in paper format. Scanning and producing over five years of handwritten daily log sheets would present an undue burden on Defendants. Defendants further respond that the handwritten daily log for the dates of the subject confinement are contained in the following documents:

1. Movement Logs for March 22, 2024-March 31, 2024, marked with bates stamp numbers LaSalle 3412 – LaSalle 3442, and attached hereto; and

2. LCC Shift Paperwork for April 1, 2024, to April 3, 2024, marked with bates stamp numbers LaSalle 3224 – LaSalle 3411, which was previously produced.

**INTERROGATORY NO. 15:**

Identify each employee or agent of LaSalle who was responsible for or had final policymaking authority for any policy, procedure, or practice on any of the following subjects relating to the operation of LaSalle correctional facilities:

1) Delivery of medical care to detainees;

2) Medical services provided at Olla LCC;

3) Referral of detainees to off-site medical facilities;

4) Treatment of seizures;

5) Coordination of care among correctional and medical staff;

6) Responses to requests by prisoners for medical attention, evaluation, or treatment;

7) Healthcare and correctional staffing levels at the Olla LCC;

8)  Utilization Management.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 15:**

Defendants object to this interrogatory as written as neither relevant nor proportional to the needs of the case, and to the extent it seeks a legal conclusion regarding the classification of an individual as a "policymaker" within the context of this civil rights lawsuit.  Subject to and without waiving any objection, Defendants respond that Pamela Hearn, M.D. is the Medical Director for LaSalle Correctional Center, and John Stuckey is the Warden of LaSalle Correctional Center.

## RULE 34 REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 2:**

Any and all documents or materials, including communications, that support, relate to, or which were consulted for any of your responses to any party's Interrogatories and Requests to Admit in this case.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 2:**

Defendants respond that they will submit an exhibit list in accordance with any Scheduling Order issued by the Court. Subject to and without waiving any objection, Defendants refer Plaintiffs to the following:

1. LCC Initial Incident Report dated April 3, 2024, marked with bates stamp number LaSalle 0001 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

2. LCC Supervisor Summary of Incident Report by Lt Richard Morehead, Jr. dated April 4, 2024, marked with bates stamp numbers LaSalle 0002 – LaSalle 0005 and previously produced to Plaintiffs by LaSalle Correctional on July 1, 2025;

3. LCC Witness Documentation by Lt. Charles Love dated April 3, 2024, marked with bates stamp numbers LaSalle 0006 - LaSalle 0007 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

4.  LCC Witness Documentation by Sgt. Holden Raspberry dated April 3, 2024, marked with bates stamp numbers LaSalle 0008 - Lasalle 0009 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

5.  LCC Witness Documentation by Mariah Dickey dated April 4, 2024, marked with bates stamp numbers LaSalle 0012 - LaSalle 0014 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

6.  LCC Witness Documentation by Deputy Sandra Shelton dated April 3 2024, marked with bates stamp numbers LaSalle 0015 - LaSalle 0016 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

7.  LCC Witness Documentation by Deputy Detrick Street dated April 4, 2024, marked with bates stamp numbers LaSalle 0017 - LaSalle 0018 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

8.  LCC Witness Documentation by Deputy Prentice May dated April 4, 2024, marked with bates stamp numbers LaSalle 0019 - LaSalle 0020 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

9.  LCC Subject Sheet marked with bates stamp numbers LaSalle 0021 - LaSalle 0022 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

10. LCC 24 Hour Movement Log dated April 3, 2024, marked with bates stamp number LaSalle 0023 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

11. Visual & Medical Assessment marked with bates stamp number LaSalle 0024 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

12. Release Sheet, transferred to Hardtner Med Center marked with bates stamp number LaSalle 0031 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

13. LCC Unusual Occurrence Report signed by Sgt. Raspberry dated April 2, 2024, marked with bates stamp number LaSalle 0032 and previously produced to Plaintiffs by LaSalle Correctional on July 1, 2025;

14. LCC Unusual Occurrence Report signed by Sgt. Martin dated April 2, 2024, marked with bates stamp number LaSalle 0033 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

15. LCC Unusual Occurrence Report signed by Sgt Raspberry dated April 5, 2024, marked with bates stamp number LaSalle 0034 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

16. LCC Unusual Occurrence Report signed by Lt. Charles Love dated April 3, 2024, marked with bates stamp numbers LaSalle 0035 - LaSalle 0036 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

17. Denise Finlay email to HC Office Visit dated April 3, 2024, marked with bates stamp number LaSalle 0037 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

18. Tammy Cruse facsimile to Steven at Hardtner Medical Center with Jaleen Anderson booking sheet marked with bates stamp numbers LaSalle 0038 – LaSalle 0039 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

19. LCC Investigative Report by Asst Warden Paul Smith incorrectly dated "March 3, 2024," marked with bates stamp numbers LaSalle 0040 - LaSalle 0041 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

20. LCC Investigative Report by Major Manley Poole dated "March 3, 2024" marked with bates stamp number LaSalle 0042 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

21. LCC Medical Screening dated March 25, 2025, marked with bates stamp numbers LaSalle 0044 - LaSalle 0045 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

22. LCC TB Profile marked with bates stamp number LaSalle 0046 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

23. LCC Coronavirus (COVID 19) Intake Screening marked with bates stamp number LaSalle 0047 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

24. LCC COVID-19 Vaccine Consent/Declination Form marked with bates stamp number LaSalle 0048 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

25. LCC Health & Medical Consent Form marked with bates stamp number LaSalle 0049 and previously produced to Plaintiffs by LaSalle Correctional on July 1, 2025;

26. LCC Release of Medical Information Form marked with bates stamp number LaSalle 0050 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

27. Texas Uniform Health Status Updated marked with bates stamp numbers LaSalle 0050 – LaSalle 0052 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

28. LCC Nurse's Notes marked with bates stamp number LaSalle 0054 and previously produced to Plaintiffs by LaSalle Correctional on July 1, 2025;

29. LCC Sick Call Note marked with bates stamp number LaSalle 0055 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

30. LCC MD NP PA Orders dated April 3, 2024 marked with bates stamp number LaSalle 0056 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

31. LCC Medical Release to Brazoria County Jail marked with bates stamp number LaSalle 0057 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

32. LCC Finlay statement-timeline marked with bates stamp number LaSalle 0058 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

33. LCC Fussell statement-timeline marked with bates stamp number LaSalle 0059 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

34. LCC Site Report dated April 3, 2024, marked with bates stamp number LaSalle 0060 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

35. Report of the Forensic Pathologist dated July 1, 2024, marked with bates stamp numbers LaSalle 0061 – LaSalle 0065 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

36. NMS Lab Report dated July 24, 2024 marked with bates stamp numbers LaSalle 0066-LaSalle 0068 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

37. Hardtner Medical Center records marked with bates stamp numbers LaSalle 0069 – LaSalle 0094 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

38. Jalen Anderson Obituary - Houston, TX marked with bates stamp numbers LaSalle 0095 – LaSalle 0110 and previously produced to Plaintiffs by LaSalle Correctional on July 1, 2025;

39. Records from Hardtner Medical Center obtained via subpoena marked with bates stamp numbers HMC 0001-59 and previously produced to Plaintiffs by LaSalle Correctional Center on October 20, 2025;

40. Confidential Incident/Investigation Report (240402910_redacted) marked with bates stamp numbers HC_Gilbert 0001 - HC_Gilbert 0036 and previously produced to Plaintiffs by Harris County on July 1, 2025;

41. Initial Incident Report & attachments (CI240403-LCC01 Initial Notification) marked with bates stamp numbers HC_Gilbert 0037 - HC_Gilbert 0056 and previously produced to Plaintiffs by Harris County on July 1, 2025;

42. Classification Records - Jalen Anderson SPN 02802349_redacted marked with bates stamp numbers HC_Gilbert 0060 - HC_Gilbert 0104 and previously produced to Plaintiffs by Harris County on July 1, 2025;

43. Initial Custody Assessment Scale marked with bates stamp numbers HC_Gilbert 0105 - HC_Gilbert 0108 and previously produced to Plaintiffs by Harris County on July 1, 2025;

44. Inmate Housing History Report marked with bates stamp number HC_Gilbert 0109 and previously produced to Plaintiffs by Harris County on July 1, 2025;

45. Jalen Anderson SPN02802349-Booking File_redacted marked with bates stamp numbers HC_Gilbert 0111 - HC_Gilbert 0132 and previously produced to Plaintiffs by Harris County on July 1, 2025;

46. Prisoner Intake Report_redacted marked with bates stamp numbers HC_Gilbert 0150 - HC_Gilbert 0151 and previously produced to Plaintiffs by Harris County on July 1, 2025;

47. Prisoner Processing History Report_redacted marked with bates stamp numbers HC_Gilbert 0152 - HC_Gilbert 0156 and previously produced to Plaintiffs by Harris County on July 1, 2025;

48. LCC Personnel file of Shannon Brewer (redacted) marked with bates stamp numbers LaSalle 0111 – LaSalle 0114 and which will be produced pursuant to a Protective Order in this matter;

49. LCC Personnel file of Mariah Dickey (redacted) marked with bates stamp numbers LaSalle 0115 – LaSalle 0220 and which will be produced pursuant to a Protective Order in this matter;

50. LCC Personnel file of Denise Finlay (redacted) marked with bates stamp numbers LaSalle 0221 – LaSalle 0343 and which will be produced pursuant to a Protective Order in this matter;

51. LCC Personnel file of Charlotte Fusselll (redacted) marked with bates stamp numbers LaSalle 0344 – LaSalle 0538 and which will be produced pursuant to a Protective Order in this matter;

52. LCC Personnel file of Richard Morehead (redacted) marked with bates stamp numbers LaSalle 0539 – LaSalle 0766 and which will be produced pursuant to a Protective Order in this matter;

53. LCC Personnel file of Paul Smith (redacted) marked with bates stamp numbers LaSalle 0767 – LaSalle 0897 and which will be produced pursuant to a Protective Order in this matter;

54. LCC Personnel file of John Stuckey (redacted) marked with bates stamp numbers LaSalle 0898 – LaSalle 1160 and which will be produced pursuant to a Protective Order in this matter;

55. LCC Personnel file of Gwen Warren (redacted) marked with bates stamp numbers LaSalle 1161 – LaSalle 1333 and which will be produced pursuant to a Protective Order in this matter;

56. Training and Education Materials marked with bates stamp numbers LaSalle 1767 – LaSalle 2424 and which will be produced pursuant to a Protective Order in this matter;

57. Training and Education Materials for Shannon Brewer marked with bates stamp numbers LaSalle 1472 – LaSalle 1601 and which will be produced pursuant to a Protective Order in this matter;

58. Training and Education Materials for Denise Finlay marked with bates stamp numbers LaSalle 1602 – LaSalle 1679 and which will be produced pursuant to a Protective Order in this matter;

59. Training and Education Materials for Charlotte Fusselll marked with bates stamp numbers LaSalle 1680 – LaSalle 1720 and which will be produced pursuant to a Protective Order in this matter;

60. Training and Education Materials for Gwendolyn Warren marked with bates stamp numbers LaSalle 1721 – LaSalle 1766 and which will be produced pursuant to a Protective Order in this matter;

61. Old Republic Union Insurance Policy, CPKG6302023 marked with bates stamp numbers LaSalle 1374 – LaSalle 1467, which was previously produced;

62. Brazos County Jail Records obtained via subpoena marked with bates stamp numbers LaSalle 2613 – LaSalle 2727 , which was previously produced;

63. Life Check System Report (24 hours) dated April 3, 2024 marked with bates stamp numbers LaSalle 1359 – LaSalle 1371 , which was previously produced;

64. Second Amendment to the Agreement Between Harris County and Southwestern Correctional LLC d/b/a LaSalle Southwest Corrections and LaSalle Management Company and LaSalle Corrections dated May 2, 2024, marked with bates stamp numbers LaSalle 2446 – LaSalle 2552 and associated electronic mail, which will be produced pursuant to a Protective Order in this matter;

65. LCC All Resident Messages regarding Jaleen Anderson marked with bates stamp number LaSalle 2436 and which will be produced in native format;

66. LCC Video: Jaleen Anderson Cell 101 dated April 3, 2024 marked with bates stamp number LaSalle 2437 and which will be produced in native format;

67. LCC Video: Jaleen Anderson VIDEO A Hall dated April 3, 2024 marked with bates stamp number LaSalle 2439 and which will be produced in native format;

68. LCC Video: Jaleen Anderson VIDEO B Hall dated April 3, 2024 marked with bates stamp number LaSalle 2438 and which will be produced in native format;

69. LCC Video: Jaleen Anderson VIDEO Bravo Front Dorm Camera Footage dated March 23, 2024 to April 3, 2024 marked with bates stamp number LaSalle 2445 and which will be produced in native format;

70. LCC Video: Jaleen Anderson VIDEO Bravo Key dated April 2, 2024 marked with bates stamp number LaSalle 2444 and which will be produced in native format;

71. LCC Video: Jaleen Anderson VIDEO Bravo Key dated April 3, 2024 marked with bates stamp number LaSalle 2443 and which will be produced in native format;

72. LCC Video: Jaleen Anderson VIDEO Medical Hall END dated April 3, 2024 marked with bates stamp number LaSalle 2442 and which will be produced in native format;

73. LCC Video: Jaleen Anderson VIDEO Sallyport dated April 3, 2024 marked with bates stamp number LaSalle 2435, which was previously produced;

74. LCC Video: Medical Hall (1) dated April 3, 2024 marked with bates stamp numbers LaSalle 2440, which was previously produced;

75. LCC Video: Med Hall (2) dated April 3, 2024 marked with bates stamp number LaSalle 2441, which was previously produced;

76. HC 1 Medical Care – Administration effective 4/5/22 marked with bates stamp numbers Lasalle 2553 – Lasalle 2557, and which will be produced pursuant to a Protective Order in this matter;

77. HC 2 Medical Care – Organization effective 4/5/22 marked with bates stamp numbers Lasalle 2558 – Lasalle 2561, and which will be produced pursuant to a Protective Order in this matter;

78. HC 3 Medical Care – Medical Records effective 4/5/22 marked with bates stamp numbers Lasalle 2562 – Lasalle 2565, and which will be produced pursuant to a Protective Order in this matter;

79. HC 4 Medical Care – Access to Healthcare effective 4/5/22 marked with bates stamp numbers Lasalle 2566 – Lasalle 2568, and which will be produced pursuant to a Protective Order in this matter;

80. HC 5 Medical Care – Intake Screening effective 4/5/22 marked with bates stamp numbers Lasalle 2569 – Lasalle 2573, and which will be produced pursuant to a Protective Order in this matter;

81. HC 7 Medical Care – Emergency Medical Care effective 4/5/22 marked with bates stamp numbers Lasalle 2574 – Lasalle 2578, and which will be produced pursuant to a Protective Order in this matter;

82. HC 8 Medical Care – Sick Call effective 4/5/22 marked with bates stamp numbers Lasalle 2579 – Lasalle 2582, and which will be produced pursuant to a Protective Order in this matter;

83. HC 9 Medical Care – Chronic Care Clinics effective 4/5/22 marked with bates stamp numbers Lasalle 2583 – Lasalle 2587, and which will be produced pursuant to a Protective Order in this matter;

84. HC 10 Medical Care – Pharmaceutical Management effective 4/5/22 marked with bates stamp numbers Lasalle 2588 – Lasalle 2592, and which will be produced pursuant to a Protective Order in this matter;

85. HC 11 Medical Care – Restrictive Housings effective 4/5/22 marked with bates stamp numbers Lasalle 2593 – Lasalle 2594, and which will be produced pursuant to a Protective Order in this matter;

86. HC 12 Medical Care – Medical Restraint effective 4/5/22 marked with bates stamp numbers Lasalle 2595 – Lasalle 2599, and which will be produced pursuant to a Protective Order in this matter;

87. HC 13 Significant Self-Harm and Suicide Prevention and Intervention effective 4/5/22 marked with bates stamp numbers Lasalle 2600 – Lasalle 2607, and which will be produced pursuant to a Protective Order in this matter;

88. HC 14 Medical Care – Hunger Strikes effective 4/5/22 marked with bates stamp numbers Lasalle 2608 – Lasalle 2612, and which will be produced pursuant to a Protective Order in this matter;

89. Mortality Review regarding Jaleen Anderson signed by Pamela Hearn, MD marked with bates stamp numbers LaSalle 1372 - LaSalle 1373, which was previously produced;

90. Stuckey-HC Correspondence marked with bates stamp numbers LaSalle 2738 – LaSalle 2763, which was previously produced;

91. LCS-Site Report for Facility for 48hr prior marked with bates stamp numbers LaSalle 2764 – LaSalle 2932, which was previously produced;

92. LCS-Site Report for Bravo Dorm for March 22, 2024 to April 3, 2024 marked with bates stamp numbers LaSalle 2933 – LaSalle 2971, which was previously produced;

93. Critical Incident Reporting Policy marked with bates stamp numbers Lasalle 2972 – Lasalle 2986, and which will be produced pursuant to a Protective Order in this matter;

94. LCC Chain of Command marked with bates stamp number Lasalle 2987, and which will be produced pursuant to a Protective Order in this matter;

95. LCC Post Order – Armory Officer marked with bates stamp numbers Lasalle 2988 – Lasalle 2998, and which will be produced pursuant to a Protective Order in this matter;

96. LCC Post Order – Back Gate Officer marked with bates stamp numbers Lasalle 2999 – Lasalle 3010, and which will be produced pursuant to a Protective Order in this matter;

97. LCC Post Order – Booking Officer marked with bates stamp numbers Lasalle 3011 – Lasalle 3021, and which will be produced pursuant to a Protective Order in this matter;

98. LCC Post Order – Control Room Officer marked with bates stamp numbers Lasalle 3022 – Lasalle 3034, and which will be produced pursuant to a Protective Order in this matter;

99. LCC Post Order – Dry Cell Post Order marked with bates stamp numbers Lasalle 3035 – Lasalle 3044, and which will be produced pursuant to a Protective Order in this matter;

100.   LCC Post Order – Floor Officer marked with bates stamp numbers Lasalle 3045 – Lasalle 3056, and which will be produced pursuant to a Protective Order in this matter;

101.   LCC Post Order – Food Service Officer marked with bates stamp numbers Lasalle 3057 – Lasalle 3068, and which will be produced pursuant to a Protective Order in this matter;

102.   LCC Post Order – Gate Officer marked with bates stamp numbers Lasalle 3069 – Lasalle 3078, and which will be produced pursuant to a Protective Order in this matter;

103.   LCC Post Order – Housing Unit Officer marked with bates stamp numbers Lasalle 3079 – Lasalle 3091, and which will be produced pursuant to a Protective Order in this matter;

104.   LCC Post Order – Key Control Officer marked with bates stamp numbers Lasalle 3092 – Lasalle 3103, and which will be produced pursuant to a Protective Order in this matter;

105.   LCC Post Order – Laundry Officer marked with bates stamp numbers Lasalle 3104 – Lasalle 3115, and which will be produced pursuant to a Protective Order in this matter;

106.   LCC Post Order – Lieutenant marked with bates stamp numbers Lasalle 3116 – Lasalle 3129, and which will be produced pursuant to a Protective Order in this matter;

107.   LCC Post Order – Medical Transport / Hospital Duty Officer marked with bates stamp numbers Lasalle 3130 – Lasalle 3146, and which will be produced pursuant to a Protective Order in this matter;

108.   LCC Post Order – Property Officer marked with bates stamp numbers Lasalle 3147 – Lasalle 3157, and which will be produced pursuant to a Protective Order in this matter;

109.    LCC Post Order – Recreation Officer marked with bates stamp numbers Lasalle 3158 – Lasalle 3168, and which will be produced pursuant to a Protective Order in this matter;

110.    LCC Post Order – Sergeant marked with bates stamp numbers Lasalle 3169 – Lasalle 3182, and which will be produced pursuant to a Protective Order in this matter;

111.    LCC Post Order – Special Housing Unit Officer marked with bates stamp numbers Lasalle 3183 – Lasalle 3194, and which will be produced pursuant to a Protective Order in this matter;

112.    LCC Post Order – Suicide Watch Officer marked with bates stamp numbers Lasalle 3195 – Lasalle 3205, and which will be produced pursuant to a Protective Order in this matter;

113.    LCC Post Order – Transportation Officer marked with bates stamp numbers Lasalle 3206 – Lasalle 3223, and which will be produced pursuant to a Protective Order in this matter;

114.    LCC Shift Paperwork for April 1, 2024 to April 3, 2024, marked with bates stamp numbers LaSalle 3224 – LaSalle 3411, which was previously produced;

115.    Movement Logs for March 22, 2024-March 31, 2024, marked with bates stamp numbers LaSalle 3412 – LaSalle 3442, and attached hereto;

116.    Jail Medical Policies, Table of Contents, marked with bates stamp numbers Lasalle 3443 – Lasalle 3444, and which will be produced pursuant to a Protective Order in this matter;

117.    LCC Staffing At Capacity 757 marked with bates stamp numbers Lasalle 3445 – Lasalle 3447, and which will be produced pursuant to a Protective Order in this matter;

118.    Mortality Review with addendum regarding Jaleen Anderson signed by Pamela Hearn, M.D., marked with bates stamp numbers LaSalle 3448 – LaSalle 3450, and attached hereto; and

119.    Mortality Review with addendum regarding Billie Davis signed by Pamela Hearn, M.D., marked with bates stamp numbers Lasalle 3451 – Lasalle 3452, and which will be produced pursuant to a Protective Order in this matter.

## REQUEST FOR PRODUCTION NO. 3:

Any and all documents or materials that you may use in this case at any deposition, hearing, motion, or at trial. This includes all documents that you may refer to and all documents you will use as exhibits.

## SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 3:

Subject to and without waiving any objection, Defendants refer Plaintiffs to the following:

1.  LCC Initial Incident Report dated April 3, 2024, marked with bates stamp number LaSalle 0001 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

2.  LCC Supervisor Summary of Incident Report by Lt Richard Morehead, Jr. dated April 4, 2024, marked with bates stamp numbers LaSalle 0002 – LaSalle 0005 and previously produced to Plaintiffs by LaSalle Correctional on July 1, 2025;

3.  LCC Witness Documentation by Lt. Charles Love dated April 3, 2024, marked with bates stamp numbers LaSalle 0006 - LaSalle 0007 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

4.  LCC Witness Documentation by Sgt. Holden Raspberry dated April 3, 2024, marked with bates stamp numbers LaSalle 0008 - Lasalle 0009 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

5.  LCC Witness Documentation by Mariah Dickey dated April 4, 2024, marked with bates stamp numbers LaSalle 0012 - LaSalle 0014 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

6.  LCC Witness Documentation by Deputy Sandra Shelton dated April 3 2024, marked with bates stamp numbers LaSalle 0015 - LaSalle 0016 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

7.  LCC Witness Documentation by Deputy Detrick Street dated April 4, 2024, marked with bates stamp numbers LaSalle 0017 - LaSalle 0018 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

8.  LCC Witness Documentation by Deputy Prentice May dated April 4, 2024, marked with bates stamp numbers LaSalle 0019 - LaSalle 0020 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

9.  LCC Subject Sheet marked with bates stamp numbers LaSalle 0021 - LaSalle 0022 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

10. LCC 24 Hour Movement Log dated April 3, 2024, marked with bates stamp number LaSalle 0023 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

11. Visual & Medical Assessment marked with bates stamp number LaSalle 0024 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

12. Release Sheet, transferred to Hardtner Med Center marked with bates stamp number LaSalle 0031 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

13. LCC Unusual Occurrence Report signed by Sgt. Raspberry dated April 2, 2024, marked with bates stamp number LaSalle 0032 and previously produced to Plaintiffs by LaSalle Correctional on July 1, 2025;

14. LCC Unusual Occurrence Report signed by Sgt. Martin dated April 2, 2024, marked with bates stamp number LaSalle 0033 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

15. LCC Unusual Occurrence Report signed by Sgt Raspberry dated April 5, 2024, marked with bates stamp number LaSalle 0034 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

16. LCC Unusual Occurrence Report signed by Lt. Charles Love dated April 3, 2024, marked with bates stamp numbers LaSalle 0035 - LaSalle 0036 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

17. Denise Finlay email to HC Office Visit dated April 3, 2024, marked with bates stamp number LaSalle 0037 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

18. Tammy Cruse facsimile to Steven at Hardtner Medical Center with Jaleen Anderson booking sheet marked with bates stamp numbers LaSalle 0038 – LaSalle 0039 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

19. LCC Investigative Report by Asst Warden Paul Smith incorrectly dated "March 3, 2024," marked with bates stamp numbers LaSalle 0040 - LaSalle 0041 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

20. LCC Investigative Report by Major Manley Poole dated "March 3, 2024" marked with bates stamp number LaSalle 0042 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

21. LCC Medical Screening dated March 25, 2025, marked with bates stamp numbers LaSalle 0044 - LaSalle 0045 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

22. LCC TB Profile marked with bates stamp number LaSalle 0046 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

23. LCC Coronavirus (COVID 19) Intake Screening marked with bates stamp number LaSalle 0047 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

24. LCC COVID-19 Vaccine Consent/Declination Form marked with bates stamp number LaSalle 0048 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

25. LCC Health & Medical Consent Form marked with bates stamp number LaSalle 0049 and previously produced to Plaintiffs by LaSalle Correctional on July 1, 2025;

26. LCC Release of Medical Information Form marked with bates stamp number LaSalle 0050 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

27. Texas Uniform Health Status Updated marked with bates stamp numbers LaSalle 0050 – LaSalle 0052 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

28. LCC Nurse's Notes marked with bates stamp number LaSalle 0054 and previously produced to Plaintiffs by LaSalle Correctional on July 1, 2025;

29. LCC Sick Call Note marked with bates stamp number LaSalle 0055 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

30. LCC MD NP PA Orders dated April 3, 2024 marked with bates stamp number LaSalle 0056 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

31. LCC Medical Release to Brazoria County Jail marked with bates stamp number LaSalle 0057 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

32. LCC Finlay statement-timeline marked with bates stamp number LaSalle 0058 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

33. LCC Fusselll statement-timeline marked with bates stamp number LaSalle 0059 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

34. LCC Site Report dated April 3, 2024, marked with bates stamp number LaSalle 0060 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

35. Report of the Forensic Pathologist dated July 1, 2024, marked with bates stamp numbers LaSalle 0061 – LaSalle 0065 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

36. NMS Lab Report dated July 24, 2024 marked with bates stamp numbers LaSalle 0066- LaSalle 0068 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

37. Hardtner Medical Center records marked with bates stamp numbers LaSalle 0069 – LaSalle 0094 and previously produced to Plaintiffs by LaSalle Correctional Center on July 1, 2025;

38. Jalen Anderson Obituary - Houston, TX marked with bates stamp numbers LaSalle 0095 – LaSalle 0110 and previously produced to Plaintiffs by LaSalle Correctional on July 1, 2025;

27

39. Records from Hardtner Medical Center obtained via subpoena marked with bates stamp numbers HMC 0001-59 and previously produced to Plaintiffs by LaSalle Correctional Center on October 20, 2025;

40. Confidential Incident/Investigation Report (240402910_redacted) marked with bates stamp numbers HC_Gilbert 0001 - HC_Gilbert 0036 and previously produced to Plaintiffs by Harris County on July 1, 2025;

41. Initial Incident Report & attachments (CI240403-LCC01 Initial Notification) marked with bates stamp numbers HC_Gilbert 0037 - HC_Gilbert 0056 and previously produced to Plaintiffs by Harris County on July 1, 2025;

42. Classification Records - Jalen Anderson SPN 02802349_redacted marked with bates stamp numbers HC_Gilbert 0060 - HC_Gilbert 0104 and previously produced to Plaintiffs by Harris County on July 1, 2025;

43. Initial Custody Assessment Scale marked with bates stamp numbers HC_Gilbert 0105 - HC_Gilbert 0108 and previously produced to Plaintiffs by Harris County on July 1, 2025;

44. Inmate Housing History Report marked with bates stamp number HC_Gilbert 0109 and previously produced to Plaintiffs by Harris County on July 1, 2025;

45. Jalen Anderson SPN02802349-Booking File_redacted marked with bates stamp numbers HC_Gilbert 0111 - HC_Gilbert 0132 and previously produced to Plaintiffs by Harris County on July 1, 2025;

46. Prisoner Intake Report_redacted marked with bates stamp numbers HC_Gilbert 0150 - HC_Gilbert 0151 and previously produced to Plaintiffs by Harris County on July 1, 2025;

47. Prisoner Processing History Report_redacted marked with bates stamp numbers HC_Gilbert 0152 - HC_Gilbert 0156 and previously produced to Plaintiffs by Harris County on July 1, 2025;

48. LCC Personnel file of Shannon Brewer (redacted) marked with bates stamp numbers LaSalle 0111 – LaSalle 0114 and which will be produced pursuant to a Protective Order in this matter;

49. LCC Personnel file of Mariah Dickey (redacted) marked with bates stamp numbers LaSalle 0115 – LaSalle 0220 and which will be produced pursuant to a Protective Order in this matter;

50. LCC Personnel file of Denise Finlay (redacted) marked with bates stamp numbers LaSalle 0221 – LaSalle 0343 and which will be produced pursuant to a Protective Order in this matter;

51. LCC Personnel file of Charlotte Fusselll (redacted) marked with bates stamp numbers LaSalle 0344 – LaSalle 0538 and which will be produced pursuant to a Protective Order in this matter;

52. LCC Personnel file of Richard Morehead (redacted) marked with bates stamp numbers LaSalle 0539 – LaSalle 0766 and which will be produced pursuant to a Protective Order in this matter;

53. LCC Personnel file of Paul Smith (redacted) marked with bates stamp numbers LaSalle 0767 – LaSalle 0897 and which will be produced pursuant to a Protective Order in this matter;

54. LCC Personnel file of John Stuckey (redacted) marked with bates stamp numbers LaSalle 0898 – LaSalle 1160 and which will be produced pursuant to a Protective Order in this matter;

55. LCC Personnel file of Gwen Warren (redacted) marked with bates stamp numbers LaSalle 1161 – LaSalle 1333 and which will be produced pursuant to a Protective Order in this matter;

56. Training and Education Materials marked with bates stamp numbers LaSalle 1767 – LaSalle 2424 and which will be produced pursuant to a Protective Order in this matter;

57. Training and Education Materials for Shannon Brewer marked with bates stamp numbers LaSalle 1472 – LaSalle 1601 and which will be produced pursuant to a Protective Order in this matter;

58. Training and Education Materials for Denise Finlay marked with bates stamp numbers LaSalle 1602 – LaSalle 1679 and which will be produced pursuant to a Protective Order in this matter;

59. Training and Education Materials for Charlotte Fusselll marked with bates stamp numbers LaSalle 1680 – LaSalle 1720 and which will be produced pursuant to a Protective Order in this matter;

60. Training and Education Materials for Gwendolyn Warren marked with bates stamp numbers LaSalle 1721 – LaSalle 1766 and which will be produced pursuant to a Protective Order in this matter;

61. Old Republic Union Insurance Policy, CPKG6302023 marked with bates stamp numbers LaSalle 1374 – LaSalle 1467, which was previously produced;

62. Brazos County Jail Records obtained via subpoena marked with bates stamp numbers LaSalle 2613 – LaSalle 2727 , which was previously produced;

63. Life Check System Report (24 hours) dated April 3, 2024 marked with bates stamp numbers LaSalle 1359 – LaSalle 1371 , which was previously produced;

64. Second Amendment to the Agreement Between Harris County and Southwestern Correctional LLC d/b/a LaSalle Southwest Corrections and LaSalle Management Company and LaSalle Corrections dated May 2, 2024, marked with bates stamp numbers LaSalle 2446 – LaSalle 2552 and associated electronic mail, which will be produced pursuant to a Protective Order in this matter;

65. LCC All Resident Messages regarding Jaleen Anderson marked with bates stamp number LaSalle 2436 and which will be produced in native format;

66. LCC Video: Jaleen Anderson Cell 101 dated April 3, 2024 marked with bates stamp number LaSalle 2437 and which will be produced in native format;

67. LCC Video: Jaleen Anderson VIDEO A Hall dated April 3, 2024 marked with bates stamp number LaSalle 2439 and which will be produced in native format;

68. LCC Video: Jaleen Anderson VIDEO B Hall dated April 3, 2024 marked with bates stamp number LaSalle 2438 and which will be produced in native format;

69. LCC Video: Jaleen Anderson VIDEO Bravo Front Dorm Camera Footage dated March 23, 2024 to April 3, 2024 marked with bates stamp number LaSalle 2445 and which will be produced in native format;

70. LCC Video: Jaleen Anderson VIDEO Bravo Key dated April 2, 2024 marked with bates stamp number LaSalle 2444 and which will be produced in native format;

71. LCC Video: Jaleen Anderson VIDEO Bravo Key dated April 3, 2024 marked with bates stamp number LaSalle 2443 and which will be produced in native format;

72. LCC Video: Jaleen Anderson VIDEO Medical Hall END dated April 3, 2024 marked with bates stamp number LaSalle 2442 and which will be produced in native format;

73. LCC Video: Jaleen Anderson VIDEO Sallyport dated April 3, 2024 marked with bates stamp number LaSalle 2435, which was previously produced;

74. LCC Video: Medical Hall (1) dated April 3, 2024 marked with bates stamp numbers LaSalle 2440, which was previously produced;

75. LCC Video: Med Hall (2) dated April 3, 2024 marked with bates stamp number LaSalle 2441, which was previously produced;

76. HC 1 Medical Care – Administration effective 4/5/22 marked with bates stamp numbers Lasalle 2553 – Lasalle 2557, and which will be produced pursuant to a Protective Order in this matter;

77. HC 2 Medical Care – Organization effective 4/5/22 marked with bates stamp numbers Lasalle 2558 – Lasalle 2561, and which will be produced pursuant to a Protective Order in this matter;

78. HC 3 Medical Care – Medical Records effective 4/5/22 marked with bates stamp numbers Lasalle 2562 – Lasalle 2565, and which will be produced pursuant to a Protective Order in this matter;

79. HC 4 Medical Care – Access to Healthcare effective 4/5/22 marked with bates stamp numbers Lasalle 2566 – Lasalle 2568, and which will be produced pursuant to a Protective Order in this matter;

80. HC 5 Medical Care – Intake Screening effective 4/5/22 marked with bates stamp numbers Lasalle 2569 – Lasalle 2573, and which will be produced pursuant to a Protective Order in this matter;

81. HC 7 Medical Care – Emergency Medical Care effective 4/5/22 marked with bates stamp numbers Lasalle 2574 – Lasalle 2578, and which will be produced pursuant to a Protective Order in this matter;

82. HC 8 Medical Care – Sick Call effective 4/5/22 marked with bates stamp numbers Lasalle 2579 – Lasalle 2582, and which will be produced pursuant to a Protective Order in this matter;

83. HC 9 Medical Care – Chronic Care Clinics effective 4/5/22 marked with bates stamp numbers Lasalle 2583 – Lasalle 2587, and which will be produced pursuant to a Protective Order in this matter;

84. HC 10 Medical Care – Pharmaceutical Management effective 4/5/22 marked with bates stamp numbers Lasalle 2588 – Lasalle 2592, and which will be produced pursuant to a Protective Order in this matter;

85. HC 11 Medical Care – Restrictive Housings effective 4/5/22 marked with bates stamp numbers Lasalle 2593 – Lasalle 2594, and which will be produced pursuant to a Protective Order in this matter;

86. HC 12 Medical Care – Medical Restraint effective 4/5/22 marked with bates stamp numbers Lasalle 2595 – Lasalle 2599, and which will be produced pursuant to a Protective Order in this matter;

87. HC 13 Significant Self-Harm and Suicide Prevention and Intervention effective 4/5/22 marked with bates stamp numbers Lasalle 2600 – Lasalle 2607, and which will be produced pursuant to a Protective Order in this matter;

88. HC 14 Medical Care – Hunger Strikes effective 4/5/22 marked with bates stamp numbers Lasalle 2608 – Lasalle 2612, and which will be produced pursuant to a Protective Order in this matter;

89. Mortality Review regarding Jaleen Anderson signed by Pamela Hearn, MD marked with bates stamp numbers LaSalle 1372 - LaSalle 1373, which was previously produced;

90. Stuckey-HC Correspondence marked with bates stamp numbers LaSalle 2738 – LaSalle 2763, which was previously produced;

91. LCS-Site Report for Facility for 48hr prior marked with bates stamp numbers LaSalle 2764 – LaSalle 2932, which was previously produced;

92. LCS-Site Report for Bravo Dorm for March 22, 2024 to April 3, 2024 marked with bates stamp numbers LaSalle 2933 – LaSalle 2971, which was previously produced;

93. Critical Incident Reporting Policy marked with bates stamp numbers Lasalle 2972 – Lasalle 2986, and which will be produced pursuant to a Protective Order in this matter;

94. LCC Chain of Command marked with bates stamp number Lasalle 2987, and which will be produced pursuant to a Protective Order in this matter;

95. LCC Post Order – Armory Officer marked with bates stamp numbers Lasalle 2988 – Lasalle 2998, and which will be produced pursuant to a Protective Order in this matter;

96. LCC Post Order – Back Gate Officer marked with bates stamp numbers Lasalle 2999 – Lasalle 3010, and which will be produced pursuant to a Protective Order in this matter;

97. LCC Post Order – Booking Officer marked with bates stamp numbers Lasalle 3011 – Lasalle 3021, and which will be produced pursuant to a Protective Order in this matter;

98. LCC Post Order – Control Room Officer marked with bates stamp numbers Lasalle 3022 – Lasalle 3034, and which will be produced pursuant to a Protective Order in this matter;

99. LCC Post Order – Dry Cell Post Order marked with bates stamp numbers Lasalle 3035 – Lasalle 3044, and which will be produced pursuant to a Protective Order in this matter;

100. LCC Post Order – Floor Officer marked with bates stamp numbers Lasalle 3045 – Lasalle 3056, and which will be produced pursuant to a Protective Order in this matter;

101. LCC Post Order – Food Service Officer marked with bates stamp numbers Lasalle 3057 – Lasalle 3068, and which will be produced pursuant to a Protective Order in this matter;

102. LCC Post Order – Gate Officer marked with bates stamp numbers Lasalle 3069 – Lasalle 3078, and which will be produced pursuant to a Protective Order in this matter;

103.    LCC Post Order – Housing Unit Officer marked with bates stamp numbers Lasalle 3079 – Lasalle 3091, and which will be produced pursuant to a Protective Order in this matter;

104.    LCC Post Order – Key Control Officer marked with bates stamp numbers Lasalle 3092 – Lasalle 3103, and which will be produced pursuant to a Protective Order in this matter;

105.    LCC Post Order – Laundry Officer marked with bates stamp numbers Lasalle 3104 – Lasalle 3115, and which will be produced pursuant to a Protective Order in this matter;

106.    LCC Post Order – Lieutenant marked with bates stamp numbers Lasalle 3116 – Lasalle 3129, and which will be produced pursuant to a Protective Order in this matter;

107.    LCC Post Order – Medical Transport / Hospital Duty Officer marked with bates stamp numbers Lasalle 3130 – Lasalle 3146, and which will be produced pursuant to a Protective Order in this matter;

108.    LCC Post Order – Property Officer marked with bates stamp numbers Lasalle 3147 – Lasalle 3157, and which will be produced pursuant to a Protective Order in this matter;

109.    LCC Post Order – Recreation Officer marked with bates stamp numbers Lasalle 3158 – Lasalle 3168, and which will be produced pursuant to a Protective Order in this matter;

110.    LCC Post Order – Sergeant marked with bates stamp numbers Lasalle 3169 – Lasalle 3182, and which will be produced pursuant to a Protective Order in this matter;

111.    LCC Post Order – Special Housing Unit Officer marked with bates stamp numbers Lasalle 3183 – Lasalle 3194, and which will be produced pursuant to a Protective Order in this matter;

112.    LCC Post Order – Suicide Watch Officer marked with bates stamp numbers Lasalle 3195 – Lasalle 3205, and which will be produced pursuant to a Protective Order in this matter;

113.    LCC Post Order – Transportation Officer marked with bates stamp numbers Lasalle 3206 – Lasalle 3223, and which will be produced pursuant to a Protective Order in this matter;

114.    LCC Shift Paperwork for April 1, 2024 to April 3, 2024, marked with bates stamp numbers LaSalle 3224 – LaSalle 3411, which was previously produced;

115.    Movement Logs for March 22, 2024-March 31, 2024, marked with bates stamp numbers LaSalle 3412 – LaSalle 3442, and attached hereto;

116.    Jail Medical Policies, Table of Contents, marked with bates stamp numbers Lasalle 3443 – Lasalle 3444, and which will be produced pursuant to a Protective Order in this matter;

117.    LCC Staffing At Capacity 757 marked with bates stamp numbers Lasalle 3445 – Lasalle 3447, and which will be produced pursuant to a Protective Order in this matter;

118. Mortality Review with addendum regarding Jaleen Anderson signed by Pamela Hearn, M.D., marked with bates stamp numbers LaSalle 3448 – LaSalle 3450, and attached hereto; and

119. Mortality Review with addendum regarding Billie Davis signed by Pamela Hearn, M.D., marked with bates stamp numbers Lasalle 3451 – Lasalle 3452, and which will be produced pursuant to a Protective Order in this matter.

**REQUEST FOR PRODUCTION NO. 39:**

Any and all documents or materials reflecting reviews, investigations, inspections, or audits of LaSalle or any of its correctional facilities in the ten years preceding Jaleen Anderson's death, conducted by a third party, including the Department of Justice, the Department of Homeland Security, the National Institute of Corrections, the Louisiana State Department of Public Safety and Corrections, the National Commission on Correctional Health Care, the American, Correctional Association, and the Louisiana State Fire Marshal.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 39:**

Defendants object to this request as written as neither relevant nor proportional to the needs of the case. Subject to and without waiving any objection, Defendants are continuing their investigation to determine the existence of any requested documents and will produce any non-privileged, responsive documents pursuant to a Protective Order in this matter.

**REQUEST FOR PRODUCTION NO. 40:**

Any and all documents or materials relating to administration and assessment of the healthcare services provided at Olla LCC. This request includes but is not limited to all Documents related to:

a) Complete and unredacted contracts for services, requests for bids and any bids submitted by other healthcare providers;
b) Contract compliance monitoring or audits, all healthcare contract performance summary reports, primary medical service reports, and flash reports;
c) Quality assurance or continuous quality improvement processes, including continuous quality improvement reports for the above-mentioned facilities, governing body

34

continuous quality improvement reports, as well as all studies, audits, presentation, reviews of grievances, notes, and other attachments to such Documents;

d) External and internal audits of healthcare services at any LaSalle correctional facility, including Olla LCC, including audits of treatment protocols, performance-based audit reports;

e) Accreditation evaluations or mock evaluations; and

f) Meetings and minutes of meetings regarding healthcare at any LaSalle facility that was attended by Harris County.

g) Communications relating to parts a–f, above.

## SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 40:

Subject to and without waiving any objection, Defendants refer Plaintiffs to Supplemental Response to Request for Production No. 39.

## REQUEST FOR PRODUCTION NO. 41:

Any and all policies, protocols, guidelines, directives, standing orders, supervisory memos, operational procedures manuals, or written instructions, including but not limited to those relating to healthcare, correctional and healthcare staffing, correctional administration, and corrections, that governed (or pertained to) the work of medical providers, correctional officers, or administrative officials at the Olla LCC during the timeframe of the Subject Confinement.

## SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 41:

Subject to and without waiving any objection, Defendants refer Plaintiffs to the following Health Care Services Policies and Procedures pertaining to LaSalle Correctional Center in Olla, Louisiana:

1. HC 1 Medical Care – Administration effective 4/5/22 marked with bates stamp numbers Lasalle 2553 – Lasalle 2557, and which will be produced pursuant to a Protective Order in this matter;

2. HC 2 Medical Care – Organization effective 4/5/22 marked with bates stamp numbers Lasalle 2558 – Lasalle 2561, and which will be produced pursuant to a Protective Order in this matter;

3. HC 3 Medical Care – Medical Records effective 4/5/22 marked with bates stamp numbers Lasalle 2562 – Lasalle 2565, and which will be produced pursuant to a Protective Order in this matter;

35

4.  HC 4 Medical Care – Access to Healthcare effective 4/5/22 marked with bates stamp numbers Lasalle 2566 – Lasalle 2568, and which will be produced pursuant to a Protective Order in this matter;

5.  HC 5 Medical Care – Intake Screening effective 4/5/22 marked with bates stamp numbers Lasalle 2569 – Lasalle 2573, and which will be produced pursuant to a Protective Order in this matter;

6.  HC 7 Medical Care – Emergency Medical Care effective 4/5/22 marked with bates stamp numbers Lasalle 2574 – Lasalle 2578, and which will be produced pursuant to a Protective Order in this matter;

7.  HC 8 Medical Care – Sick Call effective 4/5/22 marked with bates stamp numbers Lasalle 2579 – Lasalle 2582, and which will be produced pursuant to a Protective Order in this matter;

8.  HC 9 Medical Care – Chronic Care Clinics effective 4/5/22 marked with bates stamp numbers Lasalle 2583 – Lasalle 2587, and which will be produced pursuant to a Protective Order in this matter;

9.  HC 10 Medical Care – Pharmaceutical Management effective 4/5/22 marked with bates stamp numbers Lasalle 2588 – Lasalle 2592, and which will be produced pursuant to a Protective Order in this matter;

10. HC 11 Medical Care – Restrictive Housings effective 4/5/22 marked with bates stamp numbers Lasalle 2593 – Lasalle 2594, and which will be produced pursuant to a Protective Order in this matter;

11. HC 12 Medical Care – Medical Restraint effective 4/5/22 marked with bates stamp numbers Lasalle 2595 – Lasalle 2599, and which will be produced pursuant to a Protective Order in this matter;

12. HC 13 Significant Self-Harm and Suicide Prevention and Intervention effective 4/5/22 marked with bates stamp numbers Lasalle 2600 – Lasalle 2607, and which will be produced pursuant to a Protective Order in this matter;

13. HC 14 Medical Care – Hunger Strikes effective 4/5/22 marked with bates stamp numbers Lasalle 2608 – Lasalle 2612, and which will be produced pursuant to a Protective Order in this matter; and

14. Jail Medical Policies, Table of Contents, marked with bates stamp numbers Lasalle 3443 – Lasalle 3444, and which will be produced pursuant to a Protective Order in this matter.

**REQUEST FOR PRODUCTION NO. 49:**

Any and all staffing schedules, master staffing plans, personnel rosters, shift schedules, staffing logs, roll calls, staffing sheets and other documents or materials reflecting staff assignments at Olla LCC.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 49:**

Defendants object to this request as neither relevant nor proportional to the needs of the case. Subject to and without waiving any objection, Defendants refer Plaintiffs to the following:

1.  LCC Staffing At Capacity 757 marked with bates stamp numbers Lasalle 3445 – Lasalle 3447, and which will be produced pursuant to a Protective Order in this matter.

**REQUEST FOR PRODUCTION NO. 51:**

Any and all documents or materials, including but not limited to manuals, protocols, procedural guides, rules, policies, practices, guidelines, and training materials, from the period of January 1, 2019 to through the present (including any changes to any of the above-mentioned materials) regarding the following subjects:

a)  Delivery of medical care to detainees;

b)  Medical services provided at Olla LCC;

c)  Referral of detainees to off-site medical facilities;

d)  Treatment of seizures;

e)  Coordination of care among correctional and medical staff;

f)  Responses to requests by prisoners for medical attention, evaluation, or treatment;

g)  Healthcare and correctional staffing levels at the Olla LCC;

h)  Utilization Management.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 51:**

Subject to and without waiving any objection, Defendants refer Plaintiffs to the following:

1. HC 1 Medical Care – Administration effective 4/5/22 marked with bates stamp numbers Lasalle 2553 – Lasalle 2557, and which will be produced pursuant to a Protective Order in this matter;

2. HC 2 Medical Care – Organization effective 4/5/22 marked with bates stamp numbers Lasalle 2558 – Lasalle 2561, and which will be produced pursuant to a Protective Order in this matter;

3. HC 3 Medical Care – Medical Records effective 4/5/22 marked with bates stamp numbers Lasalle 2562 – Lasalle 2565, and which will be produced pursuant to a Protective Order in this matter;

4. HC 4 Medical Care – Access to Healthcare effective 4/5/22 marked with bates stamp numbers Lasalle 2566 – Lasalle 2568, and which will be produced pursuant to a Protective Order in this matter;

5. HC 5 Medical Care – Intake Screening effective 4/5/22 marked with bates stamp numbers Lasalle 2569 – Lasalle 2573, and which will be produced pursuant to a Protective Order in this matter;

6. HC 7 Medical Care – Emergency Medical Care effective 4/5/22 marked with bates stamp numbers Lasalle 2574 – Lasalle 2578, and which will be produced pursuant to a Protective Order in this matter;

7. HC 8 Medical Care – Sick Call effective 4/5/22 marked with bates stamp numbers Lasalle 2579 – Lasalle 2582, and which will be produced pursuant to a Protective Order in this matter;

8. HC 9 Medical Care – Chronic Care Clinics effective 4/5/22 marked with bates stamp numbers Lasalle 2583 – Lasalle 2587, and which will be produced pursuant to a Protective Order in this matter;

9. HC 10 Medical Care – Pharmaceutical Management effective 4/5/22 marked with bates stamp numbers Lasalle 2588 – Lasalle 2592, and which will be produced pursuant to a Protective Order in this matter;

10. HC 11 Medical Care – Restrictive Housings effective 4/5/22 marked with bates stamp numbers Lasalle 2593 – Lasalle 2594, and which will be produced pursuant to a Protective Order in this matter;

11. HC 12 Medical Care – Medical Restraint effective 4/5/22 marked with bates stamp numbers Lasalle 2595 – Lasalle 2599, and which will be produced pursuant to a Protective Order in this matter;

12. HC 13 Significant Self-Harm and Suicide Prevention and Intervention effective 4/5/22 marked with bates stamp numbers Lasalle 2600 – Lasalle 2607, and which will be produced pursuant to a Protective Order in this matter;

13. HC 14 Medical Care – Hunger Strikes effective 4/5/22 marked with bates stamp numbers Lasalle 2608 – Lasalle 2612, and which will be produced pursuant to a Protective Order in this matter;

14. LCC Personnel file of Shannon Brewer (redacted) marked with bates stamp numbers LaSalle 0111 – LaSalle 0114 and which will be produced pursuant to a Protective Order in this matter;

15. LCC Personnel file of Mariah Dickey (redacted) marked with bates stamp numbers LaSalle 0115 – LaSalle 0220 and which will be produced pursuant to a Protective Order in this matter;

16. LCC Personnel file of Denise Finlay (redacted) marked with bates stamp numbers LaSalle 0221 – LaSalle 0343 and which will be produced pursuant to a Protective Order in this matter;

17. LCC Personnel file of Charlotte Fusselll (redacted) marked with bates stamp numbers LaSalle 0344 – LaSalle 0538 and which will be produced pursuant to a Protective Order in this matter;

18. LCC Personnel file of Richard Morehead (redacted) marked with bates stamp numbers LaSalle 0539 – LaSalle 0766 and which will be produced pursuant to a Protective Order in this matter;

19. LCC Personnel file of Paul Smith (redacted) marked with bates stamp numbers LaSalle 0767 – LaSalle 0897 and which will be produced pursuant to a Protective Order in this matter;

20. LCC Personnel file of John Stuckey (redacted) marked with bates stamp numbers LaSalle 0898 – LaSalle 1160 and which will be produced pursuant to a Protective Order in this matter;

21. LCC Personnel file of Gwen Warren (redacted) marked with bates stamp numbers LaSalle 1161 – LaSalle 1333 and which will be produced pursuant to a Protective Order in this matter;

22. Training and Education Materials marked with bates stamp numbers LaSalle 1767 – LaSalle 2424 and which will be produced pursuant to a Protective Order in this matter;

23. Training and Education Materials for Shannon Brewer marked with bates stamp numbers LaSalle 1472 – LaSalle 1601 and which will be produced pursuant to a Protective Order in this matter;

24. Training and Education Materials for Denise Finlay marked with bates stamp numbers LaSalle 1602 – LaSalle 1679 and which will be produced pursuant to a Protective Order in this matter;

25. Training and Education Materials for Charlotte Fusselll marked with bates stamp numbers LaSalle 1680 – LaSalle 1720 and which will be produced pursuant to a Protective Order in this matter;

26. Training and Education Materials for Gwendolyn Warren marked with bates stamp numbers LaSalle 1721 – LaSalle 1766 and which will be produced pursuant to a Protective Order in this matter; and

27. Jail Medical Policies, Table of Contents, marked with bates stamp numbers Lasalle 3443 – Lasalle 3444, and which will be produced pursuant to a Protective Order in this matter.

## REQUEST FOR PRODUCTION NO. 61:

Any and all policies, procedures, directives, and/or post orders for corrections officers and/or medical at Olla LCC.

## SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 61:

Subject to and without waiving any objection, Defendants refer Plaintiffs to the following:

1. HC 1 Medical Care – Administration effective 4/5/22 marked with bates stamp numbers Lasalle 2553 – Lasalle 2557, and which will be produced pursuant to a Protective Order in this matter;

2. HC 2 Medical Care – Organization effective 4/5/22 marked with bates stamp numbers Lasalle 2558 – Lasalle 2561, and which will be produced pursuant to a Protective Order in this matter;

3. HC 3 Medical Care – Medical Records effective 4/5/22 marked with bates stamp numbers Lasalle 2562 – Lasalle 2565, and which will be produced pursuant to a Protective Order in this matter;

4. HC 4 Medical Care – Access to Healthcare effective 4/5/22 marked with bates stamp numbers Lasalle 2566 – Lasalle 2568, and which will be produced pursuant to a Protective Order in this matter;

5. HC 5 Medical Care – Intake Screening effective 4/5/22 marked with bates stamp numbers Lasalle 2569 – Lasalle 2573, and which will be produced pursuant to a Protective Order in this matter;

6.  HC 7 Medical Care – Emergency Medical Care effective 4/5/22 marked with bates stamp numbers Lasalle 2574 – Lasalle 2578, and which will be produced pursuant to a Protective Order in this matter;

7.  HC 8 Medical Care – Sick Call effective 4/5/22 marked with bates stamp numbers Lasalle 2579 – Lasalle 2582, and which will be produced pursuant to a Protective Order in this matter;

8.  HC 9 Medical Care – Chronic Care Clinics effective 4/5/22 marked with bates stamp numbers Lasalle 2583 – Lasalle 2587, and which will be produced pursuant to a Protective Order in this matter;

9.  HC 10 Medical Care – Pharmaceutical Management effective 4/5/22 marked with bates stamp numbers Lasalle 2588 – Lasalle 2592, and which will be produced pursuant to a Protective Order in this matter;

10. HC 11 Medical Care – Restrictive Housings effective 4/5/22 marked with bates stamp numbers Lasalle 2593 – Lasalle 2594, and which will be produced pursuant to a Protective Order in this matter;

11. HC 12 Medical Care – Medical Restraint effective 4/5/22 marked with bates stamp numbers Lasalle 2595 – Lasalle 2599, and which will be produced pursuant to a Protective Order in this matter;

12. HC 13 Significant Self-Harm and Suicide Prevention and Intervention effective 4/5/22 marked with bates stamp numbers Lasalle 2600 – Lasalle 2607, and which will be produced pursuant to a Protective Order in this matter;

13. HC 14 Medical Care – Hunger Strikes effective 4/5/22 marked with bates stamp numbers Lasalle 2608 – Lasalle 2612, and which will be produced pursuant to a Protective Order in this matter; and

14. Jail Medical Policies, Table of Contents, marked with bates stamp numbers Lasalle 3443 – Lasalle 3444, and which will be produced pursuant to a Protective Order in this matter.

**<u>REQUEST FOR PRODUCTION NO. 67:</u>**

Any and all trip sheets, transportation logs, or other documents or materials reflecting the transportation of an inmate from Olla LCC to an external medical facility.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 67:**

Defendants object to this request as written as neither relevant nor proportional to the needs of the case. Subject to and without waiving any objection, LaSalle Correctional Center refers Plaintiffs to the following:

1. Movement Logs for March 22, 2024-March 31, 2024, marked with bates stamp numbers LaSalle 3412 – LaSalle 3442, and attached hereto; and

2. LCC Shift Paperwork for April 1, 2024, to April 3, 2024, marked with bates stamp numbers LaSalle 3224 – LaSalle 3411, which was previously produced.

**REQUEST FOR PRODUCTION NO. 71:**

Any and all documents or materials provided by LaSalle to any insurance carrier regarding any death, injury, or other critical incident at any LaSalle correctional facility between January 1, 2019, and April 3, 2024.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 71:**

Defendants object to this request as neither relevant nor proportional to the needs of the case. Subject to and without waiving any objection, Defendants respond that they are in the process of obtaining potentially responsive documents and reviewing those documents for privilege. Defendants will produce any non-privileged, responsive documents pursuant to a Protective Order in this matter.

**REQUEST FOR PRODUCTION NO. 73:**

Any and all documents or materials relating to deaths of persons incarcerated at Olla LCC between January 1, 2014, and the present, including but not limited to medical records, death reviews, mortality and morbidity reports, investigative Documents, incident reports, and Communications. This request includes persons who died at the facilities themselves, as well as persons (like Jaleen Anderson) who suffered from medical events at the facility and died after being transported out of the facility to an outside medical provider.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 73:**

Defendants object to this request as neither relevant nor proportional to the needs of the case.  Subject to and without waiving any objection, Defendants refer Plaintiffs to the following:

1. Mortality Review with addendum regarding Jaleen Anderson signed by Pamela Hearn, M.D., marked with bates stamp numbers LaSalle 3448 – LaSalle 3450, and attached hereto; and

2. Mortality Review with addendum regarding Billie Davis signed by Pamela Hearn, M.D., marked with bates stamp numbers Lasalle 3451 – Lasalle 3452, and which will be produced pursuant to a Protective Order in this matter.

**REQUEST FOR PRODUCTION NO. 94:**

Please produce all mortality or morbidity reviews, quality improvement analyses, or internal examinations/investigations into the deaths of any inmates in any LaSalle-run facility from January 1, 2019 to June 30, 2025.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 94:**

Defendants object to this request as neither relevant nor proportional to the needs of the case. Subject to and without waiving any objection, Defendants refer Plaintiffs to the following Mortality Reviews for deaths occurring between April 3, 2019 and April 3, 2024:

1. Mortality Review with addendum regarding Jaleen Anderson signed by Pamela Hearn, M.D., marked with bates stamp numbers LaSalle 3448 – LaSalle 3450, and attached hereto; and

2. Mortality Review with addendum regarding Billie Davis signed by Pamela Hearn, M.D., marked with bates stamp numbers Lasalle 3451 – Lasalle 3452, and which will be produced pursuant to a Protective Order in this matter.

**REQUEST FOR PRODUCTION NO. 96:**

All documents related to any inspections, audits, or reviews of LaSalle's facilities that were conducted by state, federal, or third-party entities, including compliance with applicable regulations.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 96:**

Defendants object to this request as written neither relevant nor proportional to the needs of the case. Subject to and without waiving any objection, Defendants' investigation continues, and Defendants will produce any non-privileged, responsive documents pursuant to a Protective Order in this matter.

**REQUEST FOR PRODUCTION NO. 99:**

Any and all reports, data, or other documents and materials related to the tracking, response, or reporting of critical incidents at Olla LCC.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 99:**

Defendants object to this request as neither relevant nor proportional to the needs of the case. Subject to and without waiving any objection, Defendant respond that their investigation continues and that they will supplement their response with any additionally discovered non-privileged, responsive documents pursuant to a Protective Order in this matter.

Respectfully submitted,

*/s/ Deirdre C. McGlinchey*
Deirdre C. McGlinchey, T.A. (24167)
dmcglinchey@joneswalker.com
T. Gregory Schafer (24635)
gschafer@joneswalker.com
Ryan G. Lavelle (41305)
rlavelle@joneswalker.com
Jones Walker LLP
201 St. Charles Ave.
New Orleans, Louisiana 70170
Telephone: (504) 582-8000
Facsimile: (504) 582-8583
*ATTORNEYS FOR LASALLE CORRECTIONAL CENTER, L.L.C. AND LASALLE MANAGEMENT COMPANY, L.L.C.*

44

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing has been served on:

> Antonio Romanucci, Esq.
> aromanucci@rblaw.net
> Stephen Weil, Esq.
> sweil@rblaw.net
> Sam Harton, Esq.
> sharton@rblaw.net
> ROMANUCCI and BLANDIN, LLC
> 321 N. Clark St.
> Chicago, IL 60654
> Tel: (312) 458-1000
> Fax: (312) 458-1004
> *ATTORNEYS FOR PLAINTIFFS*


> Seth Hopkins, Esq.
> seth.hopkins@harriscountytx.gov
> Gregory Burnett, Esq.
> gregory.burnett@harriscountytx.gov
> HARRIS COUNTY ATTORNEY'S OFFICE
> 1019 Congress Street
> Houston, TX 77002
> (713) 755-5101
> *ATTORNEYS FOR DEFENDANTS,*
> *HARRIS COUNTY, TEXAS and*
> *ED GONZALEZ*

via "e-mail," or by depositing a copy of same, postage prepaid and duly addressed, in the United

States Mail this February 6, 2026.

> */s/ Deirdre C. McGlinchey*
> DEIRDRE C. McGLINCHEY