# EXHIBIT 8

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Nefertiti Gilbert et al., <br><br>    Plaintiffs, <br> v. <br><br> Harris County, Texas et al., <br><br>    Defendants. | Case 1:25-cv-00421-DDD-JPM |

## [PROPOSED] ORDER

Plaintiffs' February 10, 2026 motion to compel discovery from the LaSalle Defendants (LaSalle Correctional Center, L.L.C., LaSalle Corrections, L.L.C., and LaSalle Management Company, L.L.C.), is GRANTED.

By [DATE] the LaSalle Defendants:

1. Shall respond in full to Interrogatories 2 and 3, identifying all responsive entities and persons.

2. Shall produce all documents responsive to Rule 34 Request No. 46.

3. Shall not confine responses to Plaintiff's *Monell* discovery to the Olla, Louisiana facility, but rather shall respond to said discovery as written.

4. Shall produce all written policies responsive to Rule 34 Request Nos. 41, 42, 51, 61, 62, 63.

5. Shall produce all documents responsive to Request No. 32.

It is so ORDERED.

Date: [_____]                                /s/ _____
                                             UNITED STATES DISTRICT JUDGE