UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

**NEFERTITI GILBERT ET AL**             **CASE NO.   1:25-CV-00421**

**VERSUS**                              **JUDGE DRELL**

**HARRIS COUNTY TX ET AL**              **MAGISTRATE JUDGE PEREZ-MONTES**

NOTICE OF DEFICIENT DOCUMENT

**NOTICE TO FILER:**

The Motion to Compel filed on February 10, 2026 by Nefertiti Gilbert, Christi Jackson, Jyrie Polk was DEFICIENT for the following reason(s):

- ✓ For attorneys admitted *pro hac vice*, signature or endorsement of local counsel is required. Please refer to LR83.2.6 for more specific requirements.

**Within three (3) days of receipt of this notice, please file a "corrective document" addressing the deficiency or deficiencies noted above, or the court may strike the document.**   All filing deadlines previously set remain in effect.  Issuance of this notice does not amount to an extension of any deadline; however, if, for good cause shown, additional time is needed to correct this filing, please contact the Clerk of Court's office.  **DO NOT file a motion** to extend the three-day deadline provided by this notice.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.