# EXHIBIT 3

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| NEFERTITI GILBERT, *et al.*, | * | CIVIL ACTION NO.: |
| Plaintiffs, | * | 1:25-cv-00421 |
| | * | |
| VERSUS | * | JUDGE DRELL |
| | * | |
| HARRIS COUNTY, TEXAS, *et al.,* | * | MAGISTRATE JUDGE PEREZ-MONTES |
| Defendants. | * | |
| ********************************* | * | **JURY TRIAL REQUESTED** |

## LASALLE CORRECTIONS, LLC'S RESPONSES AND OBJECTIONS TO PLAINTIFFS' FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION

Defendant, LaSalle Corrections, LLC (hereinafter "LaSalle Corrections, LLC") submits the following responses and objections to the First Set of Interrogatories and Requests for Production (hereinafter "Plaintiffs' Requests") propounded by Plaintiffs, Nefertiti Gilbert, as Personal Representative of Jaleen Anderson, deceased, and on her own behalf, and on behalf of her minor child A.G.; Christi Jackson, on behalf of her minor children X.A. and J.A.; and Jyrie Polk, on behalf of her minor child A.A. (hereinafter collectively "Plaintiffs").

## GENERAL OBJECTIONS

1. LaSalle Corrections, LLC objects to Plaintiffs' Requests to the extent they are overly broad, unduly burdensome, not reasonably limited in time and scope, not limited to LaSalle Correctional Center in Olla, Louisiana where Jaleen Anderson was detained, and neither relevant nor proportional to the needs of the case. LaSalle Corrections, LLC further objects on the grounds that Plaintiffs' Requests are excessively numerous and unreasonably cumulative, duplicative, and oppressive.

2. LaSalle Corrections, LLC objects to the form, as well as the vague and ambiguous nature of Plaintiffs' Requests.

3. LaSalle Corrections, LLC objects to Plaintiffs' Requests to the extent they seek information subject to the attorney-client privilege, work product doctrine, or any other applicable privilege or immunity. Matters subject to a valid privilege are not discoverable.

4. LaSalle Corrections, LLC objects to Plaintiffs' Requests to the extent they call for conjecture or speculation.

5. LaSalle Corrections, LLC objects to Plaintiffs' Requests to the extent they require LaSalle Corrections, LLC to form a legal conclusion.

6. LaSalle Corrections, LLC objects to Plaintiffs' Requests to the extent they seek to require LaSalle Corrections, LLC to obtain and produce information and documents not in LaSalle Corrections, LLC's possession or control or which is equally available to Plaintiffs.

7. LaSalle Corrections, LLC objects to Plaintiffs' Requests to the extent they seek confidential or proprietary business information.

8. LaSalle Corrections, LLC objects to Plaintiffs' Requests to the extent they seek confidential third-party information.

9. LaSalle Corrections, LLC objects to Plaintiffs' Requests as inapplicable and irrelevant on the grounds that LaSalle Corrections, LLC was never involved in the ownership or operation of LaSalle Correctional Center located in Olla, Louisiana.

Subject to the foregoing *General Objections*, which are specifically incorporated into each of the following responses, LaSalle Corrections, LLC responds as follows:

## INTERROGATORIES

## INTERROGATORY NO. 1:

Identify each document you consulted from which you obtained any information in connection with the preparation of a response in this case to each topic noticed pursuant to Rule

30(b)(6), each Rule 33 interrogatory, and each Rule 36 request to admit.  For each such document, identify the discovery topic to which it relates.

**RESPONSE TO INTERROGATORY NO. 1:**

LaSalle Corrections, LLC objects to this request on the grounds that it has not been served with a Rule 30(b)(6) notice or any Requests to Admit.  In further response, LaSalle Corrections, LLC states that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any information responsive to Interrogatory No. 1.

**INTERROGATORY NO. 2:**

Please identify each and every affiliate, subsidiary, parent company, and owner of LaSalle. For each affiliate, subsidiary, parent company, and owner identified, provide a detailed description of nature of the business and ownership, as well as the services provided by or to the affiliate, subsidiary, or parent company, how these services relate to or support the operations of LaSalle correctional facilities.

**RESPONSE TO INTERROGATORY NO. 2:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any information responsive to Interrogatory No. 2.

**INTERROGATORY NO. 3:**

Please identify every correctional facility owned, operated, managed, staffed, or controlled by LaSalle between January 1, 2015 and the present. For each facility, identify the name, the date on which LaSalle became affiliated with the facility, the prior owner and/or operator of the facility, the subsequent owner and/or operator of the facility (if any), the location of the facility, any other corporation or government entity affiliated with the facility, and the maximum inmate capacity of the facility.

**RESPONSE TO INTERROGATORY NO. 3:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any information responsive to Interrogatory No. 3.

**INTERROGATORY NO. 4:**

Please identify every LaSalle employee or agent (including ground-level employees, supervisors, managers, administrators, and command staff) who you believe had any interaction or contact with Jaleen Anderson during the Subject Confinement, through any form of personal observation, evaluation, or dialogue. Please provide the date, time, and a detailed description of the encounter. If you are unable to state the exact date and time of the encounter, please provide your best estimate.

**RESPONSE TO INTERROGATORY NO. 4:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any information responsive to Interrogatory No. 4.

**INTERROGATORY NO. 5:**

Please identify any LaSalle agents or employees (such as corrections officers, staff, administrators, and medical personnel) who communicated or relayed any information about Mr. Anderson (or his medical condition) at any point during the Subject Confinement. For each person identified, please provide the dates and times that the information was relayed, the person(s) to whom the information was relayed, the form of the communication, a detailed description of the information relayed, and a list of anyone else who was present during the communication. If you are unable to identify the exact date and time of any such communication, please provide your best estimate.

**RESPONSE TO INTERROGATORY NO. 5:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any information responsive to Interrogatory No. 5.

**INTERROGATORY NO. 6:**

Please identify any and all events, individuals and/or entities which you contend were intervening and/or superseding causes of any of the Jaleen Anderson's injuries, including his death. For each event, occurrence, individual, or entity, which you identify, please provide a brief explanation of why it is believed to be an intervening and/or superseding cause and any action taken by LaSalle to mitigate the harm of that intervening and/or superseding cause.

**RESPONSE TO INTERROGATORY NO. 6:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any discoverable information responsive to Interrogatory No. 6.

**INTERROGATORY NO. 7:**

Please identify any medical providers who violated (or didn't follow) any LaSalle healthcare-related policies, procedures, protocols, guidelines, directives, standing orders, supervisory memos, operational manuals, or written instructions with respect to Mr. Anderson's confinement or medical care during the Subject Confinement. For each medical provider, please describe what conduct was found to have constituted a violation, when the conduct occurred, what policies, procedures, protocols, guidelines, directives, standing orders, supervisory memos, operational manuals, or written instructions they were found to have violated, which individual, committee, entity, or other body determined the violation, any injury the conduct is believed to

5

have caused, and the related aftermath, including any discipline, corrective action, counseling, warning, instruction, guidance, or other intervention that took place.

**RESPONSE TO INTERROGATORY NO. 7:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any information responsive to Interrogatory No. 7.

**INTERROGATORY NO. 8:**

Please identify any corrections officers or administrative officials who violated (or didn't follow) any LaSalle policies, procedures, protocols, guidelines, directives, standing orders, supervisory memos, operational manuals, or written instructions with respect to Mr. Anderson's confinement or medical care during the Subject Confinement. For each staff member identified, please describe what conduct was found to have constituted a violation, when the conduct occurred, what policies, procedures, protocols, guidelines, directives, standing orders, supervisory memos, operational manuals, or written instructions they were found to have violated, which individual, committee, entity, or other body determined the violation, any injury the conduct is believed to have caused, and the related aftermath, including any discipline, corrective action, counseling, warning, instruction, guidance, or other intervention that took place.

**RESPONSE TO INTERROGATORY NO. 8:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any information responsive to Interrogatory No. 8.

**INTERROGATORY NO. 9:**

Please identify all locations where Mr. Anderson was housed at the Olla LCC during the Subject Confinement, the section of the jail, the pod, the cell number, the identities of any prisoners or detainees with whom he was housed in any pod or cell, and the type of housing in which he was confined (i.e., holding, general population, segregation, medical observation, etc.), and please identify the dates and times that he was housed in each location.

**RESPONSE TO INTERROGATORY NO. 9:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any information responsive to Interrogatory No. 9.

**INTERROGATORY NO. 10:**

Please identify every person who you believe had any responsibility of any kind or nature (whether formal or informal) for investigating or inquiring into any aspect of the facts or circumstances surrounding the conditions of confinement, medical treatment and/or death of Jaleen Anderson. For each such person, please describe what acts of investigation and inquiry they performed, and please identify all documents that reflect those acts and any communication arising from or related to those acts.

**RESPONSE TO INTERROGATORY NO. 10:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any information responsive to Interrogatory No. 10.

**INTERROGATORY NO. 11:**

Did LaSalle make any changes to any policies, practices, customs, procedures, protocols, standards, operational guidelines, or institute any remedial measures, in response to the confinement, medical care, or death of Mr. Anderson? If your answer is anything other than No, please identify each change and describe it, including the approximate date when each such change was adopted and any documents reflecting the change.

**RESPONSE TO INTERROGATORY NO. 11:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any information responsive to Interrogatory No. 11.

**INTERROGATORY NO. 12:**

Please identify any LaSalle employees or agents (medical or correctional) who were disciplined, reprimanded, warned, or counseled (formally or informally) or subject to any other intervention in connection with Mr. Anderson and/or his medical care during the Subject Confinement. With respect to each person identified, please provide a detailed description of the incident, the date and time that it occurred, and the nature of the discipline, warning, counseling, or intervention

**RESPONSE TO INTERROGATORY NO. 12:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any information responsive to Interrogatory No. 12.

**INTERROGATORY NO. 13:**

Please identify every individual who has died in the custody of a Lasalle correctional facility (or like Mr. Anderson, who died after being transported to or towards a medical facility from the Olla LCC) since January 1, 2015, and, with respect to each person, please state the dates and times of their confinement, as well as any documents that may reflect the cause of death.

**RESPONSE TO INTERROGATORY NO. 13:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any information responsive to Interrogatory No. 13.

**INTERROGATORY NO. 14:**

Please identify every instance in which an ambulance has been summoned to the Olla LCC since January 1, 2019 and for each such event please identify the date and time the ambulance was summoned, the person for whom the ambulance was summoned, the medical condition for which the ambulance was summoned, any correctional staff who accompanied the person to the hospital, and any records showing the ambulance run, the medical condition at issue, and resolution of the medical issue that prompted the ambulance call.

**RESPONSE TO INTERROGATORY NO. 14:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any information responsive to Interrogatory No. 14.

**INTERROGATORY NO. 15:**

Identify each employee or agent of LaSalle who was responsible for or had final policymaking authority for any policy, procedure, or practice on any of the following subjects relating to the operation of LaSalle correctional facilities:

1) Delivery of medical care to detainees;

2) Medical services provided at Olla LCC;

3) Referral of detainees to off-site medical facilities;

4) Treatment of seizures;

5) Coordination of care among correctional and medical staff;

6) Responses to requests by prisoners for medical attention, evaluation, or treatment;

7) Healthcare and correctional staffing levels at the Olla LCC;

8) Utilization Management.

**RESPONSE TO INTERROGATORY NO. 15:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any information responsive to Interrogatory No. 15.

**INTERROGATORY NO. 16:**

Describe any effort of the policymakers identified by the preceding interrogatory to review, investigate, analyze, uncover, prevent, or determine the prevalence of any deficiency, shortcoming, or other problem relating to any policy, procedure, or practice on any of the subjects identified in the interrogatory, and identify any documents related to that effort, as well as any changes made by LaSalle as a result of that effort and documents reflecting same.

**RESPONSE TO INTERROGATORY NO. 16:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any information responsive to Interrogatory No. 16.

**Rule 34 Requests for Production**

**I.     General**

**REQUEST FOR PRODUCTION NO. 1:**

Any and all documents or materials referred to in your disclosures made pursuant to Federal Rule of Civil Procedure 26(a)(1).

**RESPONSE TO REQUEST FOR PRODUCTION NO. 1:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 1.

**REQUEST FOR PRODUCTION NO. 2:**

Any and all documents or materials, including communications, that support, relate to, or which were consulted for any of your responses to any party's Interrogatories and Requests to Admit in this case.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 2:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 2.

**REQUEST FOR PRODUCTION NO. 3:**

Any and all documents or materials that you may use in this case at any deposition, hearing, motion, or at trial. This includes all documents that you may refer to and all documents you will use as exhibits.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 3:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 3.

**REQUEST FOR PRODUCTION NO. 4:**

Any and all documents or materials obtained from third parties regarding Plaintiffs, Jaleen Anderson, witnesses involved in this litigation, and/or the allegations in Plaintiffs' Complaint (via subpoena or otherwise).

**RESPONSE TO REQUEST FOR PRODUCTION NO. 4:**

LaSalle Corrections, LLC is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 4.

**REQUEST FOR PRODUCTION NO. 5:**

Any and all witness statements relating to any of the allegations in Plaintiff's Complaint.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 5:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 5.

**REQUEST FOR PRODUCTION NO. 6:**

Any and all documents or materials obtained via subpoena in this case.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 6:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any discoverable documents responsive to Request for Production No. 6.

**REQUEST FOR PRODUCTION NO. 7:**

Any and all documents or materials relating to any and all criminal convictions of any Person identified by any of the parties under Rule 26 or identified by any party in response to interrogatories.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 7:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 7.

**REQUEST FOR PRODUCTION NO. 8:**

Any and all audio or visual materials, including documents or materials memorializing the same, depicting or relating to any of the allegations in Plaintiff's Complaint. This request includes but is not limited to photographs, video recordings, audio recordings, radio recordings, transmissions, and recordings of emergency or non-emergency phone calls.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 8:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 8.

**REQUEST FOR PRODUCTION NO. 9:**

Any and all demonstrative aids or exhibits which may be used at trial. Please note your continuing obligation to supplement this request pursuant to Rule 26(e).

**RESPONSE TO REQUEST FOR PRODUCTION NO. 9:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 9.

**REQUEST FOR PRODUCTION NO. 10:**

Any and all documents or materials relating to any Rule 26 expert witnesses retained by Defendants in this matter, including but not limited to:

a) All Communications to and from said expert(s);

a) All Documents provided to and/or relied upon by said expert(s);

b) All notes, reports, and analyses by said expert(s), including any handwritten markings on any materials provided to the expert(s);

c) All bills or statements of the hours and compensation paid to or billed by the expert(s) for work on this matter; and

d) Any transcripts of prior testimony of Rule 26 reports of said expert(s).

Please note your continuing obligation to supplement this request pursuant to Federal Rule of Civil Procedure 26(e).

**RESPONSE TO REQUEST FOR PRODUCTION NO. 10:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 10.

**REQUEST FOR PRODUCTION NO. 11:**

Any and all documents or materials identifying any policymaker who was responsible for or had final policymaking authority for any policy, procedure, or practice on any of the subjects identified in Plaintiff's Interrogatory No. 15, above.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 11:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 11.

**REQUEST FOR PRODUCTION NO. 12:**

Any and all documents or materials containing, constituting, and/or memorializing Communications of any kind between any of the Defendants, or their counsel, agents, representatives, or any Person working on their behalf, and any Person who may have discoverable information or knowledge of the allegations in Plaintiff's Complaint or Defendants' Answers or Affirmative Defenses to Plaintiff's Complaint, including but not limited to any witness disclosed by any of the parties under Federal Rule of Civil Procedure 26 or in response to interrogatories, relating to Plaintiff and/or the allegations in Plaintiff's Complaint.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 12:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 12.

II.    **Jaleen Anderson**

**REQUEST FOR PRODUCTION NO. 13:**

Jaleen Anderson's full and complete inmate file and/or master file.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 13:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 13.

**REQUEST FOR PRODUCTION NO. 14:**

Jaleen Anderson's full and complete medical records and mental health records.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 14:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 14.

**REQUEST FOR PRODUCTION NO. 15:**

Any and all documents and materials in your possession, custody, or control that mention, reference, relate to, or concern Jaleen Anderson or his confinement during the Subject Confinement (in any location), including but not limited to voicemails, emails, text messages, memos, notes, logbook entries, written or recorded communication of any kind, video recordings, and/or photographs. This request includes any documents and materials generated after Mr. Anderson's hospitalization and death, such as any investigative materials, mortality or morbidity reviews, quality improvement analyses, or internal examinations into the confinement, hospitalization, and/or death of Mr. Anderson.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 15:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 15.

**REQUEST FOR PRODUCTION NO. 16:**

Any and all observation logs or guardian entries related to Mr. Anderson during the Subject Confinement.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 16:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 16.

**REQUEST FOR PRODUCTION NO. 17:**

Any and all observation logs or guardian entries of all inmates generated during the Subject Confinement by anyone who also entered an observation of Mr. Anderson during that time frame.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 17:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 17.

**REQUEST FOR PRODUCTION NO. 18:**

Any and all incident reports, internal communications, and any documentation concerning Jaleen Anderson's seizures, medical conditions, and interactions with medical staff while in custody.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 18:**

     LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 18.

**REQUEST FOR PRODUCTION NO. 19:**

     Any and all video footage from the LaSalle facility showing the conditions surrounding Jaleen Anderson's health and any actions taken by staff, particularly during the time period he exhibited symptoms of medical distress.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 19:**

     LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 19.

**REQUEST FOR PRODUCTION NO. 20:**

     Any and all communications, written or electronic, related to Jaleen Anderson's incarceration, welfare, or death between LaSalle staff Harris County or the Harris County Sheriff's Office.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 20:**

     LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 20.

**REQUEST FOR PRODUCTION NO. 21:**

     Any and all bills for medical serviced received or issued by LaSalle to Hardner Medical Center in relation to Jaleen Anderson.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 21:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 21.

**REQUEST FOR PRODUCTION NO. 22:**

Any and all bills for medical serviced received or issued by LaSalle to Harris County or the Harris County Sheriff's Office in relation to Jaleen Anderson.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 22:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 22.

**REQUEST FOR PRODUCTION NO. 23:**

Any and all documents or materials relating to Jaleen Anderson which were provided to any agent or employee of LaSalle prior to his death. This includes records related to Jaleen Anderson's intake, booking, classifications, medical screening, grievances, incident reports, master files, disciplinary reports, crimes committed while in custody, arrest information, criminal history, medical history and evaluation, mental health history and evaluation, suicide history and evaluation, housing assignments, work assignments, questionnaires, program participation, prior incarcerations, and inmate property.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 23:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 23.

**REQUEST FOR PRODUCTION NO. 24:**

Any and all documents or materials relating to the intake, booking, processing, and/or classification of Jaleen Anderson at the Olla LCC.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 24:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 24.

**REQUEST FOR PRODUCTION NO. 25:**

Any and all inmate movement reports, inmate roll calls, prisoner census, count sheets, security check logs, round logs, wellness check logs, or other documents and materials reflecting the inmate population in the 48 hours preceding Jaleen Anderson's death.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 25:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 25.

**REQUEST FOR PRODUCTION NO. 26:**

Any and all photos or videos of Jaleen Anderson before, during, and after the subject Incident.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 26:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 26.

**REQUEST FOR PRODUCTION NO. 27:**

Any and all documents and materials reflecting which individuals, including correctional officers and medical staff, who were on duty in the 48 hours preceding Jaleen Anderson's transport to the Hardtner Medical Center.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 27:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 27.

**REQUEST FOR PRODUCTION NO. 28:**

Any and all documents or materials relating to any LaSalle employees or agents (medical, correctional, or administrative) who were disciplined, reprimanded, warned, or counseled (formally or informally) by LaSalle in connection with Mr. Anderson's confinement between April 5, 2019 and June 11, 2019.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 28:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 28.

**REQUEST FOR PRODUCTION NO. 29:**

Any and all documents or materials related to any investigation into the cause of Jaleen Anderson's death, including expert opinions, autopsy reports, or any claims that another factor (e.g., pre-existing conditions) contributed to his death.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 29:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 29.

**REQUEST FOR PRODUCTION NO. 30:**

Any and all documents or materials relating to requests for evaluation and/or treatment made by or on behalf of Jaleen Anderson, and the disposition of any requests (including any responses). This request includes but is not limited to sick call slips, sick call logs, request forms, "kites," letters, or similar Documents reflecting a request for evaluation and/or treatment for Jaleen Anderson.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 30:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 30.

**REQUEST FOR PRODUCTION NO. 31:**

Any and all documents or materials relating to any investigation undertaken by any person or entity into Jaleen Anderson, her death, or any of the events described in Plaintiff's Complaint, including any and all attachments, drafts, and any investigator notes.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 31:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 31.

**REQUEST FOR PRODUCTION NO. 32:**

Any and all documents or materials in your possession sufficient to show all detainees at Olla LCC during the Subject Confinement including the detainee's name, jail number, housing location within the Olla LCC, law enforcement agency on whose behalf the person was held at Olla LCC, home address, and phone number.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 32:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 32.

**REQUEST FOR PRODUCTION NO. 33:**

Any and all employee and contractor rosters and time sheets for the Olla LCC for the Subject Confinement. For each person identified in documents responsive to this request, produce documents sufficient to show the person's address and telephone number.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 33:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 33.

**REQUEST FOR PRODUCTION NO. 34:**

Any and all shift reports and roll call documents at the Olla LCC during the subject confinement.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 34:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 34.

**REQUEST FOR PRODUCTION NO. 35:**

Any and all documents or materials relating to Jaleen Anderson not produced in response to Requests in Subsection II, above, including but not limited to incident reports, cumulative counseling summaries, offender tracking system records, disciplinary cards, inmate records, meeting notes, logs, orders, referrals, statements, reports, personal notes, or personal files of any kind.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 35:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 35.

**REQUEST FOR PRODUCTION NO. 36:**

All grievances, notes, kites, complaints or other communication by detainees relating to Jaleen Anderson (or a person believed to be Jaleen Anderson) regarding his confinement, medical care, illness, or death.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 36:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 36.

**III.    Affirmative Defenses**

**REQUEST FOR PRODUCTION NO. 37:**

Any and all documents or materials identifying an intervening and/or superseding cause of Mr. Anderson's injuries and/or death.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 37:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 37.

**REQUEST FOR PRODUCTION NO. 38:**

Produce any and all documents or materials which support your contention that Mr. Anderson's injuries and/or death were caused by an intervening or superseding cause.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 38:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 38

**IV.    LaSalle Corrections**

**REQUEST FOR PRODUCTION NO. 39:**

Any and all documents or materials reflecting reviews, investigations, inspections, or audits of LaSalle or any of its correctional facilities in the ten years preceding Jaleen Anderson's death, conducted by a third party, including the Department of Justice, the Department of Homeland Security, the National Institute of Corrections, the Louisiana State Department of Public Safety and Corrections, the National Commission on Correctional Health Care, the American, Correctional Association, and the Louisiana State Fire Marshal.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 39:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks anydocuments responsive to Request for Production No. 39.

25

**REQUEST FOR PRODUCTION NO. 40:**

Any and all documents or materials relating to administration and assessment of the healthcare services provided at Olla LCC. This request includes but is not limited to all Documents related to:

a)  Complete and unredacted contracts for services, requests for bids and any bids submitted by other healthcare providers;
b)  Contract compliance monitoring or audits, all healthcare contract performance summary reports, primary medical service reports, and flash reports;
c)  Quality assurance or continuous quality improvement processes, including continuous quality improvement reports for the above-mentioned facilities, governing body continuous quality improvement reports, as well as all studies, audits, presentation, reviews of grievances, notes, and other attachments to such Documents;
d)  External and internal audits of healthcare services at any LaSalle correctional facility, including Olla LCC, including audits of treatment protocols, performance-based audit reports;
e)  Accreditation evaluations or mock evaluations; and
f)  Meetings and minutes of meetings regarding healthcare at any LaSalle facility that was attended by Harris County.
g)  Communications relating to parts a–f, above.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 40:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 40.

a.  **Written Policies**

**REQUEST FOR PRODUCTION NO. 41:**

Any and all policies, protocols, guidelines, directives, standing orders, supervisory memos, operational procedures manuals, or written instructions, including but not limited to those relating to healthcare, correctional and healthcare staffing, correctional administration, and corrections, that governed (or pertained to) the work of medical providers, correctional officers, or administrative officials at the Olla LCC during the timeframe of the Subject Confinement.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 41:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 41.

**REQUEST FOR PRODUCTION NO. 42:**

Any and all policies, procedures, and directives regarding the review, investigation, tracking, response, reporting, or audit of a critical incident (such as the death of a detainee) in any LaSalle correctional facility.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 42:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 42.

        **b.  Training**

**REQUEST FOR PRODUCTION NO. 43:**

Any and all training manuals, handbooks, modules, PowerPoints, lesson plans, tests, exams, videos, or other documents materials provided to LaSalle agents or employees, including medical personnel, describing procedures for the provision of medical services, handling medical emergencies, emergency transport, and response to inmate health concerns.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 43:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 43.

**REQUEST FOR PRODUCTION NO. 44:**

Any and all documents or materials relating to training given to and/or given by each of the Individual Defendants pertaining to providing prisoners access to medical care, responding to prisoners' requests for medical care, evaluating prisoners' medical Complaints, providing medical treatment to detainees, providing medication to prisoners, and/or referring prisoners for treatment by an outside healthcare provider. This request includes any training manuals, employment manuals, employee handbooks, procedural guides, or similar Documents provided to any of the Individual Defendants.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 44:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 44.

     **c.**  **Corporate Structure**

**REQUEST FOR PRODUCTION NO. 45:**

Organizational chart(s) of LaSalle, including any parent companies, subsidiaries, and affiliated entities involved in the management or operation of the Olla LCC in Olla, Louisiana.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 45:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 45.

**REQUEST FOR PRODUCTION NO. 46:**

Any and all documents or materials reflecting who owns, operates, manages, and controls City of Ft. Worth Jail Booking Intake, Fannin County Jail, Irwin County Detention Center, Jackson Parish Correctional Center, Jefferson County Downtown Jail, LaSalle Corrections Headquarters,

LaSalle Southwest Corrections Headquarters, Limestone County Detention Center, Parker County Jail, Prairieland Detention Center, Richwood Correctional Center, River Correctional Center, Rolling Plains Detention Center, San Luis Regional Detention Center, Southern Correctional Center, West Texas Detention Center, Willacy State Jail, Winn Correctional Center, the Bi-State Jail, and/or any other facility identified in your response to Interrogatory No. 3.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 46:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 46.

**d.  Staffing**

**REQUEST FOR PRODUCTION NO. 47:**

A complete list of all medical and correctional staff positions filled or intended to be filled at Olla LCC.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 47:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 47.

**REQUEST FOR PRODUCTION NO. 48:**

Any and all documents or materials reflecting any disparities between intended and actual staffing levels at Olla LCC.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 48:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 48.

**REQUEST FOR PRODUCTION NO. 49:**

Any and all staffing schedules, master staffing plans, personnel rosters, shift schedules, staffing logs, roll calls, staffing sheets and other documents or materials reflecting staff assignments at Olla LCC.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 49:**

LaSalle Corrections, LLC is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 49.

**REQUEST FOR PRODUCTION NO. 50:**

Any and all documents or materials reflecting any internal review or analysis of any staffing plan for Olla LCC.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 50:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 50.

e.  **Policymakers**

**REQUEST FOR PRODUCTION NO. 51:**

Any and all documents or materials, including but not limited to manuals, protocols, procedural guides, rules, policies, practices, guidelines, and training materials, from the period of January 1, 2019 to through the present (including any changes to any of the above-mentioned materials) regarding the following subjects:

e)  Delivery of medical care to detainees;

f)  Medical services provided at Olla LCC;

g)  Referral of detainees to off-site medical facilities;

30

h) Treatment of seizures;

i) Coordination of care among correctional and medical staff;

j) Responses to requests by prisoners for medical attention, evaluation, or treatment;

k) Healthcare and correctional staffing levels at the Olla LCC;

l) Utilization Management.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 51:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 51.

**REQUEST FOR PRODUCTION NO. 52:**

Any and all documents or materials identifying any policymaker who was responsible for or had final policymaking authority for any policy, procedure, or practice on any of the subjects identified in the preceding Request for Production.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 52:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 52.

**REQUEST FOR PRODUCTION NO. 53:**

Any and all documents or materials relating to any effort of the policymakers identified by the preceding Request for Production to review, investigate, analyze, uncover, prevent, or determine the prevalence of any misconduct, deficiency, shortcoming, or other problem relating to any policy, procedure, or practice on any of the subjects identified in Plaintiff's Request for Production No. 52, above.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 53:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 53.

       **f.**  **Financials**

**REQUEST FOR PRODUCTION NO. 54:**

Any and all annual reports, balance sheets, profit and loss statements, income statements, cash flow statements, balance sheets, ledgers, and other documents reflecting the financial condition and/or net worth of LaSalle Corrections, LLC, and any and all affiliated, subsidiary, or parent companies from January 1, 2014 to the present.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 54:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any discoverable documents responsive to Request for Production No. 54.

**REQUEST FOR PRODUCTION NO. 55:**

Any and all federal and state tax filings, forms, and returns for LaSalle from January 1, 2014 to the present.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 55:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any discoverable documents responsive to Request for Production No. 55.

**REQUEST FOR PRODUCTION NO. 56:**

Any and all accounts receivable and payable for LaSalle, including aging reports, from January 1, 2014 to the present.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 56:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 56.

**REQUEST FOR PRODUCTION NO. 57:**

Any and all financial documents exchanged between LaSalle and Harris County, including but not limited to invoices, purchase requisitions, purchase orders, and receiving reports.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 57:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 57.

**REQUEST FOR PRODUCTION NO. 58:**

Any and all documents and materials reflecting any corporate re-structuring undertaken by LaSalle between January 1, 2014 to the present to address any and all concerns regarding LaSalle's financial health.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 58:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 58.

**REQUEST FOR PRODUCTION NO. 59:**

Any and all documents and materials reflecting and lay-offs, staff reductions, or mass terminations undertaken by LaSalle from January 1, 2019 to the present.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 59:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 59.

### g.  LaSalle Correctional Center in Olla, Louisiana

**REQUEST FOR PRODUCTION NO. 60:**

Any and all documents and materials reflecting the work schedules of all members of the LaSalle correctional staff, administrative officials, and medical staff working at Olla LCC between March 15, 2024 and April 10, 2024, including copies of the work schedules themselves.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 60:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 60.

**REQUEST FOR PRODUCTION NO. 61:**

Any and all policies, procedures, directives, and/or post orders for corrections officers and/or medical at Olla LCC.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 61:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 61.

**REQUEST FOR PRODUCTION NO. 62:**

Any and all booking forms, medical screening forms, and other documents or materials processed when booking an inmate at Olla LCC.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 62:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 62.

**REQUEST FOR PRODUCTION NO. 63:**

Any and all documents pertaining to or reflecting the organizational structure of Olla LCC, including chain of command or other hierarchical structures during the Subject Confinement.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 63:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 63.

**REQUEST FOR PRODUCTION NO. 64:**

Any and all diagrams, floorplans, and other documents or materials reflecting the physical layout of Olla LCC as it existed during the Subject Confinement.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 64:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 64.

> **h.  Provision of Healthcare**

**REQUEST FOR PRODUCTION NO. 65:**

Any and all documents in which any officials or employees who are connected with any LaSalle client (i.e., a governmental entity contracting with LaSalle, including but not limited to Harris County, the Harris County Sheriff's Office, the State of Texas, and the federal government)

expressed any criticisms, questions, or concerns about the provision of healthcare at the Olla LCC and any documents and materials related thereto.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 65:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 65.

**REQUEST FOR PRODUCTION NO. 66:**

Any and all contracts, agreements, or other documents and materials reflecting LaSalle's relationship with Hardner Medical Center or any other medical facility within thirty miles of Olla LCC.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 66:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 66.

**REQUEST FOR PRODUCTION NO. 67:**

Any and all trip sheets, transportation logs, or other documents or materials reflecting the transportation of an inmate from Olla LCC to an external medical facility.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 67:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 67.

### i. **Insurance**

## REQUEST FOR PRODUCTION NO. 68:

Full and unredacted copies of any insurance policies, contracts, or indemnification agreements that could or might provide coverage to any of the Defendants for any of the allegations in Plaintiff's Complaint.

## RESPONSE TO REQUEST FOR PRODUCTION NO. 68:

LaSalle Corrections, LLC responds that is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 68.

## REQUEST FOR PRODUCTION NO. 69:

Any and all insurance agreements (primary, umbrella, and excess) under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action against any defendant or to indemnify or reimburse for payments made to satisfy the judgment, as well as any documents affecting coverage (such as denying coverage, extending coverage, or reserving rights) from or on behalf of such person to any of the LaSalle Corrections, LLC in this case. It is not enough to produce the declarations pages—please produce all responsive documents and be sure to include documents regarding primary, umbrella, and excess insurance.

## RESPONSE TO REQUEST FOR PRODUCTION NO. 69:

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any discoverable documents responsive to Request for Production No. 69.

**REQUEST FOR PRODUCTION NO. 70:**

Copies of any insurance policies in which you are either the beneficiary or have any other ownership interest.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 70:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any discoverable documents responsive to Request for Production No. 70.

**REQUEST FOR PRODUCTION NO. 71:**

Any and all documents or materials provided by LaSalle to any insurance carrier regarding any death, injury, or other critical incident at any LaSalle correctional facility between January 1, 2019, and April 3, 2024.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 71:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 71.

**V.    Prior Incidents**

      **a.   Deaths**

**REQUEST FOR PRODUCTION NO. 72:**

Any and all documents or materials relating to deaths of persons incarcerated at any LaSalle correctional facility, including but not limited to medical records, death reviews, mortality and morbidity reports, investigative Documents, incident reports, and Communications. This request includes persons who died at the facilities themselves, as well as persons (like Jaleen Anderson) who suffered from medical events at the facility and died after being transported out of the facility to an outside medical provider.

38

**RESPONSE TO REQUEST FOR PRODUCTION NO. 72:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 72.

**REQUEST FOR PRODUCTION NO. 73:**

Any and all documents or materials relating to deaths of persons incarcerated at Olla LCC between January 1, 2014, and the present, including but not limited to medical records, death reviews, mortality and morbidity reports, investigative Documents, incident reports, and Communications. This request includes persons who died at the facilities themselves, as well as persons (like Jaleen Anderson) who suffered from medical events at the facility and died after being transported out of the facility to an outside medical provider.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 73:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 73.

**REQUEST FOR PRODUCTION NO. 74:**

Any and all incident reports, investigative reports, findings, mortality reviews, or other documents and materials related to the death of an inmate at Olla LCC between January 1, 2014, and April 3, 2024.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 74:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 74.

**REQUEST FOR PRODUCTION NO. 75:**

Any and all incident reports, investigative reports, findings, mortality reviews, or other documents and materials related to the death of an inmate at any LaSalle correctional facility.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 75:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 75.

**REQUEST FOR PRODUCTION NO. 76:**

Any and all documents and materials which reflect any disciplinary action implemented and/or recommended as a result of the death of an inmate at Olla LCC between January 1, 2014, and the present.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 76:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 76.

**REQUEST FOR PRODUCTION NO. 77:**

Any and all documents and materials which reflect any disciplinary action implemented or recommended as a result of the death of an inmate at any LaSalle correctional facility between January 1, 2019, and the present.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 77:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 77.

**REQUEST FOR PRODUCTION NO. 78:**

Any and all logs, reports, summary data, or other documents and materials that track or otherwise record inmate deaths within LaSalle correctional facilities.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 78:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 78.

**REQUEST FOR PRODUCTION NO. 79:**

Any and all public statements by LaSalle, its agents, or its employees regarding the death of an inmate at Olla LCC between January 1, 2014, and the present, including press releases, press conferences, social media posts, and statements to the news media.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 79:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 79.

**REQUEST FOR PRODUCTION NO. 80:**

Any and all public statements by LaSalle, its agents, or its employees regarding the death of an inmate at any LaSalle correctional facility, including press releases, press conferences, social media posts, and statements to the news media.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 80:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 80.

### b.  <u>Emergency Communications</u>

**<u>REQUEST FOR PRODUCTION NO. 81:</u>**

Documents sufficient to show all emergency dispatches to Olla LLC (such as summoning an ambulance) January 1, 2019, and April 3, 2024, the date of the emergency dispatch, the patient for which the dispatch was made, and the medical outcome of the dispatch.

**<u>RESPONSE TO REQUEST FOR PRODUCTION NO. 81:</u>**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 81.

**<u>REQUEST FOR PRODUCTION NO. 82:</u>**

Any and all logs, reports, summary data, or other documents and materials reflecting communications with an external provider of emergency medical services in relation to a medical emergency at Olla LCC between January 1, 2019, and April 3, 2024.

**<u>RESPONSE TO REQUEST FOR PRODUCTION NO. 82:</u>**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 82.

**<u>REQUEST FOR PRODUCTION NO. 83:</u>**

Any and all logs, reports, summary data, or other documents and materials reflecting internal communications, including radio transmissions, text messages, emails, and phone calls, in relation to a medical emergency at Olla LCC between January 1, 2019, and April 3, 2024.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 83:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 83.

  **c. Grievances**

**REQUEST FOR PRODUCTION NO. 84:**

Any and all grievances submitted by any inmate at Olla LCC alleging a LaSalle agent or employee's failure to provide medical care between January 1, 2019, and April 3, 2024.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 84:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks anydocuments responsive to Request for Production No. 84.

**REQUEST FOR PRODUCTION NO. 85:**

Any and all grievances submitted by any inmate at Olla LCC relating to the medical care of a seizure between January 1, 2014, and April 3, 2024.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 85:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 85.

**REQUEST FOR PRODUCTION NO. 86:**

Any and all grievances submitted by any inmate at any LaSalle correctional facility relating to the medical care of a seizure between January 1, 2014, and April 3, 2024.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 86:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 86.

**REQUEST FOR PRODUCTION NO. 87:**

Any and all grievances submitted by Jaleen Anderson.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 87:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 87.

**REQUEST FOR PRODUCTION NO. 88:**

Any and all responses by LaSalle to any of the grievances produced in response Requests for Production Nos. 84-88, above.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 88:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 88.

**REQUEST FOR PRODUCTION NO. 89:**

Any and all documents or materials reflecting efforts made by LaSalle, its, agents, and its employees to address or remedy issues identified in the grievances produced in response Requests for Production Nos. 84-88, above.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 89:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 89.

**d.  Lawsuits**

**REQUEST FOR PRODUCTION NO. 90:**

Any and all lawsuits filed against LaSalle, its agents and employees alleging a failure to provide medical care to inmates at any LaSalle correctional facility. Subject to and without waiving any objection, LaSalle Corrections, LLC states that if Plaintiffs appropriately narrow this request, LaSalle Corrections, LLC will endeavor to respond further.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 90:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 90.

**REQUEST FOR PRODUCTION NO. 91:**

Any and all lawsuits filed against any of the Individual Defendants.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 91:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 91.

**REQUEST FOR PRODUCTION NO. 92:**

Any and all orders ruling on a Fed. R. Civ. P. 56 Motion for Summary Judgment in any and all the lawsuits produced in response to Requests for Production No. 90-91.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 92:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any discoverable documents responsive to Request for Production No. 92.

**REQUEST FOR PRODUCTION NO. 93:**

Any and all documents or material reflecting the resolution of any and all the lawsuits produced in response to Requests for Production No. 90-91, including settlement agreements, verdicts, dismissal orders, and dismissal agreements.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 93:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any discoverable documents responsive to Request for Production No. 93.

      **e.**  **Sentinel event reviews or investigations**

**REQUEST FOR PRODUCTION NO. 94:**

Please produce all mortality or morbidity reviews, quality improvement analyses, or internal examinations/investigations into the deaths of any inmates in any LaSalle-run facility from January 1, 2019 to June 30, 2025.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 94:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 94.

**REQUEST FOR PRODUCTION NO. 95:**

Please produce all in-custody death report forms that LaSalle submitted to any client (such as Harris County) or entity affiliated with a client (such as the Texas Commission on Jail Standards) relating to the deaths of any inmates in any LaSalle-run facility from January 1, 2019 to June 30, 2025.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 95:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 95.

**REQUEST FOR PRODUCTION NO. 96:**

All documents related to any inspections, audits, or reviews of LaSalle's facilities that were conducted by state, federal, or third-party entities, including compliance with applicable regulations.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 96:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 96.

**REQUEST FOR PRODUCTION NO. 97:**

Any and all documents or materials reflecting any changes made to LaSalle policies, procedures, or directives as a result of Jaleen Anderson's death.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 97:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 97.

**REQUEST FOR PRODUCTION NO. 98:**

Any and all documents or materials reflecting criminal charges or prosecution brought against any LaSalle employee or agent, including correctional or medical staff, in the ten years preceding the incident.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 98:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 98.

**REQUEST FOR PRODUCTION NO. 99:**

Any and all reports, data, or other documents and materials related to the tracking, response, or reporting of critical incidents at Olla LCC.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 99:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 99.

**VI.    Harris County**

**REQUEST FOR PRODUCTION NO. 100:**

Any and all documents and materials in your possession, custody, or control related to any governmental entity's decision to terminate a jail operations contract with LaSalle (including but not limited to Bowie County), including internal communication regarding the decision and any related correspondence with LaSalle regarding the same.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 100:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 100.

**REQUEST FOR PRODUCTION NO. 101:**

Any and all reports to the Texas Commission on Jail Standards regarding any LaSalle correctional facility.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 101:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 101.

**f.  Materials provided to Harris County**

**REQUEST FOR PRODUCTION NO. 102:**

Any and all documents provided by Harris County or the Harris County Sheriff's Office to LaSalle relating to the housing of Harris County detainees by LaSalle.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 102:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 102.

**REQUEST FOR PRODUCTION NO. 103:**

Any and all marketing materials provided by LaSalle to Harris County or the Harris County Sheriff's Office relating to the housing of detainees.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 103:**

LaSalle Corrections, LLC is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 103.

**REQUEST FOR PRODUCTION NO. 104:**

Any and all documents and materials regarding Jaleen Anderson that were provided to you by Harris County or the Harris County Sheriff's Office, its agents, or employees.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 104:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 104.

**REQUEST FOR PRODUCTION NO. 105:**

Any and all documents and materials regarding Jaleen Anderson that were received by you from Harris County or the Harris County Sheriff's Office, its agents, or employees.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 105:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 105.

  **g. Communications with Harris County**

**REQUEST FOR PRODUCTION NO. 106:**

Any and all documents and materials reflecting any communication between LaSalle and Harris County, the Harris County Sheriff's Office, the State of Texas, the State of Louisiana, or any other governmental entity (or any individuals or officials affiliated any government entity) that mentions, relates to, or concerns Mr. Anderson (whether before or after his death).

**RESPONSE TO REQUEST FOR PRODUCTION NO. 106:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 106.

**REQUEST FOR PRODUCTION NO. 107:**

Any and all documents and materials in your possession, custody, and control reflecting any communication between LaSalle (or anyone affiliated with LaSalle) and Harris County (or anyone affiliated with Harris County) relating to contract performance or dissatisfaction of contract performance expressed by either party to the contract. This request includes any communication related to the termination of the contract or the decision not to renew it.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 107:**

LaSalle Corrections, LLC is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 107.

**REQUEST FOR PRODUCTION NO. 108:**

Any and all documents and materials expressing or communicating any concerns or questions relating to budget overages (whether in whole or specific to any line-item or category of expense) in connection with any agreement to provide services to Harris County for the years 2022 through 2025.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 108:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 108.

**REQUEST FOR PRODUCTION NO. 109:**

Any and all communications between LaSalle and Harris County or the Harris County Sheriff's Office regarding the provision of medical care at LaSalle correctional facilities, including the Olla LCC.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 109:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 109.

**REQUEST FOR PRODUCTION NO. 110:**

Any and all minutes, notes, emails, text messages, phone records, calendar invites, or other documents or materials reflecting meetings regarding the provision of medical care to inmates at Olla LCC.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 110:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 110.

**VII.    Individual defendants**

**REQUEST FOR PRODUCTION NO. 111:**

The complete personnel file, employee file, and/or contractor file for each of the Individual Defendants, including but not limited to employment applications, resumes, job requirements and qualifications, employment records, employment evaluations, personnel files, performance evaluations, performance appraisal, peer reviews, collegial reviews, training histories, records of training received, disciplinary records, Complaints, and any other documents relating to employment.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 111:**

        LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 111.

**REQUEST FOR PRODUCTION NO. 112:**

        All documents or materials relating to the credentials and qualifications, including but not limited to medical credentials, of each of the Individual Defendants. This request includes but is not limited to proof of licensing, certification, and/or registration; all Communications to and from state licensing bodies, certifying, and/or disciplinary bodies; resumes or curriculum vitae; and all training records.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 112:**

        LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 112.

**REQUEST FOR PRODUCTION NO. 113:**

        Any and all documents or materials relating to any Individual Defendant's hiring, promotion, demotion, pay raise, pay cut, employee review, duties, disciplinary review, commendation, reprimand, censure, termination, or resignation in the course of his or her employment with ACH or Monroe County, including Communications by Defendants or their agent(s) on those subjects.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 113:**

        LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 113.

**REQUEST FOR PRODUCTION NO. 114:**

Any and all documents or materials relating to any and all arrests, detentions, prosecutions, and criminal history of any Individual Defendant, including but not limited to arrest reports, offense reports, criminal complaints, certified convictions, or sentencing records.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 114:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 114.

**REQUEST FOR PRODUCTION NO. 115:**

Any and all documents or materials relating to any investigation undertaken by Defendants, the Harris County Sheriff's Office, or third party of Jaleen Anderson, his death, or any of the allegations in Plaintiff's Complaint, including any and all attachments and any investigator notes.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 115:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 115.

**REQUEST FOR PRODUCTION NO. 116:**

Any and all documents or materials relating to any Complaint by any person alleging any kind of misconduct committed by any Individual Defendant within the scope of his or her employment by LaSalle.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 116:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 116.

**REQUEST FOR PRODUCTION NO. 117:**

Any and all documents or materials relating to any Complaint by any person alleging any kind of misconduct committed by any Individual Defendant within the scope of his or her employment by Harris County.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 117:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 117.

**REQUEST FOR PRODUCTION NO. 118:**

Documents that support a claim that any of the Individual Defendants acted inconsistently with any of the policies and practices of LaSalle, Harris County, and/or policies and practices in place at the Olla LCC at any time during any of the events or circumstances described in Plaintiff's Complaint.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 118:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 118.

**VIII.    Data storage**

**REQUEST FOR PRODUCTION NO. 119:**

Any and all documents, materials, or data from any internal databases used by LaSalle to track inmate health, medical complaints, emergency responses, and related data.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 119:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 119:

**REQUEST FOR PRODUCTION NO. 120:**

Any and all documents, materials, or data from any internal databases that house information related to inmate classification, medical status, demographic information, and housing.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 120:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 120.

**REQUEST FOR PRODUCTION NO. 121:**

A photo, screen recording, screenshot, or any other visual depiction of each portion of the database containing information specifically related to Jaleen Anderson.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 121:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 121.

**REQUEST FOR PRODUCTION NO. 122:**

Any and all data within the database containing information specifically related to Jaleen Anderson.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 122:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 122.

**REQUEST FOR PRODUCTION NO. 123:**

Any and all policies or procedures related to the storage, management, and destruction of records.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 123:**

LaSalle Corrections, LLC responds that it is an entity listed as active on the Louisiana Secretary of State website, but it has no assets or employees and lacks any documents responsive to Request for Production No. 123.

Respectfully submitted,

*/s/ Deirdre C. McGlinchey*
Deirdre C. McGlinchey, T.A. (24167)
dmcglinchey@joneswalker.com
Robert K. Denny (33092)
rdenny@joneswalker.com
Gillian M. McCarroll (40452)
gmccarroll@joneswalker.com
Ryan G. Lavelle (41305)
rlavelle@joneswalker.com
Sheldon D. Johnson (41564)
sheldon.johnson@joneswalker.com
JONES WALKER LLP
201 St. Charles Ave.
New Orleans, Louisiana 70170
Telephone: (504) 582-8000
Facsimile: (504) 582-8583

*ATTORNEYS FOR LASALLE CORRECTIONS, LLC.*

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing has been served on:

Antonio Romanucci, Esq.
aromanucci@rblaw.net
Stephen Weil, Esq.
sweil@rblaw.net
Sam Harton, Esq.
sharton@rblaw.net
ROMANUCCI and BLANDIN, LLC
321 N. Clark St.
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
*ATTORNEYS FOR PLAINTIFFS*


Seth Hopkins, Esq.
seth.hopkins@harriscountytx.gov
Gregory Burnett, Esq.
gregory.burnett@harriscountytx.gov
HARRIS COUNTY ATTORNEY'S OFFICE
1019 Congress Street
Houston, TX 77002
(713) 755-5101
*ATTORNEYS FOR DEFENDANTS,*
*HARRIS COUNTY, TEXAS and*
*ED GONZALEZ*

via "e-mail," or by depositing a copy of same, postage prepaid and duly addressed, in the United

States Mail this December 18, 2025.

/s/ Deirdre C. McGlinchey
DEIRDRE C. McGLINCHEY