UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **NEFERTITI GILBERT ET AL** | **CASE NO. 1:25-CV-00421** |
| **VERSUS** | **JUDGE DRELL** |
| **HARRIS COUNTY TX ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

### NOTICE OF MOTION SETTING

The Motion to Compel (Document No. 58) filed by Nefertiti Gilbert, Christi Jackson, Jyrie Polk on February 10, 2026 has been referred to Magistrate Judge Perez-Montes.

### Deadlines

Any response to said motion is due within twenty-one **(21) days after service of the motion** in accordance with LR 7.5. A reply to the response limited **SOLELY** to matters raised by the opposition may be filed within five **(5) days** thereafter. Replies to responses are limited to 7 pages. Any party filing no brief will be deemed not to oppose the motion. At the close of the briefing period, the record will be submitted to the Magistrate Judge for consideration. A written ruling or recommendation will issue in due course.

### No Oral Argument

It is the policy of the Court to decide motions on the basis of the record without oral argument. Accordingly, responses and briefs should fully address all pertinent issues. Should the Court feel oral argument is necessary, all parties will be notified.

### Courtesy Copies

Magistrate Judge Perez-Montes does not require courtesy copies.

**ALL DEADLINES SET FORTH IN THE SCHEDULING ORDER SHALL REMAIN IN PLACE UNLESS OTHERWISE ORDERED BY THIS COURT.**

If the parties resolve any matters raised in the motion, the moving party should immediately notify chambers at (318) 473-7510.

**DATE OF NOTICE: February 11, 2026**

                                                Daniel J. McCoy
                                                Clerk of Court