*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

1:25-cv-0421

Case No.  1:26-cv-00172

Nefertiti Gilbert, as Personal
Representative of Jaleen Anderson,
deceased, and on her own behalf, and on
behalf of her minor child A.G.;
Christi Jackson, on behalf of her minor
children X.A. and J.A.; And Jyrie Polk, on
behalf of her minor child A.A.,
Plaintiffs

_____
Plaintiff

VS.

Harris County, Texas; Ed Gonzalez,
LaSalle Correctional Center, L.L.C.;
LaSalle Corrections, L.L.C.'
LaSalle Management Company, L.L.C.;
Clay McConnell, William McConnell,
John Stuckey,Paul Smith, and Lieutenant
Morehead,
_____
Defendant

Judge  Dee D Drell
Magistrate Judge  Joseph H L Perez-
Montes

**ORDER**

IT IS ORDERED that <u>Colton M. Johnson Taylor</u> be and is hereby admitted to the bar of

this Court pro hac vice on behalf of <u>Plaintiff</u> in the above described action.

SO ORDERED on this, the ___13th___ day of ___March___, 20 _26_ .

_____
U.S. Magistrate Judge
JOSEPH H.L. PEREZ-MONTES