**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| NEFERTITI GILBERT, *et al.*, | * | CIVIL ACTION NO.: |
| Plaintiffs, | * | 1:25-cv-00421 |
| | * | |
| VERSUS | * | JUDGE DRELL |
| | * | |
| HARRIS COUNTY, TEXAS, *et al.,* | * | MAGISTRATE JUDGE PEREZ-MONTES |
| Defendants. | * | |
| ********************************** | * | **JURY TRIAL REQUESTED** |

### LASALLE CORRECTIONAL CENTER, L.L.C., LASALLE MANAGEMENT COMPANY, L.L.C., AND LASALLE CORRECTIONS, LLC'S MOTION FOR ENTRY OF A PROTECTIVE ORDER

NOW COME, Defendants, Lasalle Correctional Center, L.L.C, Lasalle Management Company, L.L.C. and Lasalle Corrections, L.L.C. ("Lasalle") through undersigned counsel, who aver as follows:

1.   Discovery in this case will likely involve the production of highly confidential materials such as documents concerning Lasalle's policies and procedures, training and education of employees, floor plans of the jail, personnel files and even financial records of the Defendants. Disclosure of such sensitive materials outside of this litigation would be highly detrimental to the privacy interests of the Defendants and would also result in the release of information harmful to public safety.

2.   Despite extensive email communications and several conferences, the parties have been unable to agree to the terms of a protective order.

3. Federal Rule of Civil Procedure 26(c) "confers broad discretion on the trial court to decide when a protective order is appropriate and what degree of protection is required." *Seattle Times Co. v. Rhinehart*, 467 U.S. 20, 36 (1984).

4.   Attached hereto as Ex. A is Lasalle's Proposed Protective Order. This Proposed

1

Protective Order provides well-defined safeguards will not result in hardship to any party.

5.   Pursuant to Federal Rule of Civil Procedure 26(c)(1), a certificate of counsel's good faith efforts to resolve this dispute is attached hereto as Ex. B.

6.   Lasalle hereby incorporates all arguments contained in its Memorandum in Support of Motion for Entry of a Protective Order filed contemporaneously herewith.

WHEREFORE, Lasalle respectfully requests that this Court grant its Motion for Entry of a Protective Order and enter the Proposed Protective Order attached hereto as Exhibit A, and for such other and further relief as this Court deems just and proper.

Dated: March 16, 2026

Respectfully submitted,

*/s/ T. Gregory Schafer*
T. Gregory Schafer (24635)
gschafer@joneswalker.com
Deirdre C. McGlinchey, T.A. (24167)
dmcglinchey@joneswalker.com
Ryan G. Lavelle (41305)
rlavelle@joneswalker.com
JONES WALKER LLP
201 St. Charles Ave.
New Orleans, Louisiana 70170
Telephone: (504) 582-8000
Facsimile: (504) 582-8583
*ATTORNEYS FOR LASALLE CORRECTIONAL CENTER, L.L.C., LASALLE MANAGEMENT COMPANY, L.L.C., AND LASALLE CORRECTIONS, LLC*

**CERTIFICATE OF SERVICE**

I certify that on March 16, 2026, a copy of this pleading was filed electronically with the

Clerk of Court using the CM/ECF system which will send notification to all counsel of record.

/s/ T. Gregory Schafer
T. Gregory Schafer