**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| NEFERTITI GILBERT, *et al.*, | * | CIVIL ACTION NO.: |
| Plaintiffs, | * | 1:25-cv-00421 |
| | * | |
| VERSUS | * | JUDGE DRELL |
| | * | |
| HARRIS COUNTY, TEXAS, *et al.,* | * | MAGISTRATE JUDGE PEREZ-MONTES |
| Defendants. | * | |
| ********************************** | * | **JURY TRIAL REQUESTED** |

## 26 (C)(1) CERTIFICATE

In compliance with Rule 26 (C)(1), undersigned counsel certifies that they repeatedly conferred with counsel for plaintiffs in good faith (via email and through conferences) in an effort to resolve this dispute without court action were unable to do so.

Respectfully submitted,

*/s/ T. Gregory Schafer*
T. Gregory Schafer (24635)
gschafer@joneswalker.com
Deirdre C. McGlinchey, T.A. (24167)
dmcglinchey@joneswalker.com
Ryan G. Lavelle (41305)
rlavelle@joneswalker.com
JONES WALKER LLP
201 St. Charles Ave.
New Orleans, Louisiana 70170
Telephone: (504) 582-8000
Facsimile: (504) 582-8583
*ATTORNEYS FOR LASALLE*
*CORRECTIONAL CENTER, L.L.C.,*
*LASALLE MANAGEMENT COMPANY,*
*L.L.C., AND LASALLE CORRECTIONS, LLC*

EXHIBIT B

## CERTIFICATE OF SERVICE

I certify that on March 16, 2026, a copy of this pleading was filed electronically with the

Clerk of Court using the CM/ECF system which will send notification to all counsel of record.

*/s/ T. Gregory Schafer*
T. GREGORY SCHAFER

EXHIBIT B