

# Newsroom: Press Releases

> View All Newsroom: Press Releases

## Related Attorneys



### Sam Harton
Senior Attorney



### Stephen Weil
Senior Attorney

## Related Practices

Civil Rights & Police Misconduct

Prisoners' Rights

Wrongful Death

## Civil Complaint Filed for In-Custody Death of Jaleen Anderson

**April 3, 2025**

*Pre-trial detainee died after being denied medical care following multiple seizures in unconstitutional conditions*

**HOUSTON and NEW ORLEANS (April 3, 2025) –** "We don't send people to the hospital for seizures." That is what on-call nurse Denise Finlay told guards during the evening of April 3, 2024, at a private jail operated by LaSalle Corrections in Olla, Louisiana. The guards had called Nurse Finley for permission to summon an ambulance because Jaleen Anderson, a 29-year-old man in their custody, was suffering from escalating seizures that left him unable to get up from his bunk. Mr. Anderson had been suffering seizures for more than a day, and at this point, the bunk where he was lying was covered in his urine and vomit. But even though guards repeatedly called "code blue" emergencies for him, one LaSalle nurse after another brushed them off, making no effort to determine why Mr. Anderson kept having the seizures or whether he was in danger. Around an hour after Nurse Finlay's declaration, Mr. Anderson would be dead.

Today, national civil rights trial firm Romanucci & Blandin and esteemed local counsel Maples & Connick announce the filing of a lawsuit holding those responsible accountable for their failure to provide lifesaving medical aid, which led to Anderson's death at 29-years-old.

**Case Background**

Mr. Anderson was a resident of Houston, Texas. He was being held in Louisiana because Harris County, Texas, outsourced the jailing of many detainees to a private prison company called LaSalle Corrections. By shipping people to a private jail in Louisiana, Harris County avoided oversight by the Texas Commission on Jail Standards, which regulates jails in the state to ensure that Texas residents in jail receive humane treatment, including adequate medical care. That lack of oversight should have been cause for alarm, because LaSalle Corrections has a long and troubling history of failing to provide adequate medical care to people it detains, even people with serious medical conditions like Mr. Anderson's. Harris County was on notice about this troubling track record, yet it continued to ship out people in its custody to LaSalle, and to other private prisons with similar track records.

Mr. Anderson's family brings this lawsuit to hold accountable the medical and administrators at the Olla jail who ignored Mr. Anderson's needs and refused to get him treatment. They have also sued LaSalle Corrections and its owners for their indifference to the medical needs of people like Mr. Anderson. Plaintiffs also sue Harris County and Harris County Sheriff Ed Gonzalez, who cannot outsource the County's non-delegable duty to ensure that Mr. Anderson and other Harris County detainees are housed in humane conditions and receive adequate medical care while they are in the County's custody. Mr. Anderson's death was entirely preventable, and he leaves behind a grieving family. By bringing this lawsuit, his family seeks redress for that harm and seeks to deter jailors from doing to someone else what the defendants did to Mr. Anderson.

EXHIBIT C

**Lawsuit Details**

The lawsuit was filed April 2, 2025, in the United States District Court for the Western District of Louisiana and demands a trial by jury.  Defendants in the complaint include:

Harris County, Texas; Harris County Sheriff Ed Gonzalez; LaSalle Correctional Center, L.L.C.; LaSalle Corrections, L.L.C., LaSalle Management Company, L.L.C.; Clay and William McConnell, the owners of the LaSalle companies; John Stuckey, the Warden of the Olla LCC; Paul Smith was Assistant Warden of the Olla LCC;  Lieutenant Morehead, a correctional administrator at the Olla LCC; Pamela Hearn, M.D., the Medical Director of LaSalle and the Olla LCC; Charlotte Fussell, the Health Service Director of the Olla LCC;  Shannon Brewer, a Nurse Practitioner at the Olla LCC; Gwen Warren, a Licensed Professional Nurse at the Olla LCC; Denise Finlay, a Licensed Professional Nurse at the Olla LCC; Officer Mariah Dickey, a correctional officer for LaSalle with no license or training in any medical category.

Plaintiffs are: Nefertiti Gilbert, Jaleen Anderson's widow, as Personal Representative of Jaleen Anderson, deceased, and on her own behalf, and on behalf of her minor child A.G.; Christi Jackson, on behalf of her minor children X.A. and J.A.; and Jyrie Polk, on behalf of her minor child A.A.

The plaintiffs are represented by the Chicago-based national trial law firm **Romanucci & Blandin, LLC**, including Senior Attorney Stephen H. Weil and Attorney Sam A. Harton, along with Partner Aaron Maples and Partner Brendan Connick from **Maples & Connick**, a respected personal injury firm with multiple offices across the Southern states.

Claims in the wrongful death lawsuit include details of unconstitutional conditions in LaSalle, driven by the financial greed of its owners.  There has been profit in failing to provide safe conditions. LaSalle submits low bids to municipalities like Harris County by hiring untrained, unlicensed correctional officers and low-level nurses, hiring fewer personnel than necessary to properly manage the jails, refusing to invest in training for their personnel, and discouraging employees from transporting inmates to clinics or hospitals, even when there is a life-threatening medical concern.

Further, Harris County breached its non-delegable duty to provide adequate medical care to people in its custody, including Jaleen Anderson.  Harris County and Sheriff Gonzalez were on notice that LaSalle had a policy of providing inadequate medical care, and continued to send detainees to LaSalle. These policymakers were deliberately indifferent to said policies and customs. These policies and customs were undertaken in wanton disregard for the rights and safety of others, including Mr. Anderson, leading to his suffering and death.

"Harris County, Texas cannot evade its responsibility by outsourcing the people it detains to a private facility, nor can LaSalle defend its illegal practice of failing to provide adequate medical care for the people in their care. We believe Jaleen Anderson's death that day could very likely have been prevented with timely and proper medical attention, and we intend to hold all parties accountable for the death of this young father," said Romanucci & Blandin Senior Attorney Stephen H. Weil.

"It is our expectation that this lawsuit will be a vehicle for justice for our clients for the tragic loss of a loved one, but also that this civil action will shine light on the patterns and practices that have gone on far too long in this twisted system. This has to stop, and we are fiercely committed to being the agent of change for current and future people in their care," said Romanucci & Blandin Attorney Sam Harton.

"I hold Harris County, along with Lasalle correctional facility, responsible and accountable for the death of my son. Jaleen was a boxer. He was a poet. He was a great father. He left six beautiful children behind my grandson will never get a chance to throw the ball with his father, my granddaughters will never walk down the aisle with their father. They robbed us of our son, who went to Harris County alive well with no problems," said Sarah Knight, mother of Jaleen Anderson.

EXHIBIT C

"Jaleen was one of thousands of pretrial detainees who have been shipped out of Texas to other states since 2021. This lawsuit is the first concrete attempt to hold Harris County Sheriff's Office (HCSO) and its notorious private contractor LaSalle Corrections accountable for the lack of protocol in easily preventable deaths. Jaleen was a poet, a father and a loving son who had a vibrant life ahead of him which was cut short due to a complete lack of basic medical protocols. Jaleen should have never been arrested and shipped out to Louisiana. Four Texans have died in Louisiana after being shipped out of **two separate Texas counties.** These deaths are symptoms of hyper-incarceration and failed policies peddled in the name of public safety, which have made our communities less safe," said Krishnaveni Gundu, Executive Director with the Texas Jail Project.

**About Romanucci & Blandin**

*Romanucci & Blandin is a Chicago-based national trial practice committed to fighting for victims of negligence, abuse and wrongful death. For 25 years, we have secured more than $1 billion million in verdicts and settlements for our clients - many for millions of dollars and others record-setting awards. Our experience ranges from mass shootings, civil rights and police misconduct to medical malpractice, sexual abuse, motor vehicle accidents or workplace injury cases involving individual or institutional negligence. Romanucci & Blandin is a valuable legal resource to individuals and groups of people who have been injured by others' wrongdoing. Referring attorneys and clients say several factors differentiate our firm: Our record of success, depth of experience, talented and dedicated legal team, tireless preparation and strategic use of communications to fight for the rights of those whose lives have been changed forever. We are different from other personal injury firms in that our work does not stop when a verdict or settlement is secured.  We are often inspired by our clients' experiences and commit resources to create change in our communities. For more information about Romanucci & Blandin, please visit www.rblaw.net or call (312) 458-1000.*

**About Maples & Connick**

*At Maples & Connick, we are compassionate trial lawyers dedicated to embracing clients as family. We provide unwavering support and experienced representation to those seeking justice. We understand that while we may have many cases, you only have one. Your voice matters and we are here to listen. Together, we pursue justice with empathy and care, restoring peace of mind and empowering your spirit. Welcome to our family, where compassion meets expertise, and justice is pursued with heart. For more information about Maples & Connick, please visit www.maplesconnick.com or call (504) 269-3870.*

EXHIBIT C