**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| NEFERTITI GILBERT, *et al.*, | * | CIVIL ACTION NO.: |
| Plaintiffs, | * | 1:25-cv-00421 |
| | * | |
| VERSUS | * | JUDGE DRELL |
| | * | |
| HARRIS COUNTY, TEXAS, *et al.,* | * | MAGISTRATE JUDGE PEREZ-MONTES |
| Defendants. | * | |
| ********************************* | * | **JURY TRIAL REQUESTED** |

**[PROPOSED] ORDER**

This action is before the Court on Defendants, Lasalle Correctional Center, L.L.C, Lasalle Management Company, L.L.C. and Lasalle Corrections, L.L.C.'s ("Lasalle") Motion for Entry of a Protective Order to govern use of materials produced during discovery. The Lasalle Defendants have submitted their proposed Protective Order. Plaintiffs object to the entry of a protective order in this case. The Court has reviewed the arguments and evidence of the parties and concludes that Lasalle has shown good cause for entry of its proposed Protective Order under Federal Rule of Civil Procedure 26(c). Accordingly,

**IT IS HEREBY ORDERED** that Lasalle's motion for a protective order is **GRANTED**. The Clerk's Office shall file the attached Protective Order in this case.

_____
**JOSEPH H.L. PEREZ MONTEZ**
UNITED STATES MAGISTRATE JUDGE

Dated this ___ day of _____ , 2026

1