**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| NEFERTITI GILBERT, *et al.*, | * | CIVIL ACTION NO.: |
| Plaintiffs, | * | 1:25-cv-00421 |
| | * | |
| VERSUS | * | JUDGE DRELL |
| | * | |
| HARRIS COUNTY, TEXAS, *et al.,* | * | MAGISTRATE JUDGE PEREZ-MONTES |
| Defendants. | * | |
| *********************************** | * | **JURY TRIAL REQUESTED** |

## NOTICE OF SUBMISSION

Defendants, Lasalle Correctional Center, L.L.C, Lasalle Management Company, L.L.C., and Lasalle Corrections, L.L.C. ("Lasalle"), hereby give notice that their Motion for Entry of a Protective Order filed on March 16, 2026, is set for submission on _____ at _____ a.m..

Respectfully submitted,

*/s/ T. Gregory Schafer*
T. Gregory Schafer (24635)
gschafer@joneswalker.com
Deirdre C. McGlinchey, T.A. (24167)
dmcglinchey@joneswalker.com
Ryan G. Lavelle (41305)
rlavelle@joneswalker.com
JONES WALKER LLP
201 St. Charles Ave.
New Orleans, Louisiana 70170
Telephone: (504) 582-8000
Facsimile: (504) 582-8583
*ATTORNEYS FOR LASALLE*
*CORRECTIONAL CENTER, L.L.C.,*
*LASALLE MANAGEMENT COMPANY,*
*L.L.C., AND LASALLE CORRECTIONS, LLC*

1

## CERTIFICATE OF SERVICE

I certify that on March 16, 2026, a copy of this pleading was filed electronically with the

Clerk of Court using the CM/ECF system which will send notification to all counsel of record.

/s/ T. Gregory Schafer
T. GREGORY SCHAFER