UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

---

NEFERTITI GILBERT ET AL                       CASE NO.  1:25-CV-00421

-vs-                                         JUDGE DRELL

HARRIS COUNTY TX ET AL         MAGISTRATE JUDGE PEREZ-MONTES

---

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 67), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Rule 12(b)(6) Motions to Dismiss for Failure to State a Claim (ECF Nos. 27 & 28) filed by Defendants Sheriff Ed Gonzalez ("Sheriff Gonzalez") and Harris County, Texas ("Harris County") are GRANTED and all Plaintiffs' claims (ECF No. 1) against Sheriff Gonzalez and Harris County are DISMISSED. The 42 U.S.C. § 1983 claim against Harris County, the individual capacity § 1983 claim against Sheriff Gonzalez, the punitive damage claim premised on Sheriff Gonzalez's individual capacity, and the state law wrongful death claims against Sheriff Gonzalez and Harris County are DISMISSED WITHOUT PREJUDICE. The official capacity § 1983 claim against Sheriff Gonzalez and the remaining punitive damage claims against Harris County and Sheriff Gonzalez are DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED at Alexandria, Louisiana this _____ day of April 2026.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT