UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| NEFERTITI GILBERT, *et al.*, | * | CIVIL ACTION NO.: |
| Plaintiffs, | * | 1:25-cv-00421 |
| | * | |
| VERSUS | * | JUDGE DRELL |
| | * | |
| HARRIS COUNTY, TEXAS, *et al.,* | * | MAGISTRATE JUDGE PEREZ-MONTES |
| Defendants. | * | |
| ********************************** | * | **JURY TRIAL REQUESTED** |

### RULE 12(c) MOTION FOR JUDGMENT ON THE PLEADINGS ON BEHALF OF LASALLE CORRECTIONAL CENTER, L.L.C. AND LASALLE MANAGEMENT COMPANY, L.L.C.

NOW INTO COURT, through undersigned counsel, come Defendants, LaSalle Correctional Center, L.L.C. and LaSalle Management Company, L.L.C., who pursuant to Fed. R. Civ. P. 12(c), and for reasons more fully explained in the attached memorandum, respectfully move the Court to enter an order dismissing with prejudice the claims brought against them by Plaintiffs, Nefertiti Gilbert, as Personal Representative of Jaleen Anderson, deceased, and on her own behalf, and on behalf of her minor child A.G.; Christi Jackson, on behalf of her minor children X.A. and J.A.; and Jyrie Polk, on behalf of her minor child A.A.

[*signature on next page*]

Respectfully submitted,

*/s/ Ryan G. Lavelle*
Deirdre C. McGlinchey, T.A. (24167)
dmcglinchey@joneswalker.com
T. Gregory Schafer (24635)
gschafer@joneswalker.com
Ryan G. Lavelle (41305)
rlavelle@joneswalker.com
JONES WALKER LLP
201 St. Charles Ave.
New Orleans, Louisiana 70170
Telephone: (504) 582-8000
Facsimile: (504) 582-8583
*ATTORNEYS FOR LASALLE CORRECTIONAL CENTER, L.L.C. AND LASALLE MANAGEMENT COMPANY, L.L.C.*

## CERTIFICATE OF SERVICE

I certify that on April 10, 2026, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system which will send notification to all counsel of record.

*/s/ Ryan G. Lavelle*
RYAN G. LAVELLE

2