**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **NEFERTITI GILBERT ET AL** | **CASE NO.  1:25-CV-00421** |
| **VERSUS** | **JUDGE DRELL** |
| **HARRIS COUNTY TX ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## <u>NOTICE OF MOTION SETTING</u>

Please take notice that the Motions for Judgment on the Pleadings (Documents No. 73, 74 & 75) filed by LaSalle Correctional Center L L C, LaSalle Management Co L L C; Clay McConnell, William McConnell; Pamela Hearn, John Stuckey, Gwen Warren on April 10, 2026 have been referred to the Honorable Dee D. Drell for consideration on or after the next regular motion date, which is  May 15, 2026. The motion date is used by the Court for tracking purposes and does not guarantee the motion will be considered on this date.  A written ruling will be issued in due course.

### Deadlines

Any party who opposes a motion may file a memorandum in opposition within **twenty-one (21) calendar days** from the date of this notice.  The movant may **file a reply** within **seven (7) days** after the memorandum in opposition is filed. Reply memoranda are limited to 7 pages.  Surreply briefs will not be allowed.   OPPOSITION TO THE MOTION MUST BE FILED TIMELY OR THE MOTION WILL BE CONSIDERED UNOPPOSED.

### No Oral Argument

It is the policy of the Court to decide motions on the basis of the record without oral argument. Briefs should fully address all pertinent issues.  All parties will be notified if the Court finds oral argument is necessary.

### Courtesy Copies Required

A paper courtesy copy of the response briefs and any corresponding attachments must be delivered to Judge Drell's chambers promptly after filing.  The address is 515 Murray Street, Suite 233, Alexandria, LA 71301. Counsel are not required to send an additional set of courtesy copies to the assigned Magistrate Judge.

**DATE OF NOTICE: April 10, 2026**

Daniel J. McCoy
Clerk of Court