IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| Nefertiti Gilbert *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No:    1:25-CV-00421-DDD-JPM |
| | ) | |
| vs. | ) | Judge:    Dee D. Drell |
| | ) | |
| Harris County, Texas *et al.*, | ) | Mag. Judge:   Joseph H. L. Perex-Montes |
| | ) | |
| Defendants. | ) | |

## ORDER

This cause coming before the Court and after due consideration, the

Plaintiffs' Motion for Extension of Time to Respond to the Defendants Motions for

Judgements on the Pleadings in ECF 73, 74, and 75 is GRANTED. Plaintiffs must

file their opposition briefs to ECF 73, 74, and 75 on or before May 29, 2026.

THUS DONE AND SIGNED at Alexandria, Louisiana on this _2 2_ ᴺᴰ day of

April 2026.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT