UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

NEFERTITI GILBERT ET AL

CASE NO.  1:25-cv-421

-vs-

JUDGE DRELL

HARRIS COUNTY, TX ET AL

MAGISTRATE JUDGE PEREZ-MONTES

## ORDER

This case is transferred to Judge Jerry Edwards for all future activity.  Current deadlines

may be affected and a new scheduling order may be entered by Judge Edwards.

THUS DONE AND SIGNED at Alexandria, Louisiana this _/8ᵗ_ day of  May 2026.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT