**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**NEFERTITI GILBERT ET AL**                **CIVIL ACTION NO. 25-421**

**VERSUS**                                 **JUDGE EDWARDS**

**HARRIS COUNTY TX ET AL**                 **MAG. JUDGE PEREZ-MONTES**

**ORDER**

Considering the competing Motions for Extension filed by the defendants (ECF No. 83) and the plaintiffs (ECF No. 84),

**IT IS HEREBY ORDERED** that both are **DENIED**.

**IT IS FURTHER ORDERED** that the parties shall confer regarding their availability during the week of June 8, 2026 for a video conference with the Court to establish a schedule for further proceedings in this matter.

**IT IS FURTHER ORDERED** that the parties shall jointly contact Chambers no later than Friday, May 22, 2026, through edwards_motions@lawd.uscourts.gov, with their availability.

**THUS DONE AND SIGNED** this 19th day of May, 2026.

JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE