IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| Nefertiti Gilbert *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No:        1:25-CV-00421-DDD-JPM |
| | ) | |
| vs. | ) | Judge:        Dee D. Drell |
| | ) | |
| Harris County, Texas *et al.*, | ) | Mag. Judge:   Joseph H. L. Perex-Montes |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S UNOPPOSED FILE AN OMNIBUS RULE 12(c) RESPONSE WITH EXCESS PAGES

Plaintiff, through his undersigned counsel, hereby moves the Court for leave to file a single, omnibus response, not to exceed 35 pages, to three Motions for Judgment on the Pleadings (ECF 73, 74, and 75) filed by certain defendants in this case. Plaintiff has consulted with counsel for said defendants, and they do not oppose this request.  In support of his request Plaintiff states as follows:

Rule 12(c) motions were filed by Lasalle Correctional Center, L.L.C., Lasalle Management Company, L.L.C (ECF 73); William McConnell, Clay McConnell (ECF 74); and John Stuckey, Pamela Hearn, and Gwen Warren (ECF 75). Together, these briefs contain 61 total pages, which Plaintiff must respond to. Plaintiff seeks leave to file an omnibus memorandum in response to ECF 73, 74, and 75, which are motions to dismiss filed by the LaSalle defendants, not to exceed 35 pages.

Local Rule 7.8 provides that the length of a response may not exceed 25 pages. Counsel for Plaintiff has conferred with counsel for the Defendants who filed the motions, who inform Plaintiff that they **do not** oppose this request. These defendants have filed two separate motions to dismiss totaling 61 pages and raising a variety of complex arguments which aim to dismiss Plaintiff's claims on their merits. To respond adequately to the arguments raised in these motions, Plaintiff anticipates requiring space going on the default 25-page limit set out in Local Rule 7.8.

**WHEREFORE**, Plaintiff respectfully requests the entry of an Order by this Honorable Court granting Plaintiff leave to file an omnibus response to ECF 73, 74, and 75, not to exceed 35 pages.

Respectfully Submitted,

/s/ *Aaron N. Maples*

Aaron N. Maples
Brendan Connick
**Maples & Connick**
733 Dante Street, Suite H New Orleans,
LA 70118
Tel: 504-269-3870
aaron@maplesconnick.com
brendan@maplesconnick.com

/s/ *Sam Harton*

**Romanucci and Blandin, LLC**
Antonio Romanucci (pro hac vice)
Stephen Weil (pro hac vice)
Sam Harton (pro hac vice)
Colton Johnson Taylor (pro hac vice)
321 N. Clark St.
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
aromanucci@rblaw.net
sweil@rblaw.net
sharton@rblaw.net

*Attorneys for Plaintiffs*