IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| Nefertiti Gilbert *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No:      1:25-CV-00421-DDD-JPM |
| | ) | |
| vs. | ) | Judge:      Dee D. Drell |
| | ) | |
| Harris County, Texas *et al.*, | ) | Mag. Judge:  Joseph H. L. Perez-Montes |
| | ) | |
| Defendants. | ) | |

**<u>PROPOSED ORDER</u>**

This cause coming before the Court and after due consideration, the

Plaintiffs' Motion for Leave to File Excess Pages in an Omnibus Response to

Defendants' Motions for Judgements on the Pleadings in ECF 73, 74, and 75 is

GRANTED. Plaintiffs may file opposition briefs to ECF 73, 74, and 75, not to exceed

35 pages.