UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

NEFERTITI GILBERT ET AL          CIVIL ACTION NO. 25-421

VERSUS                           JUDGE EDWARDS

HARRIS COUNTY TX ET AL           MAG. JUDGE PEREZ-MONTES

## ORDER

Considering Plaintiff's Unopposed Motion for Leave to File an Omnibus Rule 12(c) Response with Excess Pages (R. Doc. 90),

**IT IS ORDERED** that the Motion is **GRANTED**, and Plaintiff may file a response not to exceed 35 pages.

**THUS DONE AND SIGNED** in Chambers this 1st day of June, 2026.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE