UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| NEFERTITI GILBERT, *et al.*, | * | CIVIL ACTION NO.: |
| Plaintiffs, | * | 1:25-cv-00421 |
| | * | |
| VERSUS | * | JUDGE EDWARDS |
| | * | |
| HARRIS COUNTY, TEXAS, *et al.,* | * | MAGISTRATE JUDGE PEREZ-MONTES |
| Defendants. | * | |
| ********************************** | * | **JURY TRIAL REQUESTED** |

## <u>MOTION FOR SUMMARY JUDGMENT</u>

**NOW INTO COURT**, through undersigned counsel, comes Defendant, LaSalle Corrections, LLC, who pursuant to Federal Rule of Civil Procedure 56, and for the reasons more fully set forth in the attached memorandum, hereby respectfully moves this Court for an Order of Judgment dismissing all Plaintiffs' claims against LaSalle Corrections, LLC, with prejudice.

Respectfully submitted,

*/s/ Deirdre McGlinchey*
Deirdre C. McGlinchey, T.A. (24167)
dmcglinchey@joneswalker.com
T. Gregory Schafer (24635)
gschafer@joneswalker.com
Ryan G. Lavelle (41305)
rlavelle@joneswalker.com
JONES WALKER LLP
201 St. Charles Ave.
New Orleans, Louisiana 70170
Telephone: (504) 582-8000
Facsimile: (504) 582-8583
*ATTORNEYS FOR LASALLE
CORRECTIONS, LLC*

1

2

## **<u>CERTIFICATE OF SERVICE</u>**

I certify that on June 3, 2026, a copy of this pleading was filed electronically with the Clerk

of Court using the CM/ECF system which will send notification to all counsel of record.

*/s/ Deirdre McGlinchey*
DEIRDRE MCGLINCHEY

2