UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| NEFERTITI GILBERT, *et al.*, | * | CIVIL ACTION NO.: |
| Plaintiffs, | * | 1:25-cv-00421 |
| | * | |
| VERSUS | * | JUDGE DRELL |
| | * | |
| HARRIS COUNTY, TEXAS, *et al.*, | * | MAGISTRATE JUDGE PEREZ-MONTES |
| Defendants. | * | |
| ********************************** | * | **JURY TRIAL REQUESTED** |

## DECLARATION OF SHARON BENNETT

STATE OF LOUISIANA

PARISH OF LINCOLN

Pursuant to 28 U.S.C. § 1746, I, Sharon Bennett, do hereby declare under penalty of perjury that the following is true and correct:

1.      My name is Sharon Bennett. I am over eighteen years of age and am fully competent to testify to the matters stated in this Declaration. I am a citizen of the United States of America, domiciled in the state of Louisiana, and a resident of Ruston, Louisiana.

2.      All the statements and facts herein are true and correct and are within my personal knowledge. I acquired personal knowledge of the facts in this Declaration by virtue of my position as the Controller for LaSalle Management Company, L.L.C. ("LaSalle Management"). I have been employed by LaSalle Management since July 2017. My business address is 192 Bastille Lane, Suite 200, Ruston, Louisiana 71270.

3.      My job responsibilities at LaSalle Management include, but are not limited to, managing accounts payable, payroll, accounting, and other financial services for LaSalle

1

**EXHIBIT**
**1**

Management and other companies under the LaSalle brand. Based on these corporate responsibilities and my experience as an employee of LaSalle Management, I have personal knowledge of the organizational operations and relationships pertaining to the various LaSalle-branded entities.

4.    LaSalle Corrections, LLC is a Louisiana limited liability company that has been registered in Louisiana since May 16, 2011.

5.    LaSalle Corrections, LLC is a business entity without any employees or assets. LaSalle Corrections, LLC was created merely to safeguard the trade name of "LaSalle Corrections."

6.    LaSalle Corrections, LLC is not involved in the operation or management of LaSalle Correctional Center in Olla, Louisiana, or any other correctional facility.

7.    LaSalle Corrections, LLC is not an owner or parent company of LaSalle Management Company, L.L.C. or LaSalle Correctional Center, L.L.C.

8.    LaSalle Corrections, LLC is not a subsidiary company of LaSalle Management Company, L.L.C. or LaSalle Correctional Center, L.L.C.

9.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this _20_ day of _April_____, 2026.

_____
SHARON BENNETT

2