UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| NEFERTITI GILBERT, *et al.*, | * | CIVIL ACTION NO.: |
| Plaintiffs, | * | 1:25-cv-00421 |
| | * | |
| VERSUS | * | JUDGE EDWARSD |
| | * | |
| HARRIS COUNTY, TEXAS, *et al.,* | * | MAGISTRATE JUDGE PEREZ-MONTES |
| Defendants. | * | |
| ********************************** | * | **JURY TRIAL REQUESTED** |

### STATEMENT OF UNDISPUTED MATERIAL FACTS

Pursuant to LR 56.1, and in support of its "Motion for Summary Judgment" to dismiss all Plaintiffs' claims against it, LaSalle Corrections, LLC ("LaSalle Corrections") submits these material facts that the mover contends are not genuinely disputed:

1.    This civil rights lawsuit against LaSalle Corrections arises out of the April 3, 2024, death of Jaleen Anderson.[1]

2.    At the time of his death, Mr. Anderson was a pretrial detainee of Harris County, Texas and was being held at LaSalle Correctional Center in Olla, Louisiana while awaiting trial.[2]

3.    Plaintiffs named sixteen (16) defendants in their lawsuit, including three separate "LaSalle-branded" entities—LaSalle Corrections, LLC; LaSalle Correctional Center, L.L.C.; and LaSalle Management Company, L.L.C.[3]

4.    Plaintiffs' only specific factual allegation against LaSalle Corrections is that LaSalle Corrections maintains, manages, and operates at least eighteen jails throughout the states of Louisiana, Texas, Mississippi, and Georgia, including the subject facility.[4]

---

[1] Doc. 1, p. 2.
[2] Doc. 1, p. 3.
[3] Doc. 1, pp. 5-8.
[4] Doc. 1, ¶ 14.

5.      LaSalle Corrections, LLC, LaSalle Correctional Center, L.L.C. and LaSalle Management Company, L.L.C. are referred to "collectively and individually" as "LaSalle" in Plaintiffs' Complaint.[5]

6.      LaSalle Corrections is a limited liability company registered with the Louisiana Secretary of State.[6]

7.      LaSalle Corrections has been registered as a Louisiana limited liability company since May 16, 2011.[7]

8.      LaSalle Corrections does not have any employees or assets.[8]

9.      LaSalle Corrections is not a parent company or subsidiary of either LaSalle Correctional Center, L.L.C. or LaSalle Management Company, L.L.C.[9]

10.     LaSalle Corrections does not operate or manage LaSalle Correctional Center located in Olla, Louisiana, or any other correctional facility.[10]

[*signature on next page*]

---

[5] Doc. 1, ¶ 16.
[6] Exhibit 1, p. 2 (Declaration of Sharon Bennett).
[7] *Id.*
[8] *Id.*
[9] *Id.*
[10] *Id.*

2

Respectfully submitted,

*/s/ Deirdre McGlinchey*
Deirdre C. McGlinchey, T.A. (24167)
dmcglinchey@joneswalker.com
T. Gregory Schafer (24635)
gschafer@joneswalker.com
Ryan G. Lavelle (41305)
rlavelle@joneswalker.com
JONES WALKER LLP
201 St. Charles Ave.
New Orleans, Louisiana 70170
Telephone: (504) 582-8000
Facsimile: (504) 582-8583
*ATTORNEYS FOR LASALLE
CORRECTIONS, LLC*

## CERTIFICATE OF SERVICE

I certify that on June 3, 2026, a copy of this pleading was filed electronically with the Clerk

of Court using the CM/ECF system which will send notification to all counsel of record.

*/s/ Deirdre McGlinchey*
DEIRDRE MCGLINCHEY

3