UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| NEFERTITI GILBERT, *et al.*, | * | CIVIL ACTION NO.: |
| Plaintiffs, | * | 1:25-cv-00421 |
| | * | |
| VERSUS | * | JUDGE EDWARDS |
| | * | |
| HARRIS COUNTY, TEXAS, *et al.,* | * | MAGISTRATE JUDGE PEREZ-MONTES |
| Defendants. | * | |
| ********************************** | * | **JURY TRIAL REQUESTED** |

## ORDER

CONSIDERING THE FOREGOING "Opposed Motion to File Consolidated Reply Memorandum with Excess Pages" filed on behalf of Defendants, LaSalle Correctional Center, L.L.C., LaSalle Management Company, L.L.C., Clay McConnell, William McConnell, John Stuckey, Pamela Hearn, M.D., and Gwen Warren ("Defendants"),

IT IS HEREBY ORDERED that the motion be and is granted. Defendants are granted leave of Court to file a consolidated reply memorandum, not to exceed thirty (30) pages, to Plaintiffs' Consolidated Response to Motions for Judgment on the Pleadings (Doc. 92).

Alexandria, Louisiana, this _____ day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE