UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| NEFERTITI GILBERT, *et al.*, | * | CIVIL ACTION NO.: |
| Plaintiffs, | * | 1:25-cv-00421 |
| | * | |
| VERSUS | * | JUDGE EDWARDS |
| | * | |
| HARRIS COUNTY, TEXAS, *et al.,* | * | MAGISTRATE JUDGE PEREZ-MONTES |
| Defendants. | * | |
| *********************************** | * | **JURY TRIAL REQUESTED** |

## <u>ORDER</u>

CONSIDERING THE FOREGOING Motion to File Consolidated Reply Memorandum with Excess Pages (ECF No. 96),

IT IS HEREBY ORDERED that the motion is GRANTED.  Defendants are granted leave of Court to file a consolidated reply memorandum, not to exceed thirty (30) pages, to Plaintiffs' Consolidated Response to Motions for Judgment on the Pleadings (ECF No. 92).

 Alexandria, Louisiana, this 4th day of June, 2026.


_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE