**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**NEFERTITI GILBERT ET AL**              **CIVIL ACTION NO. 25-421**

**VERSUS**                               **JUDGE EDWARDS**

**HARRIS COUNTY TX ET AL**               **MAG. JUDGE PEREZ-MONTES**

**MINUTES**

A scheduling conference was held by Zoom on June 9, 2026, starting at 10:00 a.m. and ending at 10:36 a.m.[1]  Participating in the conference, along with the undersigned, were Stephen Weil, counsel for plaintiffs, and Deirdre McGlinchey, Timothy Shafer, and Ryan Lavelle, counsel for defendants.

The purpose of the conference was to reset deadlines, as the parties filed competing motions to continue.  *See* ECF Nos. 83 & 84.  The Court proposed, and the parties agreed, to revisit the trial date once the Court resolves the pending dispositive motions (ECF Nos. 73, 74, & 75) and the Magistrate Judge resolves the pending Motion to Compel (ECF No. 58).  The Court will set a deadline for the parties to have a settlement conference after the motions are resolved.  Discovery unrelated to the claims addressed in the pending motions may continue.  The Court will set another scheduling conference after the settlement conference, if necessary.

**THUS DONE AND SIGNED** this 9th day of June, 2026.

_____
**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**

---

[1] Statistical time: 45 minutes.